UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ X
UNITED STATES OF AMERICA        :
                                :
        - v. -                  :
                                :
NIKHIL GUPTA,                   :
    a/k/a "Nick,"               :
        Defendant.              :
                                :
------------------------------ X

JUDGE MARRERO

**UNSEALING ORDER**

23 Cr. 289 (___)

Upon application of the United States of America, by and through Assistant United States Attorneys Ashley C. Nicolas and Camille Fletcher, it is hereby ORDERED that Indictment 23 Cr. 289 (___) in the above-captioned case, which was filed under seal on June 13, 2023, be and hereby is unsealed.

SO ORDERED.

Dated: New York, New York
       July 11, 2023

_____
HONORABLE ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 11 2023