AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   23 CR 289 |
| Nikhil Gupta a/k/a "Nick" | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States.

Date:     09/29/2023

/s/ Camille L. Fletcher
*Attorney's signature*

Camille L. Fletcher -- 5225149
*Printed name and bar number*

One St. Andrew's Plaza
New York, NY 10007

*Address*

Camille.Fletcher@usdoj.gov
*E-mail address*

(212) 637-2383
*Telephone number*

(212) 637-2527
*FAX number*