UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

NIKHIL GUPTA,
    a/k/a "Nick,"

            Defendant.

23 Cr. 289 (VM)

## NOTICE OF APPEARANCE

TO:    Clerk of the Court
        United States District Court
        Southern District of New York

    The undersigned attorney respectfully requests the Clerk to note his appearance on behalf of the Government in the above-captioned case and add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Dated:  New York, New York
          September 30, 2023

                                    Respectfully submitted,

                                    DAMIAN WILLIAMS
                                    United States Attorney for the
                                    Southern District of New York

                        By:  /s/ Alexander Li
                                    Alexander Li
                                    Assistant United States Attorney
                                    Tel.: (212) 637-2265