UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- v. -

NIKHIL GUPTA,
    a/k/a "Nick,"

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**UNSEALING ORDER**

S1 23 Cr. 289 (VM)

Upon the application of the United States, by United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Ashley C. Nicolas;

It is found that Superseding Indictment S1 23 Cr. 289 (VM) (the "S1 Indictment") is currently sealed and the United States Attorney's Office has applied to have the S1 Indictment unsealed, it is therefore

ORDERED that the S1 Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
       November 29, 2023

                                          _____
                                          HONORABLE SARAH L. CAVE
                                          UNITED STATES MAGISTRATE JUDGE