# UNITED STATES DISTRICT COURT

Southern District of New York

| United States | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) |
| Nikhil Gupta | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nikhil Gupta                                                                                                                            .

Date:     11/30/23

*Jeff Chabrowe*

*Attorney's signature*

Jeffrey Alan Chabrowe, 3001328

*Printed name and bar number*

521 Fifth Avenue, New York, NY 10175

*Address*

jeff@chabrowe.com

*E-mail address*

(917) 529-3921

*Telephone number*