```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/8/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

             - against -

NIKHIL GUPTA, a/k/a "Nick,"

             Defendant.

23 CR 289 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    On January 4, 2024, defense counsel filed a motion to compel production of discovery, requesting that the Court enter an order directing the Government to begin providing defense counsel with discovery materials. ("Motion to Compel," Dkt. No. 11.) The Court hereby directs the Government to file a reply to the Motion to Compel within three (3) days of the date of this Order.

**SO ORDERED.**

Dated:    8 January 2024
             New York, New York

                                                          _____
                                                           Victor Marrero
                                                          U.S.D.J.