

U.S. Department of Justice

Justice Management Division

*Security and Emergency Planning Staff*

Washington, D.C. 20530

June 28, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/2/2024
```

The Honorable Victor Marerro
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York  10007

        RE:    *United States v. Nikhil Gupta* (23-cr-289)

Dear Judge Marerro:

Pursuant to paragraph two of the "REVISED SECURITY PROCEDURES ESTABLISHED PURSUANT TO PUB. L. 96-456, 94 STAT. 2025, BY THE CHIEF JUSTICE OF THE UNITED STATES FOR THE PROTECTION OF CLASSIFIED INFORMATION," I recommend Mr. Matthew W. Mullery, Security Specialist, for the position of Classified Information Security Officer in the above-captioned case.  I also recommend Security Specialists Jennifer H. Campbell, Daniel O. Hartenstine, Aleksandr Kurtov, Daniella M. Medel, William S. Noble, Harry J. Rucker, and Winfield S. Slade as alternate Classified Information Security Officers.  In addition, I certify that the above-mentioned individuals are cleared for the level and category of classified information that will be involved in this litigation.  Their duties will include responsibilities to the court for information, physical, personnel, and communications security, as well as any other pertinent duties as outlined in the above-cited procedures.

If you have any questions, please do not hesitate to contact me or Deputy Department Security Officer Christine E. Gunning at (202) 514-2094.


Respectfully submitted,

*James L. Dunlap* (signature)

James L. Dunlap
Department Security Officer


SO ORDERED.

2 July 2024

DATE

*Victor Marrero, U.S.D.J.* (signature)