```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,                New York, N.Y.

         v.                              23 CR 289 (VM)(JLC)

NIKHIL GUPTA,

              Defendant.

------------------------------x
                                         June 17, 2024
                                         12:30 p.m.

Before:

                    HON. JAMES L. COTT,

                                    U.S. Magistrate Judge


                         APPEARANCES

DAMIAN WILLIAMS
     United States Attorney for the
     Southern District of New York
BY:  ASHLEY C. NICOLAS
     CAMILLE FLETCHER
     Assistant United States Attorneys

JEFFREY CHADBROWE
     Attorney for Defendant
```

O6HsGUPa

1              (Case called)
2              THE DEPUTY CLERK:  Counsel, please state your name for
3    the record.
4              MS. NICOLAS:  Good afternoon, your Honor.
5              Ashley Nicolas and Camille Fletcher for the
6    government.
7              THE COURT:  Good morning to both of you.
8              MR. CHADBROWE:  Good afternoon, your Honor.
9              Jeff Chadbrowe for Mr. Gupta.
10             THE COURT:  Good afternoon.
11             Good afternoon, Mr. Gupta.
12             THE DEFENDANT:  Good afternoon, sir.
13             THE COURT:  Everyone in the courtroom may be seated.
14             Could I have the date and time of the arrest for the
15   record, please.
16             MS. NICOLAS:  Yes, your Honor.
17             The defendant arrived in the United States on an
18   extradition on Friday, which was June 14, at about 4:00 p.m.
19             THE COURT:  All right.  Thank you.
20             And, to confirm, are we here for presentment and
21   arraignment?
22             MS. NICOLAS:  Yes, your Honor, we are.
23             THE COURT:  Has Judge Marrero scheduled any conference
24   in the case?
25             MS. NICOLAS:  He has, your Honor.  The first

1  conference of the case will be June 28, which is next Friday,
2  at 2:00 p.m.
3          THE COURT:  All right.  Thank you.
4          Mr. Gupta, let me begin by informing you of certain
5  rights that you have.
6          First of all, you are not required to make any
7  statements to the authorities.  Anything that you say can be
8  used against you.  If you have made any statements in the past,
9  you still have the right to remain silent going forward.  You
10 also have the right to be represented by an attorney at all
11 proceedings.  If you can't afford an attorney, you have the
12 right to request that the court appoint one for you.
13         Mr. Chadbrowe I gather you are a retained counsel, is
14 that right?
15         MR. CHADBROWE:  Yes, your Honor.
16         THE COURT:  All right.  Now, I also am required by
17 law, Mr. Gupta, to notify you that if are a citizen of a
18 foreign country, you may request that a government attorney or
19 a federal law enforcement official notify a consular officer
20 from your country that you have been arrested.  Even without
21 such a request, an international agreement may require such
22 notification.
23         Is there a consular notification requirement in this
24 case?
25         MS. NICOLAS:  It is not mandatory in this case, your

1     Honor, but we will make it.
2              THE COURT:  All right.  Very well.
3              Now, I have a superseding indictment in this case.
4     I believe it's a 15-page charging instrument and counsel are
5     listed beginning on page 13.
6              Count One charges the defendant in a murder-for-hire
7     conspiracy and charges the defendant with murder-for-hire.
8              Mr. Chadbrowe, have you received a copy of this
9     superseding indictment and had an opportunity to review it with
10    him?
11             MR. CHADBROWE:  Yes, I have, your Honor.
12             THE COURT:  And do you waive a public reading?
13             MR. CHADBROWE:  Yes, we do.
14             THE COURT:  And how does your client wish to plead at
15    this time?
16             MR. CHADBROWE:  Not guilty.
17             THE COURT:  All right.  A not guilty plea will be
18    entered on his behalf.
19             I direct, pursuant to Rule 5(f) of the Federal Rules
20    of Criminal Procedure, that the prosecution comply with its
21    obligation under *Brady v. Maryland* and its progeny to disclose
22    to the defense all information, whether admissible or not, that
23    is favorable to the defendant, material either to guilt or to
24    punishment, and known to the prosecution.  Possible
25    consequences for noncompliance may include dismissal of

1   individual charges or the entire case, exclusion of evidence,

2   and professional discipline or court sanctions on the attorneys

3   responsible.  I'll be entering a written order more fully

4   describing this obligation and the possible consequences of

5   failing to meet it, and I direct the prosecution to review and

6   comply with that order.

7           Ms. Nicolas, does the prosecution confirm that it

8   understands its obligations and will fulfill them?

9           MS. NICOLAS:  We do, your Honor, and we will.

10          THE COURT:  All right.  Thank you.

11          The next issue is whether any bail conditions will be

12  set at this time.

13          What is the government's position in that regard?

14          MS. NICOLAS:  Your Honor, the government is seeking

15  the defendant's continued detention on both danger and flight.

16          THE COURT:  All right.  Are you making an application

17  at this time?

18          MR. CHADBROWE:  We are reserving the right to do a

19  bail application, your Honor, and I know that we are in front

20  of Judge Marrero next week, and we will be in discussions with

21  the government regarding that issue.

22          THE COURT:  OK.  So he'll be detained today on consent

23  without prejudice to a future application before Judge Marrero.

24          MR. CHADBROWE:  That's fine.

25          THE COURT:  All right.  Ms. Nicolas, what other

1    matters do we need to attend to at this proceeding today?

2              MS. NICOLAS:  Your Honor, the government would move at

3    this time to exclude time between today and next Friday,

4    June 28, which is the next scheduled conference, in order to

5    allow the parties to negotiate and enter a protective order, as

6    well as to begin any pretrial discussions about a possible

7    disposition.

8              THE COURT:  Do you have any opinion on this

9    application?

10             MR. CHADBROWE:  No objection as to that, your Honor.

11             THE COURT:  OK.  I find that the ends of justice are

12   served by excluding the time and that outweighs the interest of

13   the public and the defendant in a speedy trial because it will

14   allow time, as Ms. Nicolas articulated, for the parties to

15   begin to discuss a disposition and for discovery to be prepared

16   to be produced.  So the time between now and the 28th will be

17   excluded.

18             Anything else from the government?

19             MS. NICOLAS:  No, your Honor.

20             Thank you.

21             THE COURT:  Mr. Chadbrowe, anything else?

22             MR. CHADBROWE:  Yes, just very briefly, your Honor.

23             My client arrived Friday night and is at the MDC in

24   Brooklyn, where conditions continue to be very difficult.

25   Specifically, he's a vegetarian and has not been provided any

1    vegetarian meals. I'm hoping that will be resolved soon.

2        I did speak to Ms. Nicolas and Ms. Fletcher about
3    this. They said they could assist, and I have also reached out
4    to MDC directly about that. I hope that we wouldn't have to
5    request that he be transferred from BOP, but I just wanted
6    to -- hoped that this issue could be resolved because,
7    essentially, my client has not been able to eat. And he's a
8    vegetarian for religious reasons and that is something that is
9    obviously of paramount importance.

10       THE COURT: He's certainly not the only vegetarian
11   incarcerated at the MDC. My understanding is that the MDC has
12   arrangements for people who are vegetarian, so I don't know why
13   that is occurring, but I would just say if you don't get
14   satisfaction on that point in the next 24 hours, you should
15   either come back to me or Judge Marrero, if the government
16   hasn't solved this problem, and we'll look into it further.

17       MR. CHADBROWE: Thank you very much.

18       THE COURT: OK. Anything else, Ms. Nicolas?

19       MS. NICOLAS: No, your Honor. Nothing.

20       THE COURT: Anything else?

21       MR. CHADBROWE: Just very briefly. I know that this
22   should be addressed as well.

23       My client also would like, needs to be able to pray,
24   and I hope they would accommodate that as well. I'm sure they
25   will. Any issues, once again, I'll reach back out to your

O6HsGUPa

1  Honor or Judge Marrero or to the government.
2            Thank you.
3            THE COURT:  I think that's fine.
4            You have the contact information of counsel at the
5  MDC?
6            MR. CHADBROWE:  Yes.  We have reached out this
7  morning.  I think part of the issue might have been he arrived
8  on a weekend.  We would like to get all these issues resolved
9  as quickly as possible.
10           THE COURT:  See where things stand by, you know, the
11 end of the day tomorrow, and if things haven't been solved, you
12 should pursue it further however you think appropriate.
13           MR. CHADBROWE:  Thank you.
14           THE COURT:  Thank you, all.  Have a good day.
15           (Adjourned)