

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 12, 2024

**BY ECF**

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Nikhil Gupta,* 23 Cr. 289 (VM)

Dear Judge Marrero:

The parties write in light of the rescheduling of the status conference scheduled for September 13, 2024 at 1:00 p.m. in the above referenced case. We understand that the Court is available to hold the next status conference on October 18, 2024 at noon.

In light of the adjournment, the Government requests that time be excluded under the Speedy Trial Act until October 18, 2024, the date of the next scheduled conference. The Government respectfully submits that the proposed exclusion would be in the interest of justice as it would allow adequate time for the production and review of discovery. Defense counsel consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:   Camille L. Fletcher
      Camille L. Fletcher
      Alexander N. Li
      Ashley C. Nicolas
      Assistant United States Attorney
      Southern District of New York
      (212) 637-2383 / 2265 /2467