UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - v. -

VIKASH YADAV,
    a/k/a "Vikas,"
    a/k/a "Amanat," and

NIKHIL GUPTA,
    a/k/a "Nick,"

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**LIMITED UNSEALING ORDER**

S2 23 Cr. 289 (VM)

Upon the application of the United States, by the United States Attorney for the Southern District of New York, DAMIAN WILLIAMS, by Assistant United States Attorney Camille Fletcher, it is hereby ordered that the Superseding Indictment S2 23 Cr. 289 (the "Superseding Indictment") and arrest warrant for defendant VIKASH YADAV, a/k/a "Vikas," a/k/a "Amanat" (the "Arrest Warrant") in the above-captioned case, which was filed under seal on October 10, 2024, be and hereby is unsealed.

Dated:    New York, New York
            October 17, 2024

                                          _____
                                          HONORABLE SARAH L. CAVE
                                          UNITED STATES MAGISTRATE JUDGE
                                          SOUTHERN DISTRICT OF NEW YORK