# T<small>HE</small> L<small>AW</small> O<small>FFICE OF</small> J<small>EFF</small> C<small>HABROWE</small>

521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921 | F 212.659.4350

October 25, 2024

Hon. Victor Marrero
United States District Court
  Southern District of New York
40 Foley Sq
New York, NY 10007

      Re:    *U.S. v. Nikhil Gupta,* Case No. 1:23-cr-00289-VM-1
              Letter Motion to Withdraw

Dear Judge Marrero:

     I request to withdraw as attorney for the defendant in the above case. I am no longer being paid for work performed in his case. Additionally, Mr. Gupta and I are experiencing irreconcilable differences. Mr. Gupta does not object to this request and seeks to have a CJA attorney appointed who speaks Hindi, if possible.

     Thank you for your time and consideration in this matter.

                                        Respectfully submitted,

                                        */s/ Jeff Chabrowe*

                                        **J<small>EFFREY</small> C<small>HABROWE</small>, E<small>SQ</small>.**
                                        **L<small>AW</small> O<small>FFICES OF</small> J<small>EFFREY</small> C<small>HABROWE</small>**
                                        521 Fifth Avenue, 17th Floor
                                        New York, NY 10175
                                        (917) 529-3921
                                        jeff@chabrowe.com