# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921 | F 212.659.4350

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2024
```

October 25, 2024

Hon. Victor Marrero
United States District Court
  Southern District of New York
40 Foley Sq
New York, NY 10007

      Re:    *U.S. v. Nikhil Gupta,* Case No. 1:23-cr-00289-VM-1
              Letter Motion to Withdraw

Dear Judge Marrero:

      I request to withdraw as attorney for the defendant in the above case. I am no longer being paid for work performed in his case. Additionally, Mr. Gupta and I are experiencing irreconcilable differences. Mr. Gupta does not object to this request and seeks to have a CJA attorney appointed who speaks Hindi, if possible.

      Thank you for your time and consideration in this matter.

                                           Respectfully submitted,

                                           */s/ Jeff Chabrowe*

                                           JEFFREY CHABROWE, ESQ.
                                           LAW OFFICES OF JEFFREY CHABROWE
                                           521 Fifth Avenue, 17th Floor
                                           New York, NY 10175
                                           (917) 529-3921
                                           jeff@chabrowe.com

```
Request GRANTED. The Court hereby
grants Mr. Chabrowe's request to
withdraw as defense counsel upon
substitute counsel entering an
appearance in this matter.

SO ORDERED.  /s/ Victor Marrero
                 Victor Marrero
                   U.S.D.J.
Date: 10/28/2024
```