```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
UNITED STATES OF AMERICA,         :    NOTICE OF APPEARANCE
                                       AND REQUEST FOR
         - v -                    :    ELECTRONIC NOTIFICATION

NIKHIL GUPTA,                     :    23 CR 0289 (VM)


                 Defendant.       :
----------------------------------x
```

To:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a filing user to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully Submitted,

*Jennifer L. Brown*

**/S/JENNIFER L. BROWN, ESQ.**
Assistant Federal Defender
Federal Defenders Of New York
52 Duane Street, 10th Floor
New York, N.Y. 10007
Tel.: (212) 417-8722
jennifer_brown@fd.org

TO:   Attorneys of Record