

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 25, 2025

**BY ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Nikhil Gupta,* **S2 23 Cr. 289 (VM)**

Dear Judge Marrero:

    At the conference on January 17, 2025, the Government advised the Court that it intended to seek a waiver of the rule of specialty from the Czech Republic, which extradited the defendant, as to Count Three of the S2 Superseding Indictment (conspiracy to commit money laundering). The Ministry of Justice of the Czech Republic has since advised the United States Department of Justice that no waiver of the rule of specialty is necessary because the money laundering charge is based upon the same alleged facts submitted in the extradition proceedings. Before reaching this determination, the Czech Republic considered a letter sent by the defendant's counsel in the United States to the Czech Republic requesting that any waiver of the rule of specialty be denied.

    Accordingly, the Government intends to proceed to trial on Count Three.

    Respectfully submitted,

    MATTHEW PODOLSKY
    Acting United States Attorney

by: _____
    Camille L. Fletcher
    Alexander N. Li
    Ashley C. Nicolas
    Assistant United States Attorney
    Southern District of New York
    (212) 637-2383 /-2265 /-2467

Cc: All counsel of record (*by ECF*)