**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2025
```

UNITED STATES OF AMERICA,

        - against -

NIKHIL GUPTA,

              Defendant.

**23 CR 289 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court hereby directs the parties to submit a joint letter addressing the following: (1) a proposed trial date in June or July of 2025, (2) a proposed schedule for pretrial submissions as required by the Court's Trial Practices, and (3) the anticipated length of trial. The parties shall submit this joint letter at least seven (7) days before the status conference scheduled in the matter on March 28, 2025.

**SO ORDERED.**

Dated:    28 February 2025
           New York, New York

                                                _____
                                                   Victor Marrero
                                                      U.S.D.J.