

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 21, 2025

**BY ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Nikhil Gupta,* S2 23 Cr. 289 (VM)

Dear Judge Marrero:

    Pursuant to the Court's February 28, 2025 order, the parties respectfully submit this joint letter addressing: "(1) a proposed trial date in June or July of 2025, (2) a proposed schedule for pretrial submissions as required by the Court's Trial Practices, and (3) the anticipated length of trial." (Dkt. 41).

    Both parties anticipate filing motions in the coming weeks. Specifically, the defense anticipates filing pretrial motions pursuant to Federal Rule of Criminal Procedure 12, and the Government anticipates filing an *ex parte* classified motion pursuant to Section 4 of the Classified Information Procedures Act ("CIPA"). To ensure sufficient time for the briefing and resolution of these motions, and to account for various scheduling issues for both parties, the parties respectfully propose a trial date in November 2025, rather than June or July 2025. The parties anticipate the trial will last approximately two weeks.

    With these considerations in mind, the parties respectfully propose the following schedule:

- May 15, 2025:  Defense Rule 12 motions and Government's CIPA Section 4 motion due

- June 20, 2025:  Government's opposition to Defense Rule 12 motions due

- July 11, 2025:  Defense reply in support of Rule 12 motions due

- Any date in August 2025:  Conference or hearing on pretrial motions

- Six weeks before trial:  Motions *in limine*, joint requests to charge, joint proposed voir dire, and joint list of names, entities, and locations due

- Four weeks before trial:  Opposition to motions *in limine* due

The Honorable Victor Marrero March 21, 2025
*United States v. Gupta*, 23 Cr. 289 (VM) Page 2

- Three weeks before trial: Replies in support of motions *in limine* due

- Two weeks before trial: Final pretrial conference

- Any date in November 2025: Trial

The parties are available to discuss the proposed schedule further at the conference on March 28, 2025.

                Respectfully submitted,

                MATTHEW PODOLSKY
                Acting United States Attorney

by:   _____
       Camille L. Fletcher / Alexander Li /
       Ashley C. Nicolas
       Assistant United States Attorneys
       Southern District of New York
       (212) 637-2383 /-2265 /-2467

cc: Michael Rooney, Esq. (*by ECF*)
     Jennifer Brown, Esq. (*by ECF*)