

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

March 31, 2025

**BY ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Nikhil Gupta,* S2 23 Cr. 289 (VM)

Dear Judge Marrero:

    The Government respectfully submits the enclosed application for an order, pursuant to Title 21, United States Code, Section 853(e)(1)(A), authorizing the Government to maintain and preserve for forfeiture certain seized funds which are currently in the Government's possession. The referenced funds are the $15,000 paid to an undercover officer as an advance payment for the murder-for-hire in this case, as described in paragraph 22 of the S2 Superseding Indictment.

                                    Respectfully submitted,

                                    MATTHEW PODOLSKY
                                  Acting United States Attorney

          By:     /s                        
                Camille L. Fletcher / Alexander Li /
                Ashley C. Nicolas
                Assistant United States Attorneys
                Southern District of New York