```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :
                                      :
        -v-                           :
                                      :
VIKASH YADAV,                         :
        a/k/a "Vikas,"                :
        a/k/a "Amanat," and           :
                                      :
NIKHIL GUPTA,                         :
        a/k/a "Nick,"                 :
                                      :
                    Defendants.       :
------------------------------------- X
```

**ORDER PURSUANT TO 21 U.S.C. § 853**

S2 23 Cr. 289 (VM)

WHEREAS, the Government has applied for an Order authorizing the Government and its agencies to maintain custody of certain property pending the conclusion of the instant case;

WHEREAS, the property in question consists of the following assets:

i) $15,000 in United States currency seized on or about June 9, 2023 from an individual, G.S., in the area of 27th Street and 11th Avenue, in New York, New York

(the "Subject Property");

WHEREAS, the Subject Property is currently in the lawful custody of the Government;

WHEREAS, the Government has represented to the Court that it will maintain and preserve the Subject Property throughout the instant case so that it will be available for forfeiture;

WHEREAS, the Subject Property is alleged to be subject to forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as property that constitutes or is derived from proceeds traceable to the commission of the offenses alleged in Counts One and Two of the Superseding Indictment filed

against the Defendants, VIKASH YADAV and NIKHIL GUPTA, on October 10, 2023, and subject to forfeiture pursuant to Title 18, United States Code, Section 982(a)(1), as property involved in the offense alleged in Count Three of the Indictment, or property traceable to such property;

WHEREAS, there is probable cause to believe the Subject Property is subject to forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(1), and Title 28, United States Code, Section 2461(c);

WHEREAS, Title 28, United States Code, Section 2461(c) makes the procedures set forth in Title 21, United States Code, Section 853 applicable to all stages of a criminal forfeiture proceeding; and

WHEREAS, Title 21, United States Code, Section 853(e)(1) authorizes the Court to take any action necessary to preserve the availability of property for criminal forfeiture;

IT IS HEREBY ORDERED, pursuant to Title 21, United States Code, Section 853(e)(1), that the United States and its agencies, including the Drug Enforcement Administration, are authorized to maintain and preserve the Subject Property until the conclusion of the instant case, pending further Order of this Court.

Dated:    New York, New York
          April 1, 2025

SO ORDERED:

_____
HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE