**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

- v. -

NIKHIL GUPTA,

Defendant.

No. 23 Cr. 289 (VM)

**NOTICE OF DEFENDANT NIKHIL GUPTA'S MOTIONS TO SUPPRESS CERTAIN EVIDENCE AND STATEMENTS AND TO DISMISS COUNT THREE OF THE SECOND SUPERSEDING INDICTMENT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Nikhil Gupta, the Declaration of Nola B. Heller, and the accompanying exhibits thereto, Defendant Nikhil Gupta, by and through his undersigned attorneys, hereby moves this Court before the Honorable Victor Marrero, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 15B, New York, New York 10007 for an Order suppressing evidence and statements unlawfully obtained and dismissing Count Three of the Second Superseding Indictment.

Dated: June 23, 2025
New York, NY

Nola B. Heller
Matthew Laroche
Peter Farag
Isabel C. Pitaro
MILBANK LLP
55 Hudson Yards
New York, NY 10001
(212) 530-5108

*Counsel for Defendant Nikhil Gupta*