UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

NIKHIL GUPTA,

              Defendant.

No. 23 Cr. 289 (VM)

---

### DECLARATION OF NOLA B. HELLER IN SUPPORT OF DEFENDANT NIKHIL GUPTA'S MOTIONS TO SUPPRESS CERTAIN EVIDENCE AND STATEMENTS AND TO DISMISS COUNT THREE OF THE SECOND SUPERSEDING INDICTMENT

NOLA B. HELLER hereby declares, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that:

1. I am a partner at the law firm Milbank LLP, counsel for Defendant Nikhil Gupta in this action. I submit this Declaration to provide the Court with documents and information relevant to Mr. Gupta's motions to suppress and to dismiss. To the best of my knowledge, information, and belief, the exhibits to this Declaration are true and correct copies of documents related to this matter.

2. Exhibit 1 is a copy of the provisional arrest request for Mr. Gupta that the U.S. Department of Justice sent to the Ministry of Justice of the Czech Republic. Exhibit 1 was provided to defense counsel by the attorneys who represented Mr. Gupta in the proceedings that took place in the Czech Republic ("Mr. Gupta's Czech Attorneys"), and was produced by the Defendant to the government on June 23, 2025, bearing Bates number GUPTA_0000044.

3. Exhibit 2A is a copy of a November 23, 2023 Resolution of the Metropolitan Court in Prague regarding the permissibility of Mr. Gupta's extradition to the United States. Exhibit 2B is a certified English translation of Exhibit 2A. Exhibits 2A and 2B were provided to defense

counsel by Mr. Gupta's Czech Attorneys, and Exhibit 2A was produced by the Defendant to the government on June 23, 2025, bearing Bates number GUPTA_0000021.

4. Exhibit 3 is a copy of ██████████████████████████████████ ██████████████████████████████ Exhibit 3 was produced by the government on November 12, 2024, bearing Bates number USAO_012453.

5. Exhibit 4 is a copy of ██████████████████████████████████ ██████████████████████████████████████████████████ Exhibit 4 was produced by the government on November 12, 2024, bearing Bates number USAO_012440.

6. Exhibit 5 is a copy of a DEA Form 6 dated July 12, 2023, that allegedly describes the circumstances of Mr. Gupta's arrest in the Czech Republic. Exhibit 5 was produced by the government on September 18, 2024, bearing Bates number USAO_000079.

7. Exhibit 6 is a copy of a photo depicting Mr. Gupta at Václav Havel Airport in Prague, Czech Republic that ██████████████████████████████████ ██████████████████████████████████████████████ on June 30, 2023. Exhibit 6 was produced by the government on November 12, 2024, in a folder bearing Bates number USAO_012454.

8. Exhibit 7 is a copy of a photo depicting Mr. Gupta at Václav Havel Airport in Prague, Czech Republic that ██████████████████████████████████ ██████████████████████████████████████████████ on June 30, 2023. Exhibit 7 was produced by the government on November 12, 2024, in a folder bearing Bates number USAO_012454.

9. Exhibit 8 is a copy of a photo depicting Mr. Gupta in handcuffs at Václav Havel Airport in Prague, Czech Republic that ██████████████████████████████████

██████████████████████████████████████████████████████ on June 30, 2023.  Exhibit 8 was produced by the government on November 12, 2024, in a folder bearing Bates number USAO_012454.

10. Exhibit 9 is a copy of a video depicting Mr. Gupta communicating with Czech law enforcement officers at Václav Havel Airport in Prague, Czech Republic that was ████████ ████████████████████████████████████████████ ████████████████ on June 30, 2023.  Exhibit 9 was produced by the government on November 12, 2024, in a folder bearing Bates number USAO_012454.

11. Exhibit 10 is a copy of a screenshot depicting a text message conversation between AUSA Camille Fletcher, AUSA Alexander Li, Special Agent Mark Franks, and Task Force Officer Jose Sandobal regarding Mr. Gupta's arrest dated June 30, 2023.  Exhibit 10 was produced by the government on June 13, 2025, bearing Bates number USAO_014112.

12. Exhibit 11 is a copy of a form titled "ADVICE OF RIGHTS FOR SUSPECTS IN FOREIGN CUSTODY."  Exhibit 11 was produced by the government on June 18, 2024, bearing Bates number USAO_000751.

13. Exhibit 12A is a copy of a February 22, 2024 request for disclosure of information that Mr. Gupta's Czech Attorneys sent to the Czech Municipal Prosecutor's Office in Prague.  Exhibit 12B is an English translation of Exhibit 12A.[1]  Exhibits 12A and 12B were provided to defense counsel by Mr. Gupta's Czech Attorneys, and Exhibit 12A was produced by the Defendant to the government on June 23, 2025, bearing Bates number GUPTA_0000049.

14. Exhibit 13A is a copy of the Czech Municipal Prosecutor's February 27, 2024 response to Mr. Gupta's Czech Attorneys' letter from a few days prior.  Exhibit 13B is an English

---

[1] This translation was provided by Mr. Gupta's Czech Attorneys and is not certified.  A certified translation is in progress and will be submitted with the Defendant's reply.

3

translation of Exhibit 13A.[2]  Exhibits 13A and 13B were provided to defense counsel by Mr. Gupta's Czech Attorneys and Exhibit 13A was produced by the Defendant to the government on June 23, 2025, bearing Bates number GUPTA_0000050.

15. Exhibit 14 is a copy of an FBI form FD-1057 dated September 5, 2023 that describes a preliminary search of a phone extraction provided by the DEA.  Exhibit 14 was produced by the government on June 10, 2025, bearing Bates number USAO_012535.

16. Exhibit 15A is a copy of documents related to Mr. Gupta's arrest and detention and the Czech Republic's provision of materials seized at the time of Mr. Gupta's arrest to the U.S. government.  Exhibit 15B is a certified English translation of Exhibit 15A.  Exhibit 15A was produced by the government on September 18, 2024, bearing Bates number USAO_000712.

17. Exhibit 16 is a copy of a September 28, 2023 search warrant application for the three cellphones seized at the time of Mr. Gupta's arrest.  Exhibit 16 was produced by the government on September 18, 2024, bearing Bates number USAO_000840.

18. Exhibit 17 is a copy of a September 28, 2023 "Cell Phone Analysis Worksheet" related to the three cellphones seized at the time of Mr. Gupta's arrest.  Exhibit 17 was produced by the government on September 18, 2024, bearing Bates number USAO_001689.

19. Exhibit 18A is a copy of a decision regarding Mr. Gupta issued by the Constitutional Court of the Czech Republic dated May 22, 2024.  Exhibit 18B is a certified English translation of Exhibit 18A.  Exhibit 18A was provided to defense counsel by Mr. Gupta's Czech Attorneys and was produced by the Defendant to the government on June 23, 2025, bearing Bates number GUPTA_0000008.

---

[2] This translation was provided by Mr. Gupta's Czech Attorneys and is not certified.  A certified translation is in progress and will be submitted with the Defendant's reply.

20. Exhibit 19A is a copy of detention proceedings related to Mr. Gupta that took place at the Municipal Court in Prague on June 30 and July 1, 2023. Exhibit 19B is an English translation of Exhibit 19A.[3] Exhibit 19A was provided to defense counsel by Mr. Gupta's Czech Attorneys and was produced by the Defendant to the government on June 23, 2025, bearing Bates number GUPTA_0000016.

21. Exhibit 20A is a copy of a resolution issued by the Czech High Court in Prague dated July 26, 2023. Exhibit 20B is an English translation of Exhibit 20A.[4] Exhibits 20A and 20B were provided to defense counsel by Mr. Gupta's Czech Attorneys and Exhibit 20A was produced by the Defendant to the government on June 23, 2025, bearing Bates number GUPTA_0000035.

22. Exhibit 21 is a copy of an affidavit sworn by AUSA Ashley Nicolas in support of the U.S. government's request for Mr. Gupta's extradition dated August 3, 2023. Exhibit 21 was produced by the government on September 18, 2024, bearing Bates number USAO_000036.

23. Exhibit 22 is a copy of a diplomatic note sent by the U.S. Embassy in Prague to the Ministries of Justice and Foreign Affairs in the Czech Republic regarding Mr. Gupta. Exhibit 22 was provided to defense counsel by Mr. Gupta's Czech Attorneys and was produced by the Defendant to the government on June 23, 2025, bearing Bates number GUPTA_0000039.

24. Exhibit 23A is a copy of a document from the Municipal Public Prosecutor's Office in Prague regarding Mr. Gupta's extradition dated October 4, 2023. Exhibit 23B is an English translation of exhibit 23A.[5] Exhibits 23A and 23B were provided to defense counsel by Mr.

---

[3] This translation was provided by Mr. Gupta's Czech Attorneys and is not certified. A certified translation is in progress and will be submitted with the Defendant's reply.

[4] This translation was provided by Mr. Gupta's Czech Attorneys and is not certified. A certified translation is in progress and will be submitted with the Defendant's reply.

[5] This translation was provided by Mr. Gupta's Czech Attorneys and is not certified. A certified translation is in progress and will be submitted with the Defendant's reply.

Gupta's Czech Attorneys and Exhibit 23A was produced by the Defendant to the government on June 23, 2025, bearing Bates number GUPTA_0000041.

25. Exhibit 24 is a copy of a January 2025 email chain between Mr. Gupta's prior counsel at the Federal Defenders' office and the AUSAs on this case regarding the rule of specialty. Exhibit 24 was provided to defense counsel by Mr. Gupta's prior attorneys.

26. Exhibit 25 is a copy of a February 18, 2025 letter sent by Mr. Gupta's prior counsel at the Federal Defenders' office to the Ministry of Justice of the Czech Republic regarding waiver of the rule of specialty. Exhibit 25 was provided to defense counsel by Mr. Gupta's prior attorneys. Exhibit 25 was produced by the Defendant to the government on June 23, 2025, bearing Bates number GUPTA_0000001.

27. Exhibit 26 is a copy of the Ministry of Justice of the Czech Republic's response to Mr. Gupta's prior counsel at the Federal Defenders' office regarding waiver of the rule of specialty. Exhibit 26 was provided to defense counsel by Mr. Gupta's prior attorneys. Exhibit 26 was produced by the Defendant to the government on June 23, 2025, bearing Bates number GUPTA_0000007.

28. Exhibit 27 is a copy of a photo taken by Special Agent Mark Franks depicting someone searching for a contact on a phone while in a dark car. Exhibit 27 was produced by the government on June 13, 2025, bearing Bates number USAO_014124.

29. Exhibit 28 is a copy of the current extradition treaty between the United States and the Czech Republic, dated May 16, 2006.

30. Exhibit 29 is a copy of an extradition agreement between the United States and the European Union dated June 25, 2003.

31. Exhibit 30 is a copy of an email sent by AUSA Li to AUSAs Nicolas and Fletcher

on June 10, 2025, containing notes from a conversation that the AUSAs had with Task Force Officer Jose Sandobal regarding the circumstances of Mr. Gupta's arrest and interrogation in the Czech Republic. Exhibit 30 was produced by the government on June 13, 2025, bearing Bates number USAO_014114.

32. Exhibit 31 is a copy of an email sent by AUSA Li to AUSAs Nicolas and Fletcher on June 10, 2025, containing notes from a conversation that the AUSAs had with Special Agent Mark Franks regarding the circumstances of Mr. Gupta's arrest and interrogation in the Czech Republic. Exhibit 31 was produced by the government on June 13, 2025, bearing the Bates number USAO_014116.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 23, 2025
New York, NY

_____
Nola B. Heller