# EXHIBIT 1

-6-

**U.S. Department of Justice**

Criminal Division

VAA:CJS:TNB:DMG:dmg
CRM-95-100-30787 (Please use when responding)

*Office of International Affairs* *Washington, D.C. 20530*

June 19, 2023

**URGENT – VIA EMAIL and INTERPOL**

Gabriela Bláhová, Director
International Department for Criminal Matters
Ministry of Justice of the Czech Republic
[redacted]
[redacted] Prague, Czech Republic

Re: Request to the Czech Republic for the Provisional Arrest with a View Towards Extradition of NIKHIL GUPTA, a/k/a "Nick"

Dear Ms. Bláhová:

In accordance with Article XI of the 1925 U.S.-Czechoslovakia Extradition Treaty, as supplemented by the 1935 U.S. Czechoslovakia Supplementary Extradition Treaty and the 2006 U.S.-Czech Republic Second Supplementary Treaty, the Office of International Affairs, Criminal Division, United States Department of Justice, requests that Czech authorities execute a provisional arrest, for the purpose of the extradition, of NIKHIL GUPTA, a/k/a "Nick" ("GUPTA").

1. **FUGITIVE NAME/WHEREABOUTS:**

NIKHIL GUPTA, a/k/a "Nick" is an Indian citizen residing in India. He is expected to travel to Prague for a meeting between on or about June 21, 2023 and June 28, 2023. GUPTA is expecting to attend a meeting with a confidential source working with the Drug Enforcement Administration ("DEA"). We ask that Czech authorities arrest GUPTA upon his arrival in the Czech Republic.

Drug Enforcement Administration Vienna Country Attaché W. Kyle Brannon has knowledge of the U.S. investigation in this matter. He can be reached by e-mail at [redacted], or by telephone at [redacted].

2. **CHARGING DOCUMENT/JURISDICTION/OFFENSE/WARRANT**

NIKHIL GUPTA, a/k/a "Nick," is wanted in the Southern District of New York to stand trial for participating in an international murder-for-hire scheme targeting a person in New York. GUPTA was charged in a sealed criminal indictment, on June 13, 2023, in the United States District Court for the Southern District of New York, 23 Cr. 289. The sealed indictment charges GUPTA with the following offenses:

A) Conspiracy to Commit Murder for Hire Intended to Result in Death, in violation of Title 18, United States Code, Sections 1958(a) (the maximum penalty is ten years' imprisonment);

B) Murder for Hire Intended to Result in Death, in violation of Title 18, United States Code, Sections 1958(a) and 2 (the maximum penalty is ten years' imprisonment);

Based on the sealed June 13, 2023 indictment, Ruby Krajick, Clerk of Court, issued an arrest warrant for GUPTA on June 13, 2023.

3. **FACTS OF THE CASE**

Over the course of approximately seven years, the confidential source has developed a relationship with GUPTA — an Indian citizen currently residing in New Delhi, India. The confidential source and GUPTA have repeatedly discussed — but never been able to consummate — firearms and narcotics deals. Based on their relationship, the confidential source believes that GUPTA is a firearms and narcotics trafficker. GUPTA is under the impression that the confidential source is a Colombian cocaine supplier.

On or about May 30, 2023, in the course of discussing a firearms and narcotics deal, GUPTA asked the confidential source, in sum and substance, if the confidential source knew anyone who could assist GUPTA in carrying out the murder of a lawyer who lives in New York. GUPTA then provided the confidential source with the intended Victim's name and explained that he would pay $100,000 for the murder. The confidential source agreed to contact his friends in New York in an attempt to facilitate the murder. The intended Victim is a dual United States and Canadian citizen currently residing in Queens, New York. In later conversations, GUPTA shared with the confidential source certain details about the intended Victim's movements and habits that suggest GUPTA may have other sources of information about the intended Victim, is tracking the intended Victim, and may have other avenues to harm the intended Victim.

As the confidential source and GUPTA continued to discuss the logistics for the murder, the confidential source introduced the undercover agent as the confidential source's contact in New York who would conduct the murder or coordinate with others who would commit the murder. On June 9, 2023, GUPTA arranged for a courier to pay the undercover agent $15,000 as an advanced payment for the murder. GUPTA initially requested that the murder occur by on or about June 11, 2023, or otherwise on or about June 26, 2023, after the Indian Prime Minister's Official State visit to the United States to avoid political upheaval and controversy during the Prime Minister's visit. In addition,

GUPTA mentioned to the undercover agent and the confidential source that he intended to hire them to murder other people, including some unnamed persons residing in Canada.

On June 18, 2023, a close associate of the intended Victim was shot and killed by unidentified assailants outside of a temple in British Columbia, Canada. On June 19, 2023, GUPTA provided a short video of the deceased associate to the undercover agent and told the undercover agent, in sum and substance, that the deceased was a target he had mentioned previously. This strongly suggests that that GUPTA and/or persons working with GUPTA were responsible for the associate's murder. GUPTA also told the undercover agent that the murder of the intended Victim should now be carried out as soon as possible, without regard to collateral consequences such as potential harm to civilian bystanders or any resulting protests or political upheaval. GUPTA told the undercover agent, in sum and substance, that after he (the undercover agent) kills the intended Victim, GUPTA planned to direct the undercover agent to kill additional targets, at least some of whom are in Canada.

In a June 19 call, GUPTA and the confidential source discussed the murder of the intended Victim's associate. They also discussed meeting in Los Angeles or the Czech Republic to continue discussions about other murders and/or firearms and narcotics deals. The meeting between GUPTA and the confidential source is expected to occur between on or about June 21 and on or about June 28, 2023. During the June 19 call, GUPTA also communicated the need to have the murder of the intended Victim carried out as soon as possible.

At present, GUPTA communicates regularly with the confidential source and the undercover agent, by phone, video call, and chat, in anticipation of completing the murder-for-hire described above. During video calls, GUPTA's face has been fully visible and law enforcement agents have been able to compare the person on the call with pictures of GUPTA from a law enforcement database, thereby confirming his identity.

## 4. SEIZURE OF ARTICLES

In accordance with applicable legal authorities, including Article X of the 1925 U.S.-Czechoslovakia Extradition Treaty as supplemented by the 2006 United States–Czech Republic Second Supplementary Treaty, we hereby request the seizure and eventual surrender of all articles, instruments, objects of value, documents and other evidence relating to the offenses charged that are found in the possession of GUPTA at the time of his arrest.

## 5. STATUTE OF LIMITATIONS

Pursuant to 18 U.S.C. § 3282, the statute of limitations on the offense charged is five years. Because the indictment charges conspiracy conduct occurring through 2023, the statute of limitations has not run.

## 6. TREATY CITATIONS

Provisional arrest is covered by Article 11 of the 1925 Extradition Treaty between the United States and Czechoslovakia as supplemented by the 2006 United States–Czech Republic Second

Supplementary Treaty. The offenses with which GUPTA is charged are covered under Article 2 of the same Instrument.

## 7. PHYSICAL DESCRIPTION/IDENTIFYING DATA

| | |
|---|---|
| Name: | NIKHIL GUPTA |
| Alias: | NICK |
| Citizenship: | INDIA |
| Date of Birth: | October 2, 1971 |
| Place of Birth: | India |
| Sex: | Male |
| Height: | 180.34 cm |
| Weight: | 77.11 kg |
| Hair: | Dark Brown / Black |
| Eyes: | Brown |
| Passport number: | [redacted] (Pakistan)<br>[redacted] (India) |





8. **ASSURANCES**

Please be assured that the United States will submit the supporting documents required by the extradition treaty within the two months specified in the 1925 Extradition Treaty between the United States and Czechoslovakia as supplemented by the 2006 United States–Czech Republic Second Supplementary Treaty.

Thank you for your assistance in this matter. If you have any questions, please contact me via telephone [redacted], or via email at [redacted], or Erika Hope, the International Affairs Specialist assigned to this matter, at [redacted] or via email at [redacted]

Sincerely,

Vaughn A. Ary
Director
Office of International Affairs

By: *Deborah M. Gaynus*
Senior Trial Attorney

cc (by email): Maria Gabellieri, Department of State, L/LEI