# EXHIBIT 5

U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION



| | | | |
|---|---|---|---|
| 1. Program Code | 2. Cross File / Related Files | 3. File No. [redacted] | 4. G-DEP Identifier [redacted] |
| 5. By: Mark J Franks, SA<br>At: New York Joint TF | ☒ [redacted]<br>☐<br>☐<br>☐<br>☐ | 6. File Title [redacted] | |
| 7. ☐ Closed ☐ Requested Action Completed<br>☐ Action Requested By: | | 8. Date Prepared 07-12-2023 | |
| 9. Other Officers: | | | |
| 10. Report Re: Arrest of GUPTA by Czech Police on 6/30/23 in Prague, Czech Republic. | | | |

## DETAILS

1. On 6/30/23, SA Mark Franks and TFO Jose Sandobal met with the Czech National Drug Headquarters (NDH) Police in Prague, Czech Republic. The NDH was informed of Nikhil GUPTA's flight information. NDH agents, SA Franks and TFO Sandobal traveled to Vaclav Havel Airport in Prague. SA Franks and TFO Sandobal waited in the van while NDH agents went to arrest GUPTA. Approximately one hour later, NDH agents came back to the van with GUPTA in custody. NDH agents told SA Franks and TFO Sandobal they waited for GUPTA to pick up his luggage and took him into custody without incident.

2. SA Franks and TFO Sandobal spoke with GUPTA while NDH transported GUPTA to a holding facility. During the drive, SA Franks read GUPTA his rights advice for an individual in a foreign country. GUPTA agreed to speak with SA Franks and TFO Sandobal.

3. In sum and substance, GUPTA stated back in 2021, he was traveling to Uzbekistan. When he returned to India, he was informed he had a court appearance for robbery. GUPTA did not understand why as he was not in the country, but he said this was not unusual as India's police force is corrupt. GUPTA began asking friends to see if they knew anyone who could assist him in clearing his name. GUPTA said he received a phone call from an individual named AMANAT who said he could clear GUPTA's name. GUPTA and AMANAT met in New Delhi, India shortly after. GUPTA could not describe AMANAT other than he was tall, possibly in his 40's, and possibly from India and Pakistan. GUPTA said AMANAT wore a mask, hat, glasses and long

| | | |
|---|---|---|
| 11. Distribution:<br>Division New York Joint TF<br>District<br>Other EPIC SARI | 12. Signature (Agent)<br>/s/ Mark J Franks, SA | 13. Date<br>07-12-2023 |
| | 14. Approved (Name and Title)<br>/s/ Miguel A Marte, GS | 15. Date<br>09-07-2023 |

DEA Form - 6
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to w hich loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. [redacted] | 2 G-DEP Identifier [redacted] |
| | 3. File Title [redacted] | |
| 4. **Page 2 of 2** | | |
| 5. Program Code | 6. Date Prepared 07-12-2023 | |

sleeve t-shirts. AMANAT asked GUPTA to have someone in New York City killed. GUPTA stated he knew someone and continued to facilitate the murder in New York City. GUPTA stated he did not know anything else about AMANAT and he would most likely go into hiding once he found out GUPTA had been arrested. GUPTA provided a phone number of AMANAT, [redacted].

4. GUPTA wrote his name on the rights advice form but before signing, asked for a phone call. SA Franks and TFO Sandobal informed GUPTA they were unable to grant him a phone call as they were not in the U.S. GUPTA continued to state if he was able to place a phone call, he would sign his name. NDH agents informed GUPTA he would be able to make a phone call at a later time. GUPTA did not sign the form. Agents were unable to ask any more questions due to the short transit time from Prague airport and the Prague holding facility. NDH agents informed SA Franks and TFO Sandobal that GUPTA had three phones in his possession. All of GUPTA's belongings were retained by NDH agents. SA Franks and TFO Sandobal were informed that GUPTA voluntarily provided them with the phone passwords.

5. GUPTA was then transported to a holding facility.

6. It is to be noted, at approximately 12:11 p.m. Eastern Standard Time, GUPTA texted via WhatsApp the Undercover Officer (UC) his new number, [redacted].

[redacted]

**1. GUPTA, Nikhil** - [redacted]. **Phone numbers**- [redacted], [redacted]. **Remarks:** Arrested in Prague, Czech Republic.

**2. AMANAT** - [redacted]. **Phone number** [redacted]. Tall, possibly in his 40's and may be Pakistani or Indian.



This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.