# EXHIBIT 6


POLICIE