# EXHIBIT 7


POLICIE
POLICIE