# EXHIBIT 10

5:12 LTE

A. TS MF C.

4 People

Camille L. .Fletcher

C. Is he talking?

Mark Franks

MF We had limited time. He did but he was playing fuck fuck games. We think he will ultimately cooperate. We can fill you in more.

Jun 30, 2023 at 6:30 PM

Congratulations guys - really incredible work.

Camille L. .Fletcher

C. Truly!

Did we grab phones?

TFO Jose Sandobel

TS Yes
He gave the codes to unlock them to the arrest team

Outstanding

How many phones?

Jun 30, 2023 at 11:11 PM

Mark Franks

MF 3

iMessage