# EXHIBIT 14

FD-1057 (Rev. 5-8-10)

[redacted]

# FEDERAL BUREAU OF INVESTIGATION

## Electronic Communication

**Title:** [redacted] VIVO Android 13 Overview **Date:** 09/05/2023

**CC:** NAZARIO MELISSA
David Booth

**From:** NEW YORK
NY-CD28
**Contact:** OBRIEN KACY L, [redacted]

**Approved By:** SSA ZITMAN ANDREW J

**Drafted By:** OBRIEN KACY L

**Case ID #:** [redacted] [redacted]

**Synopsis:** [redacted] VIVO Android 13 Overview

**Reference:** [redacted]
Serial 12

**Enclosure(s):** Enclosed are the following items:
1. [redacted] Excel Report_Contact list and email
2. Screenshot of 2 Signal Messages
3. Screenshot of Searched Items
4. Screenshot of AMAAAA's request to move to Signal Message
5. Screenshot of completed calls.

**Details:**

[redacted] This is a preliminary search of a phone extraction provided by DEA. Based on the data provided, it appears to be a complete extraction of the phone; however, FBI cannot confirm how the phone was parsed after the extraction. This is only a precursory review; additional data/information may be available once FBI has direct access to the phone(s).

[redacted] VIVO Android 13 Overview:

- [redacted] 29 Chat Messages:
  - [redacted] 9 Native Messages
    - [redacted] to Phone Owner: Request to move to Signal on 6/23/2023 at 5:08PM

[redacted]

[redacted]

Title: [redacted] VIVO Android 13 Overview
Re: [redacted]

UTC (Agent Note: See one 1a Package for Screenshot of Message.)
- [redacted] 2 Signal Messages
  - [redacted] No Content within the messages. Content provided in reference serial: (Agent Note: See one 1a Package for Screenshot of 2 Messages.)
- [redacted] 18 Whatsapp Messages
  - [redacted] Majority of the messages are generic whatsapp messages. Very minimal contact within the messages.

- [redacted] 1 Email:
  - [redacted] Generic Message from google community to the following email: [redacted]. (Agent Note: Please see 1a package for email.)
- [redacted] Search Items:
  - [redacted] 6 Searches completed in Play Store: Yandex messenger, surfshark vpn, vyprvpn, whtdapp business; telegram, and signal (Agent Note: Please see 1a package for screenshot of searched items.)
- [redacted] Contact List
  - [redacted] Attached in 1a package for complete list
- [redacted] Calls
  - [redacted] 11 calls total; only 2 of the calls were answered/completed
  - 2 answered calls were from [redacted] with display name Hanry to [redacted] with display name owner, assumed to be Gupta. Please see 1a package for additional information.

◆◆