# EXHIBIT 22

- 80 -

MZV-ČR, PODATELNA
Došlo: 25 -08- 2023
č. 122389
Odděl. KO

No. 125.

The Embassy of the United States of America presents its compliments to the Ministry of Foreign Affairs of the Czech Republic and the Ministry of Justice of the Czech Republic and requests the extradition of Nikhil GUPTA, alias Nick, pursuant to the Treaty between the United States of America and the Czechoslovak Republic Concerning the Mutual Extradition of Fugitive Criminals, signed July 2, 1925 (the "1925 Treaty"), the Supplementary Extradition Treaty between the United States of America and the Czechoslovak Republic, signed April 29, 1935 (the "1935 Supplementary Treaty"), and the Second Supplementary Treaty on Extradition between the United States of America and the Czech Republic, signed May 16, 2006 (the "2006 Second Supplementary Treaty") (collectively, the "Treaty").

GUPTA was arrested on June 30, 2023, and is currently in custody in the Czech Republic.

GUPTA is wanted to stand trial in the United States for his participation in a murder-for-hire scheme targeting a person in New York. GUPTA is the subject of an indictment in case number 23 CRIM 289, filed on June 13, 2023, in the United States District Court for the Southern District of New York. The indictment charges GUPTA with the following offenses:

Count 1: Murder-for-Hire Conspiracy, in violation of Title 18, United States Code, Section 1958(a); and

Count 2: Murder-for-Hire, and aiding and abetting that offense, in violation of Title 18, United States Code, Sections 1958(a) and 2.

Based on the charges in the indictment, on June 13, 2023, the United States District Court for the Southern District of New York issued a warrant for the arrest of GUPTA. This warrant remains valid and executable to apprehend GUPTA to stand trial for the crimes charged in the indictment.

MZV-ČR, SPISOVNA KO
29 -08- 2023
304967/2023-KO

Ministerstvo zahraničních věcí
MZV#0000008663

DIPLOMATIC NOTE

CRM-181
APR 98

A detailed summary of the evidence supporting the charges against GUPTA is included in the supporting documentation.

The charges against GUPTA are punishable under the laws of the United States by deprivation of liberty for a period of more than one year and are covered under Article 2 of the 1925 Treaty as amended by Article 2 of the 2006 Second Supplementary Treaty. In addition, the applicable U.S. statute of limitations does not bar prosecution of GUPTA for the offenses for which extradition is sought. More detailed explanations of the applicable punishment and the applicable statute of limitations are provided in the supporting documentation.

In accordance with Article X of the 1925 Treaty, the United States requests the seizure of all items, including articles, documents, and evidence relating to the offenses charged, for surrender with GUPTA if extradition to the United States is granted.

GUPTA is a citizen of India, born on October 2, 1971. GUPTA is described as an Indian male with brown eyes and dark brown/black hair. GUPTA is the holder of an Indian passport, issued on March 31, 2023, with passport number [redacted]. Photographs of GUPTA are provided in the supporting documents.

The Embassy of the United States of America avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Czech Republic and the Ministry of Justice of the Czech Republic the assurance of its highest consideration.

Embassy of the United States of America
Prague, August 23, 2023

EMBASSY OF THE UNITED STATES OF AMERICA
PRAGUE

DIPLOMATIC NOTE

CRM-181
APR 98