**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 11, 2025

**BY ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Nikhil Gupta, S2 23 Cr. 289 (VM)**

Dear Judge Marrero:

The Government writes to respectfully inform the Court that the undersigned made a classified, *ex parte* submission pursuant to Section 4 of the Classified Information Procedures Act, 18 U.S.C. app. III, and Federal Rule of Criminal Procedure 16(d)(1).

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: ______________________
Alexander Li / Camille L. Fletcher /
Ashley C. Nicolas
Assistant United States Attorneys
Southern District of New York
(212) 637-2265 /-2383 /-2467

cc: Nola B. Heller, Esq. (*by ECF*)
Matthew Laroche, Esq. (*by ECF*)