| | |
|---|---|
| **From:** | ▮▮▮▮ <▮▮▮▮@gmail.com> |
| **Sent:** | Tuesday, June 12, 2012 10:01 PM |
| **To:** | vikas0yadav@gmail.com |
| **Subject:** | Fwd: direct recuritment |
| **Attachments:** | DIRECT RECRUITMENT OF SENIOR FIELD OFFICERS.docx |

---------- Forwarded message ----------
From: **207 cobra** <▮▮▮▮@gmail.com>
Date: Sat, Jun 9, 2012 at 5:28 PM
Subject: direct recuritment
To: ▮▮▮▮ <▮▮▮▮@gmail.com>, ▮▮▮c <▮▮▮▮@yahoo.in>, ▮▮▮▮ <▮▮▮▮@gmail.com>, ▮▮▮▮ <▮▮▮▮@yahoo.in>, ▮▮▮▮ <▮▮▮▮@gmail.com>, ▮▮▮▮@rediffmail.com, ▮▮▮▮ <▮▮▮▮@gmail.com>

fm
steno 207

SIGNAL

TO      :      ALL OsC/207

FM      :      207

NO. D.I.1/12-207-ST                                                              DTD         /6/12

U/C (.)  REG DIRECT RECRUITMENT OF SENIOR FIELD OFFICERS (JUNIOR TIME SCALE GROUP 'A' POST IN THE JUNIOR EXECUTIVE CADRE OF R&AW FROM AMONGST THOSE WHO HAVE BEEN SELECTED THROUGH UPSC AS ASSISTANT COMMANDANTS IN CPMFS AND HAVE RENDERED 1-3 YEARS OF SERVICE (.) COPY OF DIGCENT (PERS) DTE SIG. NO. D.I.13/2012-PERS-DA.8 DTD 8/6/12 IS R/B (.) QTE (.) REFER TO THIS DTE. SELO MESSAGE OF EVEN NO. 11.05.2012 AND OTHER CORRESPONDENCE RESTING ON THE SUBJECT MATTER (.) IT HAS BEEN DECIDED THAT SUBJECT MATTER MAY NOT BE TREATED AS DEPUTATION (.) MHA AND SECRETARY(R), GOI, CABINET SECTT. HAVE REQUESTED US TO GIVE WIDE PUBLICITY OF THE REQUIREMENT/ADVERTISEMENT PUBLISHED IN EMPLOYMENT NEWS (12-18 MAY'2012) (EXTRACT OF SAME ATTACHED AS APPENDIX-A BELOW) OF CABINET SECTT. (.) WILLINGNESS OF ASSTT. COMMANDANTS OF CPAFS, WHO HAVE JOINED SERVICE IN THE YEAR 2008, 2009, 2010 AND 2011 HAVE BEEN REQUESTED TO BE FORWARDED TO SH. RAVI SINHA, JOINT SECRETARY (PERS), CABINET SECTT, ROOM NO. 07, BIKANER HOUSE (ANNEXE), SHAHJAHAN ROAD, NEW DELHI (.) ELIGIBILITY CONDITIONS AND OTHER ENTITLEMENTS ARE MENTIONED IN THE APPENDIX-A (.)  SINCE THE CLOSING DATE FOR RECEIPT OF APPLICATION AS PER ADVERTISEMENT IS 15.06.2012, REQST. DIRECT A/CS WHO ARE APPOINTEES OF 2008, 2009, 2010 & 2011 AND RENDERED 1-3 YEARS OF SERVICE TO APPLY FOR SUBJECT DIRECT RECRUITMENT WITH ENDORSEMENT TO THIS DTE. GENERAL, BEING THE CADRE CONTROLLING AUTHORITY FOR ISSUE OF FORMAL NOC AND SUBMISSION OF NOMINATIONS TO CABINET SECTT. AFTER DUE SCRUTINY (.)  JOINT SECY. (PERS), CABINET SECTT. ONLY (.)  THIS REFERS HIS DO NO. 5/1/2012-5157-RECTT. CELL DTD. 01.06.2012 (.)  DIRECTOR (PERS) MHA ONLY (.)  PROPOSAL FOR NOC/CADRE CLEARANCE ON SUBJECT MATTER FORWARDED VIDE THIS DTE. UO. NO. D.I-13/2012-PERS.DA.8 DTD 21.05.2012 MAY PLEASE BE TREATED AS WITHDRAWN (.)   UNQTE (.) ELIGIBILITY CONDITION FOR SUBJECT RECRUITMENTS AS UNDER (.) OFFICERS WHO HAVE JOINED AS ASSISTANT COMMANDANTS IN CPMFS AND  SELECTED THROUGH  UPSC, CPFE FOR THE YEAR 2008,2009,2010,& 2011 ARE ELIGIBLE TO APPLY (.) REQST DIRECT A/CS WHO HAVE JOINED AS ASSISTANT COMMANDANTS IN CPMFS AND  SELECTED THROUGH  UPSC, CPFE FOR THE YEAR 2008,2009,2010,&  2011 AND RENDERED 1-3 YEARS OF SERVICE TO APPLY FOR SUBJECT DIRECT RECRUITMENT WITH ENDORSEMENT TO THIS OFFICE FOR CADRE CLEARANCE (.) EXTRACT OF EMPLOYMENT NEWS 12-18 MAY'2012 AND APPLICATION FORM ATTACHED AS APPENDIX "A " (.) HOWEVER COPY OF EMPLOYMENT NEWS 12-18 MAY'2012 AND APPLICATION FORM IS BEING SENT TO ALL ELIGIBLE OFFICER OF THIS UNIT THROUGH THEIR EMAIL ID (.) FOR INFO AND N/A PSE //-

FOR COMDT.207

**APPENDIX-A**

**EXTRACT OF EMPLOYMENT NEWS 12-18 MAY'2012 (www.employments.gov.in)**

**GOVERNMENT OF INDIA**

**CABINET SECRETARIAT**

**Advertisement no.**                                      **Closing date : 15.6.2012**

**Applications are invited for filling up the following post in Cabinet Secretariat on direct recruitment and transfer basis:**

| S. No. | Post | Pay |
|---|---|---|
| 1. | Senior Field Officer (GD) | 15,600-39,100 with grade pay of Rs. 5,400/-in PB-3* |

i)     The above post carries 15% Special Allowance on basic pay drawn plus Grade Pay of the post.

ii)     The post also carries a grade pay of Rs. 6,600/- on Non Functional Selection Grade (NFSG) basis on completion of 4 years of regular service.

**Eligibility Criteria**

Ø     Officers who have joined as Assistant Commandants in CPMFs and selected through UPSC, CPFE for the year 2008,2009,2010,& 2011 are eligible to apply.

**Selection Criteria**

Ø     The final selection will be made on the basis of an interview by a selection committee duly constituted by the Government of India .

**Other conditions**

Ø     Those who are selected to join the service on direct recruitment or transfer basis will be allotted the same year of allotment as held by them in their respective services in the year in which they joined respective CPMFs. They will retain lien in their own cadre for a period of one year from the date of joining the post, with the option of reverting to their parent service, in case they so desire.

Ø     The employment carrier with it liability of transfers all over India and abroad.

Ø     The seniority and service of the selected candidates, rendered as Assistant Commandants in CPMFs would be taken into account for all purpose & their pay protected.

**Submission of Application**

Ø    Candidates are required to send their application in the prescribed format incorporated in the advertisement. The envelope containing application should be super scribed as "APPLICATION FOR THE POST OF SENIOR FIELD OFFICER (GD)
and addressed to Post Bag No. 001,Lodhi Road Head Post Office, New Delhi-110003*
Ø    The last date of receipt of application is <u>15/06/2012 repeat 15.06.2012</u>. Applications received after the last date shall not be entertained.
Ø    The application should be sent by ordinary post .
Ø    The applicants should intimate their cadre controlling authority requesting them to formally forward the application addressed to ▮▮▮▮▮▮▮▮▮▮▮▮ , Under Secretary ( Recruitment Cell) , Room No.7,Bikaner House ( Annexe), Shahjahan Road, New Delhi-110011.

Application for the post of _____

1. Name of the officer              :

| PP size Photograph |
|---|

2. Father's Name                    :
3. Religion & Nationality           :
4. Education Qualification          :
5. Year of qualifying CPEs(AC) exam :
   Conducted by UPSC

6. Designation, Scale of pay and Present:
   Basic pay

7. Date of retirement               :

8. Date of birth/Place of birth     :

9. Place of birth                   :

10. Date of entry in Govt. service and  :
    The post to which appointed

11. Date of continuous appointment  :
    To the grade of Asstt. Comdt.

12. Cadre controlling authority with :
    Address & telephone No.

13. Present Office address/tele No. :

14. Martial Status                  :

15. Religion/nationality & Country of
    Origin of spouse                :

16. Address
    i) Present address with Tele No.     :
    ii) Permanent address with tele No.   :
    iii) Mobile No.                       :
    iv) E-mail Id                         :

17. Details of posts held since joining Govt
    Service with dates/place of postings  :

                Signature:

                Name of the Officer :
                Date :