# EXHIBIT 1

I.      **Statement of Professor Nitasha Kaul's Opinions, Bases, and Reasons**

   A.      **Sikhs for Justice ("SFJ"), and its leaders Gurpatwant Singh Pannun and Hardeep Singh Nijjar, have been publicly condemned by the Government of India ("GOI") for their Sikh separatist activities.**

Sikhism is a religion founded in the Punjab region of the Indian subcontinent. Individuals who practice Sikhism, known as Sikhs, represent approximately 2% of India's population, but are the majority group in Punjab, making up 60% of its population. Since before India's independence from Britain in 1947, parts of the Sikh community have sought the creation of an independent Sikh state called the "Khalistan." This ethnoreligious demand peaked between the late 1970s and the mid-1990s and included violent conflict between Sikhs and the GOI. Key turning points were a 1984 operation to clear the Sikhs' holiest temple ordered by then-Indian prime minister Indira Gandhi, the assassination of Prime Minister Gandhi by her Sikh bodyguards, ensuing mob violence against Sikhs, and continued violence especially in Punjab until the 1990s that included the use of enforced disappearances, extrajudicial killings, and mass cremations. As Sikhs fled India for other countries, leadership of the Sikh secessionist movement shifted to the global Sikh diaspora.

Today, one of the most prominent Sikh secessionist organizations is SFJ, an advocacy group that seeks the establishment of the independent Sikh state of Khalistan. SFJ has offices in New York, Canada, and the United Kingdom. Gurpatwant Singh Pannun, an attorney and dual citizen of the United States and Canada, founded SFJ in 2007. Pannun also serves as SFJ's general counsel. Hardeep Singh Nijjar was a leader of SFJ in Canada until he was shot dead outside a Sikh Gurudwara (temple) in Surrey, British Columbia on June 18, 2023.

To further its mission, SFJ organizes protests and referenda, and has filed lawsuits against Indian officials in courts in the United States, Canada, and Europe seeking accountability for violence by the GOI against Sikhs. Beginning in October 2021, SFJ launched a nonbinding global referendum for the Sikh diaspora on the creation of the Khalistan state. In a series of votes held in various Western countries, including the United States, Canada, the United Kingdom, and Australia, SFJ invited Sikhs to vote on the question "Should Indian Governed Punjab Be An Independent Country?" According to SFJ, approximately 127,000 American Sikhs voted during a referendum event in San Francisco in January 2024. SFJ and other Sikh groups regularly protest during diplomatic visits by GOI officials to Western countries. For example, Sikh activists protested outside the White House on June 22, 2023, during Prime Minister Narendra Modi's June 20-23, 2023 state visit to the United States.

Even though the movement to create an independent Sikh state of Khalistan has little international backing, the GOI views SFJ as an existential threat. In 2019, the GOI banned SFJ under its newly amended Unlawful Activities Prevention Act ("UAPA") for engaging in anti-India conduct, including promoting secessionism, inciting violence, and threatening the sovereignty and territorial integrity of India. The ban was initially for five years but was extended in 2024 for another five years. In mid-2023, India's National Intelligence Agency, a counterterrorism and national security agency, named a list of 20 Sikhs in the diaspora, which included Pannun and Nijjar. Indian media publicized the list as "enemies of the state." The GOI has publicly criticized Western countries for harboring Sikh individuals and organizations, including Pannun, Nijjar, and SFJ, that conduct secessionist activities and/or protests against India.

**B.**    **The Research and Intelligence Wing ("RAW") is an Indian intelligence agency whose mission includes, among other things, the suppression of Sikh separatists.**

RAW is India's foreign intelligence service. RAW is a part of India's Cabinet Secretariat, which is responsible for the administration of the Indian Government, and RAW reports directly to the Prime Minister of India. RAW's headquarters are located at the Central Government Office ("CGO") Complex in New Delhi, India. In addition to its domestic workforce, RAW has an extensive range of operatives posted around the world. RAW is led by a chief, who is a designated secretary in the Cabinet Secretariat.

RAW has no public, parliamentary, or budgetary oversight. It is immune from India's Right to Information Act of 2005, which allows citizens to access information held by public authorities. RAW is only accountable to the Indian Prime Minister's office.

RAW does not have a public recruiting mechanism. Instead, RAW often selects officers from other GOI agencies, including from the Central Reserve Police Force ("CRPF"), to join its ranks. The CRPF is the principal internal security force and the largest paramilitary force in India. The CRPF handles counterinsurgency and internal security within India and is credited with quelling the Sikh separatist movement in Punjab. CRPF officers selected to join RAW are often deputized and while they remain officers in the CRPF, they receive assignments from RAW.

RAW has engaged in intelligence activities to further the GOI's aims, including through surveillance and targeting of the GOI's critics. For instance, under Prime Minister Indira Gandhi, RAW facilitated the repression of minorities and critics of the GOI by creating dossiers on those the GOI viewed as threats, including Sikh separatist and critics of the GOI. Those dossiers were used to arrest, dismiss, and/or force into retirement thousands of the GOI's critics, including Sikhs, members of opposing parties, journalist, bureaucrats, businessmen, and others. By the end of 1980, a new division in RAW was set up to collect domestic and foreign intelligence on Sikh extremists. RAW's programmatic focus on Sikhs (and other groups or individuals viewed as threats to the GOI) continues to the present day.

RAW has long used criminal proxies to conduct operations in neighboring countries such as Nepal and Pakistan. More recently, RAW has begun using those tactics in Western countries. As a result, RAW officers and agents have faced arrest, expulsion and reprimand in countries including Australia, Canada, Germany, and the United Kingdom. The use of criminal organizations to carry out RAW operations creates a layer of plausible deniability for the GOI and protects GOI officers and assets from being exposed. It also reduces the risk of direct reaction and/or retaliation against India.

**C.**    **Bases and Reasons**

Professor Kaul's opinions are based upon her education, training, experience, and research, as described in greater detail below and in her curriculum vitae. In particular, Professor Kaul teaches and writes on contemporary India, including Indian geopolitics and transnational repression, and has conducted extensive research on the politics and practices of the GOI's

relationship with the global Sikh community. Attached is an Appendix containing a non-exhaustive list of sources particularly pertinent to the opinions in this disclosure.

## II.    Professor Kaul's Qualifications

Dr. Nitasha Kaul is Full Professor (Chair) of Politics, International Relations and Critical Interdisciplinary Studies, and the Director, Center for the Study of Democracy, School of Social Sciences, University of Westminster, London, United Kingdom. She is the author of over 150 publications, including books, book chapters in numerous critical and ground-breaking edited collections, plus peer-reviewed original research articles in numerous journals across humanities and social science disciplines. Professor Kaul is a leading international expert on contemporary India, including Indian democracy, authoritarianism under the Modi government, human rights, transnational repression of diaspora, and South Asian geopolitics. In particular, she has conducted extensive research on the politics and practices of the GOI towards the Sikh community, including transnational repression by the GOI through its foreign intelligence service, RAW. Professor Kaul has written for major publications and authored for leading academic journals, provided policy and public intellectual inputs, and testified as an expert witness before the U.S. House of Representatives Committee on Foreign Affairs, Subcommittee on Asia, the Pacific and Nonproliferation, regarding Human Rights in South Asia (2019). Professor Kaul's curriculum vitae is attached as Exhibit A, and it contains her qualifications as well as a list of all publications authored by her in the last ten years.

## III.    Professor Kaul's Prior Testimony

To the best of her recollection and ability to reconstruct, Professor Kaul has not testified as an expert at trial or by deposition in the previous four years.

\*    \*    \*

I have reviewed the Government's expert witness disclosure contained herein and approve of its contents as required by Federal Rule of Criminal Procedure 16(a)(1)(G)(v).

_____
Professor Nitasha Kaul

September 8, 2025

3

**Appendix**
(Selected Sources)

## Selected sources

Amnesty International, 2000, A trail of unlawful killings in Jammu and Kashmir: Chithisinghpora and its aftermath, https://www.amnesty.org/fr/wp-content/uploads/2021/06/asa200242000en.pdf

AP Newsroom, 22 June 2023, Protestors gather at White House amid Modi state visit. https://newsroom.ap.org/editorial-photos-videos/detail?itemid=edf8e6aa3a0b44bc9fcecb629732458a&mediatype=video&source=youtube

Basu, S. 21 Oct 2024. Kashmir Times. Nijjar Killing And Pannun Murder Plot: Are India's Spy Games Changing In Style? https://kashmirtimes.com/opinion/comment-articles/nijjar-killing-and-pannun-murder-plot-are-indias-spy-games-changing-in-style

Coyne, A. 2023 No, India killing a Canadian is not 'just like' America killing bin Laden: Germany and the United States both invaded France in the Second World War. But the two were rather different, morally. The Globe and Mail (Online) The Globe and Mail. Sep 29, 2023. https://www.theglobeandmail.com/opinion/article-no-india-killing-a-canadian-is-not-just-like-america-killing-bin-laden/

Das, S. 2024. Extrajudicial Killings May Be Frequent in India's Most Populous State, https://pulitzercenter.org/stories/extrajudicial-killings-may-be-frequent-indias-most-populous-state

Ellis-Petersen, H. 1 Feb 2021 Indian journalists face criminal charges over police shooting reports, The Guardian. https://www.theguardian.com/world/2021/feb/01/indian-journalists-face-criminal-charges-over-police-shooting-reports

Frontline, 2002. In search of the truth. 30 March. https://frontline.thehindu.com/other/article30244436.ece

Gadhavi, D & Singh, M (2024) No Eye for the I-Word: The State of Research on Intelligence in India, Strategic Analysis, 48:4, 311-325, DOI: 10.1080/09700161.2024.2404523

Gossman, P. (2000). India's Secret Armies. In: Campbell, B.B., Brenner, A.D. (eds) Death Squads in Global Perspective. Palgrave Macmillan, New York. https://doi.org/10.1057/9780230108141_10

Groffman, N (2016) Indian and Chinese espionage, Defense & Security Analysis, 32:2, 144-162, DOI: 10.1080/14751798.2016.1160486

Hindustan Times, 2014 HC notice to Punjab, Centre on 6,733 extra-judicial killings in militancy years, https://www.hindustantimes.com/cities/chandigarh-news/hc-notice-

to-punjab-centre-on-6-733-extra-judicial-killings-in-militancy-years-101707336627748.html
https://ensaaf.org/wp-content/uploads/2018/08/reducedtoashes.pdf

Human Rights Watch/Asia and Physicians for Human Rights, Dead Silence: The Legacy of Abuses in Punjab (New York: Human Rights Watch, 1994). https://www.hrw.org/report/1994/05/01/dead-silence-legacy-abuses-punjab

Kumar R N, Singh A, Agrwaal A, and Kaul, J. 2003. Reduced to Ashes: The Insurgency and Human Rights in Punjab. Kathmandu: South Asia Forum for Human Rights.

Miller G, Shih G, and Nakashima E, 29 April, 2024 An assassination plot on American soil reveals a darker side of Modi's India, The Washington Post, https://www.washingtonpost.com/world/2024/04/29/india-assassination-raw-sikhs-modi/

Nair, R (2022) Human rights in post-Independent India: the great enduring myth, The Round Table, 111:3, 333-348, DOI: 10.1080/00358533.2022.2082686

Onishi, N. & Austen, I. 25 Sep 2023, Two Hooded Gunmen, a Silver Getaway Car and a Slain Sikh Leader, NYT International edition edn, New York.

Raghavan, S. 18 Sep 2018, After 50 years of RAW, there are still no declassified documents or an official history, The Print https://theprint.in/opinion/why-was-raw-formed-and-what-has-india-learnt-after-50-years-of-its-existence/119811/

REDRESS Report on State Violence in India https://redress.org/publication/torture-normalised-state-violence-in-india/

S4J, Written Evidence Submitted by Sikhs for Justice (TRUK0058) to UK Parliament https://committees.parliament.uk/writtenevidence/137976/html/

S4J, Written Evidence Submitted by Sikhs for Justice (TRUK0080) to UK Parliament https://committees.parliament.uk/writtenevidence/138005/html/

Shaffer, R (2015) Unraveling India's Foreign Intelligence: The Origins and Evolution of the Research and Analysis Wing, International Journal of Intelligence and CounterIntelligence, 28:2, 252-289, DOI: 10.1080/08850607.2015.992754

Shrivastav, S. The Celebration of Extra-Judicial Murders: Who's Watching India? Fachinformationsdienst für internationale und interdisziplinäre Rechtsforschung, 2020. https://doi.org/10.17176/20200715-235227-0

Silva R, Marwaha J & Klingner J, "Violent Deaths and Enforced Disappearances During the Counterinsurgency in Punjab, India: A Preliminary Quantitative Analysis" A Joint Report by Benetech's Human Rights Data Analysis Group & Ensaaf, Inc. January, 2009.

http://www.hrdag.org/about/india-punjab.shtml and at
http://www.ensaaf.org/reports/descriptiveanalysis

Singh, J (2020) Racialisation, 'religious violence' and radicalisation: the persistence of
narratives of 'Sikh extremism', Journal of Ethnic and Migration Studies, 46:15, 3136-
3156, DOI: 10.1080/1369183X.2019.1623018

Sikhs for Justice, 2025. https://referendum2020.org

Sonne, J. A., & Henningson, S. (2022). Persecution in punjab: the hidden story of sikh
asylum. Notre Dame Law Review Reflection, 97(3), 290-309.

The Caravan, 2021. Eight killed in UP after convoy linked to union minister runs over
farmer protesters, 3 October. https://caravanmagazine.in/crime/eight-killed-lakhimpur-
kheri-farmer-protest-ajay-mishra-teni-convoy

The Wire, 2017. Uncovering Extra-Judicial Killings in Punjab, and the Police Impunity
That Followed, 16 December. https://thewire.in/politics/uncovering-widespread-extra-
judicial-killings-punjab-police-impunity-came

Viswanath, R, 2021 Hate Crimes Against Minorities in India: Locating the Value of an
International Criminal Law Discourse?, *Journal of International Criminal Justice*,
Volume 19, Issue 3, July, Pages 611–642, https://doi.org/10.1093/jicj/mqab051

**Exhibit A**
(Curriculum Vitae of Professor Nitasha Kaul)

©Nitasha Kaul

**Navigation Key by Page Numbers in CV**
1-3 (positions, research+awards+grant+assessment, qualifications); 11-42 (edited, books, chapters, articles, journal, interviews: radio/audio, TV/film, print/feature/quotes); 53-61 (target of transnational repression for my research); 62-68 (education, teaching, PhDs); 68-73 (refereeing, editorial, professional service); 73-75 (other prizes, languages, social media).

# CURRICULUM VITAE

# **PROFESSOR NITASHA KAUL**

**Professor of Politics, International Relations, and Critical Interdisciplinary Studies; Director, Centre for the Study of Democracy (CSD), School of Social Sciences, University of Westminster, London, UK**

# **PhD and MSc (University of Hull, UK), BA Honours (SRCC, University of Delhi, India)**
# **nitasha.kaul[at]gmail.com**

# **N.Kaul[at]westminster.ac.uk**

Politics and International Relations Academic, Economist, Novelist, Poet, Artist

Underlying the diverse areas of my work is the common thread of investigation into how Relationality, Marginality, and Entrenchment matter in how we make sense of the world. Therefore, across disciplines, geographies, and over the years, the themes that motivate my work are as follows: the need to foreground and critically analyse -- institutions and systematisations of knowledge trajectories (and their link to systems of oppression, discourses of legitimisation, and narratives of dispossession); indigenisations of political expression; the use of memory as a resource; and the understanding of identities as they travel through the disciplining processes of territory and time.

**OVERVIEW OF SOME MULTIDISCIPLINARY CAREER POSITIONS**

**Current Appointments:**

**Chair / Full Professor**
**Professor of Politics, International Relations, and Critical Interdisciplinary Studies**, Centre for the Study of Democracy, University of Westminster, London. and
**Director, Centre for the Study of Democracy (CSD),** School of Social Sciences, University of Westminster, London.

Centre for the Study of Democracy (CSD) was established in 1989 and is based in the School of Social Sciences at the University of Westminster. Research in Politics and International Studies at CSD was ranked 4th highest in the U.K. for impact in the Research Excellence Framework 2021.

**Past Academic Appointments:**

**Full Time Permanent Associate Professor (Reader) in Politics and International Relations (2020)**
**Full Time Permanent Associate Professor (Senior Lecturer) in Politics and International Relations (2017)**
**Full Time Permanent Lecturer/Assistant Professor in Politics and**

1

©Nitasha Kaul

International Relations (2015)
**Visiting Lecturer/Assistant Professor in Politics (2012-2013 and 2014-2015)**
Department of Politics and International Relations, University of Westminster, London, UK.
**Full time Permanent Associate Professor in Creative Writing (2010-2011)**
Department of English, Royal Thimphu College (under Royal University of Bhutan), Bhutan.
**Full time Permanent Lecturer/Assistant Professor in Economics (2002-2006)**
School of Economics/ Bristol Business School, University of the West of England, Bristol, UK.
**Lecturer/Assistant Professor (2004) and Seminar Tutor (2003) in Economics**
Department of Economics and International Development, University of Bath, UK.
**Graduate Teaching Assistant (1998-2002) while pursuing Joint PhD in Economics/Philosophy (with full academic/administrative responsibilities)**
School of Economics, University of Hull, UK.

### Visiting Fellowships

Visiting Research Fellow, Centre for the Study of Democracy (CSD), London, UK (2007-2015); Fellow, Centre for Bhutan Studies (CBS), Thimphu, Bhutan (February to May 2011); Honorary Fellow, Department of Politics, University of Bristol (UOB), UK (November 2008); Visiting Fellow, Research School of Humanities, Australia National University (ANU), Canberra, Australia (June to August 2009, 'Challenges of Democratisation in the Himalayan Region: Democracy and Identity in Bhutan'); Visiting Fellow, Department of Political Science, Central University of Hyderabad (CUH), Hyderabad, India (January 2010).

### AWARDS (recent)

### Literary Awards

Man Asian Literary Prize Shortlist Award 2009. My first novel Residue (about Kashmiris outside of Kashmir), when unpublished, was one of five works shortlisted from Asia, the only debut novel on the shortlist.

### Research and Academic Awards/Recognition

Higher Education Innovation Funding (HEIF), Research England, 2024-2025.

Funding for project on 'Love in the time of early AI: Machines, Matchmaking, and Minorities', Westminster-Smithsonian Partnership Development Fund, 2023-2025.

Competitive Impact Funding, School of Social Sciences, College of Liberal Arts and Sciences, University of Westminster, 2023-2024.

Principal Investigator, British Academy Knowledge Frontiers Symposia Follow-on Funding Grant for collaborative project (with N. Kannangara) on Democracy, Ideology, and Political Dynamics in Kerala, 2023-2024.

My research was part of an Impact Case Study submitted for REF (Research Excellence Framework) exercise 2021 (total of 3 case studies submitted on behalf of Politics and International Relations at University of Westminster, and upon assessment of case studies, the University was ranked 4th for Impact in Politics and

©Nitasha Kaul
Navigation Key by Page Numbers in CV
Case 1:23-cr-00289-VM Document 111-11 Filed 09/22/25 Page 12 of 85
1-3 (basic); 4-10 (research+awards+grants+assessments); 11-42 (academic work+conferences); 43-52 (media+interviews: radio/audio, TV/film, print/feature/quotes); 53-61 (target of transnational repression for my research); 62-68 (education, teaching, PhDs); 68-73 (refereeing, editorial, professional service); 73-75 (other prizes, languages, social media).

International Studies in the UK.

Research and Knowledge Exchange Award, School of Social Sciences, University of Westminster, January 2022.

College Research Directors (CRD) Award, Competitive Funding for International Bid Development Support, Research & Knowledge Exchange office, University of Westminster, December 2021.

Principal Investigator, British Academy/Leverhulme Small Research Grant for a project on Narratives of Change in Northern Bhutan (with S. Khandu), 2019-2020 Round.

Principal Investigator, Arts and Humanities Research Council (AHRC) GCRF International Development Research Networking Scheme Large Grant, Project on 'Narratives for a Sustainable Biodemocracy: Bhutan and Beyond' (with S. Khandu, Centre for Local Governance and Research), Two Year Project, 2020-2022 (extended in view of the coronavirus situation).

School of Social Sciences, College of Liberal Arts and Sciences, University of Westminster, Competitive Research Sabbatical, January-June 2020.

Global Challenges Research Fund (GCRF) Award, University of Westminster, 2019-2021. Please see https://bhutanbiodemocracy.com and https://www.facebook.com/BhutanBiodemocracy

Principal Investigator, British Academy (UK-India) Seed Funding Grant for collaborative project (with N. Kannangara) on Non-traditional Democratic Dynamics in the Field 2018-2019.

British Academy/Leverhulme Small Research Grant for a project on Democratic Consolidation in Bhutan, 2017-2018 Round.

Erasmus+ (European Commission/British Council) Staff Teaching Mobility Grant 2015-2016. (Exchange partner: University of Copenhagen).

British Academy (BASIS) Board for Academy Sponsored Institutes and Societies Grant to conduct collaborative research (with D. Anand) on 'Going Beyond Roots and Routes: Multi-Racial Economy and Cultural Identities in Tanzania', January-September 2008.

British Association for South Asian Studies (BASAS) Grant to conduct research on democratisation in Bhutan, December 2007-March 2008.

Faculty of Humanities, Languages, and Social Sciences, University of the West of England, Competitive Research Sabbatical, July 2004-January 2005.

Young Economist Grant, Consultation of Economists' Papers Project materials in Duke's Rare Book, Manuscript, and Special Collections Library, Duke University, USA, November 2004.

**Scholarships**

Overseas Research Scholarship for PhD, UK, 1998-2001
Overseas Development Administration Scholarship (ODASSS, now DFID) for MSc, UK, 1997-98

**Travel Grants (a selection)**

©Nitasha Kaul
Navigation Key by Page Numbers in CV
1-3 (posts, research/media/audit/assessment contributions), 1-11-42 (fellowships, prizes, conferences, talks, book chapters); 43-53 (media reviews:
radio/audio, TV/film, print/feature/quotes); 53-61 (target of transnational repression for my research); 62-68 (education, teaching, PhDs);
68-73 (refereeing, editorial, professional service); 73-75 (other prizes, languages, social media).

British International Studies Association (2017), International Studies Association (2005, 2009), Stanford University (2004, 2008), CNRS (2004), Economic and Social Research Council (ESRC, 2004-2005, 2001), International Association of Women Philosophers, (2004), Royal Economic Society (2003, 2002, 2001), Ford Foundation (2002), Sir Philip Reckitt Educational Trust Award (2002, 1999), Arts and Humanities Research Board (AHRB, 2002), European Union (EU) Human Capital and Mobility (HCM) Grant (2000), Yale University (2000), Cambridge Commonwealth Trust and Rajiv Gandhi Foundation (2000).

**Grants Referee and Assessor for Research Funding Bodies**

Independent Social Research Foundation (ISRF) Grants Referee

European Research Council (ERC) (European Commission) Grants Referee

Swedish Research Council (Vetenskapsrådet), Assessment for Democracy and Societal Resilience Projects, Review Panel Member

Member of the Peer Review College (PRC) as Grants Referee, Arts and Humanities Research Council (PRC, AHRC)

Member of the Peer Review College (PRC) as Grants Referee, Economic and Social Research Council (ESRC)

Panel Member, UKRI (UK Research and Innovation) Interdisciplinary Assessment College (IAC)

Assessor, Arts and Humanities Research Council (AHRC) and National Endowment for the Humanities (NEH) Panel on BRAID DOT: responsible AI collaborations with US researchers

Peer Reviewer, Building a Secure And Resilient World: Research and Coordination (SALIENT), UKRI-funded UK national security and resilience research Hub

Small Grants Committee, ANHS (The Association for Nepal and Himalayan Studies)

Trans-Atlantic Platform for Social Sciences and Humanities (T-AP), Democracy, Governance & Trust Scheme (DGT), UKRI (UK Research and Innovation)


**PUBLICATIONS**

**SINGLE AUTHORED or EDITED BOOKS/ISSUES**
(Novels, Edited Volumes, Edited Anthology, Academic Monograph)

Kaul, N. (2025) (co-edited with D. Anand) **Contemporary Colonialities: Kurds and Kashmiris**, London: University of Westminster Press, 1-133pp. ISBN 978-1-915445-25-4 (paperback), 978-1-915445-23-0 (open access).
https://doi.org/10.16997/book70
                                        *


Kaul, N. (2024) (co-edited with D. Anand, S. Gohain, S. Mukherjee) Special Issue on "**The Himalayas from its edges: networks, identities, and place-making**", European Bulletin of Himalayan Research (EBHR), Volume 62, pp. 1-134.
                                        *

Kaul, N. (2020) **Future Tense**, Harper Collins India. Literary Fiction Paperback. pp. 1-301. ISBN-10: 9353572630 ISBN-13: 978-9353572631.
Early Profiles: Narratives from Kashmir
Reviews and analyses: Newspapers (The Hindu, India), Newspapers (Kashmir Reader), Online, Scholarly (Oxford Research in English, Issue 15)
*

Kaul, N. (2020) (co-edited with A. Zia) **Can You Hear Kashmiri Women Speak? Narratives of Resistance and Resilience,** New Delhi: Women Unlimited/Kali for Women Press. ISBN 978-93-85606-30-4, pp.234+xviii.
Review: 'Can You Hear Kashmiri Women Speak?' review: Listening to her stories
*

Kaul, N. (2018) (co-edited with A. Zia) EPW **Special issue on "Women and Kashmir", Review of Women's Studies (RWS)/Economic and Political Weekly (EPW)**, Volume 53, Issue Number 47, 01 December, pp. 33-78.
*

Kaul, N. (2014) **Residue**, New Delhi: Rupa Publications (Rainlight Imprint). Literary Hardback. 1-332pp. ISBN 978-81-291-2485-2.
My debut Novel. Shortlisted for the 'Man Asian Literary Prize' ('Asian Booker') in 2009.
Press Release
Profiled in The Guardian (UK):
http://www.guardian.co.uk/books/2009/oct/21/subcontinent-man-asian-literary-prize
For several reviews of this novel, please see here.
*

Kaul, N. (2010) **November Light: An Anthology of Creative Writing from Bhutan**, Thimphu: Kuensel Corporation Limited. (Co-edited with Bhutanese Creative Writing Scholars).
Anthology produced as a result of the first ever University level creative writing course in Bhutan (which I designed and delivered).
"November Light: The Narrative of a Creative Process", review in Kuensel (Bhutan's national newspaper), 23 May 2011.
"November Light in May", review by a literary blogger (at book launch during the Mountain Echoes Literary Festival in Thimphu, Bhutan), 28 May 2011.
*

Kaul, N. (2007) **Imagining Economics Otherwise: encounters with identity/difference**, London: Routledge, 1-281pp. ISBN 0415383978, 978-0415383974 (Hardback).
Other editions (worldwide paperback, southasia paperback and e-editions):
Kaul, N. (2008) Imagining Economics Otherwise: Encounters with Identity/Difference, Delhi: Routledge, 281pp. ISBN 0-415-48450-2 (Paperback South Asia edition), Rs 395.
Kaul, N. (2010) Imagining Economics Otherwise: Encounters with Identity/Difference, Routledge Paperbacks Direct edition, £22.50.
Read some reviews of this book:
Charusheela, S. (2010) Review of 'Imagining Economics Otherwise: Encounters with Identity/Difference' in *Feminist Economics*, 16: 2, 141-146.
Roy, S. (2010) "A Postmodernist Critique", Review of 'Imagining Economics Otherwise: Encounters with Identity/Difference', in The Book Review (India's first review journal in English since 1976), 34: 3, 21-22.
Richardson, C. (2008) Review of 'Imagining Economics Otherwise: Encounters with Identity/Difference' in *Heterodox Economics Newsletter*, Issue 62, May 21.

Other books in the making:
Kaul, N. Street World: A Visual Journey in the Global City.
(Based on travels to over eight dozen countries around the globe).

## ARTICLES

**(edited special issues of journals, peer-reviewed research articles in academic journals & edited books, critical essays in ground-breaking publications, scholarly public intellectual periodicals, short stories, poetry, photo-essays, travel writing, magazine columns, newspaper op-eds)**

Kaul, N. (submitted) "The suppression and instrumentalization of language in Kashmir", in Stanley Dubinsky, Michael Gavin and Harvey Starr (eds) The Cambridge Handbook of Language and Political Conflict, Cambridge Handbooks in Language and Linguistics Series, Cambridge University Press.

Kaul, N. (submitted) "Kashmir", in Indrajit Roy and Manali Desai (eds), Cambridge Companion to Indian Politics and Society, Cambridge: Cambridge University Press.

Kaul, N. (2025) "Kashmir attacks: Kashmiris trapped between tourism and terrorism as an insecure nation looks to Modi for accountability", The Conversation (UK), 24 April.

Kaul, N. and Thornton, M. (2025) "Construction and control of cartographic imaginaries: Kashmir and Taiwan", Review of International Studies. Online First (open access), pp. 1-35. https://doi.org/10.1017/S0260210525000129

Kaul, N. (with Anand, D.) (2025) "An introduction to contemporary colonialities: Kurds and Kashmiris", in Contemporary colonialities: Kurds and Kashmiris, University of Westminster Press, pp. 1-10.

Kaul, N. (with Anand, D.) (2025) "Stateless nations in the contemporary colonial nation-statist world", in Contemporary colonialities: Kurds and Kashmiris, University of Westminster Press, pp. 11-36.

Kaul, N. (2024) "Creative Vocabularies of Work and Value in South Asia: A Foreword", in Anna Morcom and Neelam Raina (eds), Creative economies of culture in South Asia: Craftspeople and performers, London: Routledge.

Kaul, N. and Cachelin, S. (2024), "Non-Lethal Weapons and the Sensory Repression of Dissent in Democracies", Security Dialogue, Volume 55, Number 4, pp. 368-385. https://doi.org/10.1177/09670106241235764

Kaul, N. (with Anand D., Gohain, S., and Mukherjee, S.) (2024) (eds) "Introduction. The Himalayas from its edges: networks, identities and place-making", European Bulletin of Himalayan Research, Volume 62, August, pp. 1-15.

Kaul, N. (2024) "Arundhati Roy 'anti-terror' charge part of a push to silence Modi's critics", The Conversation (UK), 20 June.

Kaul, N. and Menon, A. (2024) "Hindutva, Muslim Women, and Islamophobic Governance in India", in Amina Easat-Daas and Irene Zempi (eds), The Palgrave Handbook of Gendered Islamophobia, Cham: Palgrave Macmillan, ISBN 978-3-031-52021-1, pp. 377-396. https://doi.org/10.1007/978-3-031-52022-8_21

©Nitasha Kaul
Navigation Key by Page Numbers in CV
Case 1:23-cr-00289-VM    Document 11-42    Filed 09/22/25    Page 16 of 85
1-3 (posts, research awards, assessment, contributions); 11-42 (lectures, conferences); 43-53 (media interviews:
radio/audio, TV/film, print/feature/quotes); 53-61 (target of transnational repression for my research); 62-68 (education, teaching, PhDs);
68-73 (refereeing, editorial, professional service); 73-75 (other prizes, languages, social media).

Kaul, N. (2023) "Electoral bonds are a threat to Indian democracy", Financial Times, (UK newspaper), online on 29 October and in print on 30 October 2023.

Kaul, N. (2023) "Subalternizing Geopolitics: Bhutan as a Small Himalayan State", Georgetown Journal of Asian Affairs (GJAA), Policy Forum on 'Beyond Great Power Competition: Subregional Strategies and Priorities', Walsh School of Foreign Service, Georgetown University, Washington D.C., Volume 9, pp. 11-18.

Kaul, N. (2023) "Bharat: why the recent push to change India's name has a hidden agenda", The Conversation (UK), 8 September.

Kaul, N. (2023) "Narendra Modi's Independence Day speech sounded more like a snake oil salesman than a statesman", The Conversation (UK), 22 August.

Kaul, N. (2023) "Increasing Authoritarianism in India under Narendra Modi", Australian Outlook, Australian Institute of International Affairs (AIIA), 2 August.

Kaul, N. (2023) "Dissent and Democracy in Contemporary India: Visions of Education, Versions of Citizenship, and Variants of Jihad", Journal of Muslim Philanthropy & Civil Society (JMPCS), Volume 7, Issue 1, pp. 21-43.

Kaul, N. (2023) "Challenging Nation-Statism: Political Boundaries and Bodies at the Border", ACME: An International Journal for Critical Geographies, Volume 22, Number 2, pp. 1-24. https://acme-journal.org/index.php/acme/article/view/2179

Kaul, N. and Buchanan, T. (2023) "Misogyny, Authoritarianism, and Climate Change", Analyses of Social Issues and Public Policy (ASAP), Volume 23, Issue 2, pp. 308-333. https://doi.org/10.1111/asap.12347

Kaul, N. and Kannangara, N. (2023) "The Persistence of Political Power: A Communist 'Party Village' in Kerala and the Paradox of Egalitarian Hierarchies", International Journal of Politics, Culture, and Society. Volume 36, pp. 227-257. doi: 10.1007/s10767-021-09411-w

Kaul, N. and Anand, D. (2023) "India: Rahul Gandhi's defamation trial highlights drift away from democracy under Narendra Modi", The Conversation (UK), 14 April.

Kaul, N. (2023) "Himalayan Studies Conference (HSC6) Conference Report", European Bulletin of Himalayan Research (EBHR), Volume 59. https://doi.org/10.4000/ebhr.730

Kaul, N. and Anand, D. (2022) "Understanding and undoing the far right: India and beyond", Forum on Hindutva and the shared scripts of the global right (convened by Supriya Gandhi), Immanent Frame.

Kaul, N. (2022) "Bhutan's foreign policy balancing act", East Asia Forum, 26 November.

Kaul, N. (2022) "What Rishi Sunak becoming Prime Minister means for Britain's Hindu community", The Independent (UK newspaper), in print and online, 26 October.

Kaul, N. (2022) "What Dreams Will Come: AI and Buddhism", Kuensel (Bhutan's national newspaper), 4 October.

Kaul, N. and Kannangara, N. (2022) "Communism, Caste, and the Paradox of the

©Nitasha Kaul

Navigation Key by Page Numbers in CV

1-3 (books, research monographs, assessment, documents); 4-11, 42 (edited, book chapters, refereed journals); 11-53 (media interviews;
radio/audio, TV/film, print/feature/quotes); 53-61 (target of transnational repression for my research); 62-68 (education, teaching, PhDs);
68-73 (refereeing, editorial, professional service); 73-75 (other prizes, languages, social media).

'Party Village' in Kerala", Ala (അല): A Kerala Studies Blog, Issue 48, 30 September.

Kaul, N. (2022) "Friendship and International Relations in the Himalayas: Bhutan, Britain and the 1910 Treaty of Punakha", Itinerario: Journal of Imperial and Global Interactions, Volume 46, Special Issue 3 on Gender, Intimate Networks, and Global Commerce in the Early Modern Period, pp. 417-438. https://doi.org/10.1017/S0165115322000067

Kaul, N. (2022) "At the Heart of the Leicester Unrest Is Not Religion But Chauvinist Community Politics", TheWire.in, 21 September.

Kaul, N. (2022) "Kashmir, Feminisms, and Global Solidarities", in Routledge Handbook of Critical Kashmir Studies, edited by Mona Bhan, Haley Duschinski, and Deepti Misri, ISBN 9780367353438, pp. 367-379.

Kaul, N. (2022) "India, Israel, and Geopolitical Imaginaries of Cooperation and Oppression", Georgetown Journal of International Affairs (GJIS), Section on Conflict and Security, Walsh School of Foreign Service, Georgetown University, Washington D.C., 17 June.

Kaul, N. (2022) "3Es for AI: Economics, Explanation, Epistemology", Frontiers in Artificial Intelligence, pp. 1-15. https://doi.org/10.3389/frai.2022.833238

Kaul, N. (2022) "Beyond India and China: Bhutan as a Small State in International Relations", International Relations of the Asia-Pacific, Volume 22, Number 2, pp. 297-337. doi: https://academic.oup.com/irap/article/22/2/297/6327065

Kaul, N. (2022) "Kashmir is not a file: Propaganda and Politics in India", The News Minute, 24 March.

Kaul, N. (2022) "China : Xinjiang:: India : Kashmir", in Xinjiang Year Zero, edited by Darren Byler, Ivan Franceschini, and Nicholas Loubere, Australia National University Press, pp. 219-230. ISBN (print): 9781760464943. ISBN (online): 9781760464950 (previously published as doi.org/10.22459/MIC.05.02.2020.05)

Kaul, N. and Rabgyal, D. (2021) "Bhutan and Northeast India: Subnational Diplomacy Possibilities", South Asian Voices (Stimson Center, Washington DC); "Bhutan and India: The Importance of Subnational Diplomacy", 9 Dash Line, 15 September.

Kaul, Nitasha (2021) "How to be an oddity", in Nabina Das (ed.) Witness: The Red River Book of Poetry of Dissent, Delhi: Red River Press, pp. 256. ISBN 8194816475/978-8194816478

Kaul, N. (2021) "Coloniality And/As Development in Kashmir: Econonationalism", Feminist Review, Volume 128, Number 1, pp. 114-131.

Kaul, N. (2021) "The Misogyny of Authoritarians in Contemporary Democracies", International Studies Review, Volume 23, Issue 4, December, pp. 1619-1645. doi: https://doi.org/10.1093/isr/viab028

Kaul, N. and Menon, A. (2021) "Hindutva in Western Societies: Entanglements and Paradoxes", in Ruben Gowricharn (ed.), New Perspectives on the Indian Diaspora, London: Routledge, Taylor & Francis, pp. 160-184. ISBN 9780367147921.

Kaul, N., Khandu, S., and Mangdip, T. (2021) "[Bhutan: Biodemocracy and Resilience](#)", Proceedings of the Second Bhutan Biodemocracy and Resilience Conference, Thimphu, 21-22 December 2020.

Kaul, N. (2021) "[COVID in India: a tragedy with its roots in Narendra Modi's leadership style](#)", The Conversation (UK), 12 May. Reprinted on the [Political Studies Association (PSA)](#), UK online blog, 19 May.

Kaul, N. (2021) "[Small State, Big Example: Covid Pandemic Management in Bhutan](#)", Critical Studies on Security, Volume 9, Number 1, pp. 58-62. doi: https://doi.org/10.1080/21624887.2021.1904359

Kaul, N. (2021) "[Representing Bhutan: A Critical Analysis of the Politics of Knowledge Production](#)", The Journal of Imperial and Commonwealth History, Volume 49, Number 4, pp. 629-657. doi: https://doi.org/10.1080/03086534.2021.1883245

Kaul, N. (2021) "['Where is Bhutan?': The Production of Bhutan's Asymmetrical Inbetweenness in Geopolitics](#)", Journal of Asian Studies, Volume 80, Number 2, pp. 317-336. https://doi.org/10.1017/S0021911820003691

Kaul, N. (2020) "[Islamophobia in India](#)", Forum on Surveillance and Repression of Muslim Minorities: Xinjiang and Beyond (edited by Rachel Harris and Sophia Woodman), Society and Space, 7 December.

Kaul, N. (2020) "[China : Xinjiang :: India : Kashmir](#)", Made in China Journal, Issue on Spectral Revolutions: Occult Economies in Asia, Volume 5, Number 2, May-August (Print), 5 October. doi: doi:org/10.22459/MIC.05.02.2020.05.

Kaul, N. and Zia, A. (2020) (eds) "Preface", Editorial Introduction to 'Can you hear Kashmiri Women Speak? Narratives of Resistance and Resilience', Women Unlimited an associate of Kali for Women Press.

Kaul, N. (2020) "[The Stones of Kashmir" and "Kashmir: A Country of Many Names and Numbers"](#), [ADI Magazine](#), 30 July, Issue 4 (Summer Issue on Kashmir: Silence is not an option).

Kaul, N. and Anand, D. (2020) "[Modi: Myth and the Man](#)", The Telegraph, 14 July.

Kaul, N. and Khandu, S. (2020) "[Bhutan-India relations in the 21st century](#)", 9 Dash Line, 6 April.

Kaul, N. and Khandu, S. (2020) "[Small state relations: Bhutan and Bangladesh](#)", Asia Dialogue, Online Magazine of the University of Nottingham Asia Research Institute, 30 March.

Kaul, N. (2020) "[Trump's Offer on Kashmir: Does it Matter?](#)", National Herald, 23 February.

Kaul, N. (2020) "[Mon Amour Bhutan](#)", Tashi Delek Magazine, January-February issue.

Kaul, N. (2019) "[Written Testimony for Hearing on 'Human Rights in South Asia: Views from the State Department and the Region, Panel II'](#)", 116th Congress, US House of Representatives, Committee on Foreign Affairs, Washington D.C., 22 October.

Kaul, N. and Khandu, S. (2019) "Bhutan: Biodemocracy and Resilience", Proceedings of the First Bhutan Biodemocracy and Resilience Conference, Thimphu, 19 July.

Kaul, N. (2019) "Kashmir Is Under the Heel of India's Colonialism", Foreign Policy, 13 August.

Kaul, N. (2019) "Media, money, and majoritarianism: The Indian Elections 2019", Asia Dialogue, Online Magazine of the University of Nottingham Asia Research Institute, 8 May.

Kaul, N. (2019) "Finding the Ways Forward on Kashmir", Centre on Constitutional Change (CCC) Blog Series, University of Edinburgh, 17 April.

Kaul, N. (2019) "The Political Project of Postcolonial Neoliberal Nationalism", Indian Politics & Policy, Spring, Volume 2, Number 1, pp. 3-30. https://www.ippjournal.org/-postcolonial-neoliberal-nationalism.html

Kaul, N. and Zia, A. (2018) (eds) "Knowing in our own ways", Editorial Introduction to Journal Special issue (co-edited by N. Kaul and A. Zia) on "Women and Kashmir", Review of Women's Studies (RWS)/Economic and Political Weekly (EPW), Volume 53, Issue Number 47, 01 December, pp. 33-35.

Kaul, N. (2018) "India's Obsession with Kashmir: Democracy, Gender, (Anti) Nationalism", Feminist Review, Special Issue on Feminism, Protest and the Neoliberal State in India, Volume 119, Number 1, July, pp. 126-143. doi: https://doi.org/10.1057/s41305-018-0123-x

Kaul, N. (2018) "Banning Taste: Boycotts, Identity and Resistance", with Elisabetta Brighi, Daniel Conway and Laleh Khalili, in The Empire Remains Shop: Cooking Sections, edited by Daniel Fernández Pascual and Alon Schwabe, Columbia Books on Architecture and the City, Columbia University Press, April, pp. 35-50. ISBN 9781941332375.

Kaul, N. (2017) "Rise of the Political Right in India: Hindutva-Development Mix, Modi Myth, And Dualities", Journal of Labor and Society, Volume 20, Number 4, pp. 523-548. doi: https://doi.org/10.1111/wusa.12318

Kaul, N. (2017) "'We want freedom': Kashmir, a photo essay", Cafe Dissensus, 15 August.

Kaul, N. (2017) "Kashmir: The communalisation of a political dispute", Al Jazeera Op-Ed, 26 July.

Kaul, N. (2017) "Democracy" (pp. 59-61) and "Identity Cards" (pp. 139-141), in S. Morley, K. Corteen, J. Turner, and P. Taylor (eds), Companion to State Power, Rights and Liberties, Bristol: Policy Press. ISBN 9781447325826

Kaul, N. (2016) "From Funerals to Freedom in Kashmir: undoing the Great Indian Democracy", Open Democracy, 11 July.

Kaul, N. (2016) "From Gandhi and Mandela to Modi in South Africa", The Daily Vox, 8 July.

Kaul, N (2016) "Kashmiri Pandits Are a Pawn in the Games of Hindutva Forces" (on

©Nitasha Kaul

Navigation Key by Page Numbers in CV
1-3 (basic); 3-5 (research+impact, esteem, contributions); 11-42 (led books, chapters, articles, reviews); 42-53 (media, interviews:
radio/audio, TV/film, print/feature/quotes); 53-61 (target of transnational repression for my research); 62-68 (education, teaching, PhDs);
68-73 (refereeing, editorial, professional service); 73-75 (other prizes, languages, social media).

communalism and the Kashmir issue), TheWire.in, 7 January.

Kaul, N. (2016) "Poems", in Nabina Das and Semeen Ali (eds) 40 under 40: An anthology of Post-Globalisation Poetry, Mumbai: Paperwall Publishing, 198 pp. ISBN: 9382749446/ 978-9382749448.

Kaul, N. (2016) "Being Human" (on the common-sense apartheid of nation-statism & European refugee crisis), Kindle magazine: Ideas. Imagination. Dialectics (kindlemag.in), 4 January.

Kaul, N. (2015) "Hindutva Politics of Hate: Shall I count the ways? (A few things I wasn't able to discuss with BJP leader Ram Madhav during his Al Jazeera interview)", Scroll.in, 30 December.

Kaul, N. (2015) "Mother Wit", Kindle magazine: Ideas. Imagination. Dialectics (kindlemag.in), May.

Kaul, N. (2015) "Stormy Days Ahead for the PDP-BJP Alliance of Opposites", The Quint, 23 February.

Kaul, N. (2015) "Why the New Film About the Gang Rape and Murder of Jyoti Singh Is Required Viewing", The Nation (USA), 20 March.

Kaul, N. (2015) "Poems by Nitasha Kaul", Kindle magazine: Ideas. Imagination. Dialectics (kindlemag.in), February.

Kaul, N. (2014) "Words and Worlds: Linguicide", Kindle magazine: Ideas. Imagination. Dialectics (kindlemag.in), April.

Kaul, N. (2013) "Heart of Darkness: Racism in India", Kindle magazine: Ideas. Imagination. Dialectics (kindlemag.in), 2 December.

Kaul, N. (2013) "Beyond Maps, Beyond Nations", New Internationalist, 6 November.

Kaul, N. (2013) "Fashion: Theory and Praxis", Kindle magazine: Ideas. Imagination. Dialectics (kindlemag.in), 31 October.

Kaul, N. (2013) "Kashmir: The Wait Is, And Is Not", Earthen Lamp Journal, special issue on Conflict, Vol I, Issue II, June-August. ISSN 2320-2322.

Kaul, N. (2013) "The Idea of India and Kashmir", Seminar (Indian monthly symposium since 1959), issue on "Eye on Kashmir", March, Number 643, pp. 72-75.

Kaul, N. (2013) "Kashmir: A Place of Blood and Memory", in Sanjay Kak (ed.) Until My Freedom Has Come: The New Intifada in Kashmir, Chicago: Haymarket Books, pp. 189-212. ISBN 978-1-60846-252-0. First Published in 2011 by Penguin Books India. An earlier version online at Open Democracy, 31 August 2010. Also reprinted on several web journals including International Relations and Security Network (ISN), Times of Kashmir, countercurrents.org.
Swedish Translation by Mirjana Westermark, "Blod och minnen från Kashmirin", published 2018 in MANA, Antirasistisk Tidskrift

Kaul, N. (2013) "Everything I Cannot Tell You About The Women Of Kashmir", in Fahad Shah (ed.) Of Occupation and Resistance: Writings from Kashmir, New Delhi:

Westland and Traquebar Press, pp. 252-258, ISBN 978-93-83260-01-0. An earlier version online in The Kashmir Wallah, 7 December 2011.

Kaul, N. (2013) "Divorce in Bhutan" in Robert E. Emery (ed.), Cultural Sociology of Divorce: An Encyclopedia, London: Sage Reference Publications. ISBN: 9781412999588.

Kaul, N. (2012) "The Book of Love", Kindle magazine, cover feature 'The Bookstores and the Ocean', November.

Kaul, N. (2012) "In Hanoi", Kindle magazine, August.

Kaul, N. (2012) "Recalling Saigon", Kindle magazine, July.

Kaul, N. (2012) "Once Upon a Time in Copenhagen", Kindle magazine, June.

Kaul, N. (2012) "Recalling Morocco", Kindle magazine, May.

Kaul, N. (2012) "Strangers of Sofia", Kindle magazine, pp. 42-45, January.

Kaul, N. (2011) "How many zeroes are there in a trillion? On Economics, Neoliberalism, and Economic Justice", Open Democracy, 23 March. Also online at Berfrois: Intellectual Jousting in the Republic of Letters and World Economic Association Journal.

Kaul, N. (2011) "Cultural Econo-Mixes of the Bazaar", in Jane Pollard, Cheryl McEwan, and Alex Hughes (eds), Postcolonial Economies, London: Zed Books, pp. 107-128, ISBN 9781848134041.

Kaul, N. (2011) "On Loving and Losing Kashmir", India International Centre (IIC) Quarterly, Special Issue on Kashmir, Winter-Spring. Co-published as a book in Ira Pande (ed.) A Tangled Web: Jammu & Kashmir, Delhi: Harper Collins India, pp 42-53, ISBN: 9350291541 / 9789350291542.

Kaul, N. (2011) "A disruptive ethnography of Mhindi: consistencies and contradictions in the Indian diaspora in Tanzania" (with D. Anand), South Asian Diaspora, Vol. 3, Issue 2, pp. 183-195, ISSN 1943-8192 (print), 1943-8184 (online).

Kaul, N. (2011) "Women in Bhutan", in Mary Zeiss Stange, Carol K. Oyster, and Geoffrey J. Golson (eds), Multimedia Encyclopedia of Women in Today's World, London: Sage Reference Publications. ISBN: 9781412976855.

Kaul, N. (2011) "Hope and Despair", (part of a larger work of fiction) in Pratilipi: a bilingual literary journal, November fiction special.

Kaul, N. (2011) "My Vision for 2050", a futurist response in words and a picture in Open Democracy, 10th Anniversary Postcards.

Kaul, N. (2011) "The Last Hope", Kindle magazine, December.

Kaul, N. (2011) "Musings on Political Machismo", Kindle magazine, November.

Kaul, N. (2011) "Who Are You?', Kindle magazine, October.

©Nitasha Kaul
Navigation Key by Page Numbers in CV
1-3 (books; research/award/visiting/honorary positions); 3-11 (journal articles); 11-14 (book chapters); 14-18 (edited books/special issues); 18-22 (conferences); 22-33 (media articles/interviews; radio/audio, TV/film, print/feature/quotes); 53-61 (target of transnational repression for my research); 62-68 (education, teaching, PhDs); 68-73 (refereeing, editorial, professional service); 73-75 (other prizes, languages, social media).

Kaul, N. (2011) "M C Kash: that bayonet of a voice", Kindle magazine, August.

Kaul, N. (2011) "India/China/Kashmir/Tibet", Kindle magazine, July.

Kaul, N. (2011) "Night As It Was", absurdist short story set in ImagiNation, Kindle Magazine, feature on 'Kafkaesque Tales from Here and There', June.

Kaul, N. (2011) "On Living Poems", Review of verse collection 'Dancing to Death' by Gopilal Acharya, Kuensel Newspaper, 21 May.

Kaul, N. (2011) "Of a Woman's Body", Kindle magazine, pp. 26-28, May.

Kaul, N. (2011) "Hunger, Resistance, Creativity", Kindle magazine, April.

Kaul, N. (2010) "Democracy in the Non-West: Facts, Fictions, and Frictions", in Beyond the Ballot Box: Report from the Deepening and Sustaining Democracy in Asia Conference, 11-14 October 2009, Thimphu: Centre for Bhutan Studies, pp. 115-133, ISBN 978-99936-14-61-6.

Kaul, N. (2010) "Top 5 Asian Books", The Statesman (India), 26 May.

Kaul, N. (2010) "India's Big Guns Bazaar", Open Democracy, 4 March.

Kaul, N. (2010) "Every Life is a Sentence: An Introduction", a reflective introduction to creative writing in Bhutan in Wangmo, Wangchuk, Saday, Lepcha, Das, Kaul (eds) November Light: An Anthology of Creative Writing from Bhutan, Thimphu: Kuensel.

Kaul, N. (2009) "Elderly Single Women and Urban Property: When a Room of One's Own Becomes a Curse", Gender and Development (a journal of policy and practice published by Oxfam GB), special issue on 'Ageing', Vol. 17, No. 3, November, pp. 493-502, ISSN 1355-2074 print/1364-9221 online/09/030493/10

Kaul, N. (2009) "Economics Turning People Into Things", Development (flagship journal of Society for International Development), special issue on 'Beyond Economics', Vol. 52, No. 3, September, pp. 298-301, ISSN 1011-6370, Online ISSN 1461-7072. An earlier version online at Open Democracy, 17 April 2009. Also reprinted on several web forums ncluding countercurrents.org, unlikely2.0, d-sector, Róbinson Rojas Archive.

Kaul, N. (2009) "Wine, Women, Valentine: Moral Policing in India", Outlook India Magazine, 13
February.

Kaul, N. (2009) "The Day That Came To Us", absurdist short story about the war on terror, in Pratilipi: a bilingual literary journal, March.

Kaul, N. (2009) "Frozen Wave in Finland" (travel essay) and "Helsinki" (photo gallery of objets d'art) in Muse India: the literary e-journal, Feature on Indian Travel Writing, Issue 25, May-June. ISSN 0975-1815.

Kaul, N. (2009) "A View on the London Book Fair", reflective essay in Notes From The Underground, June.

Kaul, N. (2009) "The House I'll Soon Give Up", poem in Rethinking Marxism: a journal of economics, culture & society, Routledge, Vol. 21, No. 4, October, pp. 619-

©Nitasha Kaul
Navigation Key by Page Numbers in CV
1-3 (positions, research/award, assessment); 3-11 (qualifications); 11-42 (refereed, other references); 42-53 (associated media views: radio/audio, TV/film, print/feature/quotes); 53-61 (target of transnational repression for my research); 62-68 (education, teaching, PhDs); 68-73 (refereeing, editorial, professional service); 73-75 (other prizes, languages, social media).

Case 1:23-cr-00289-VM Document 10-11 Filed 09/22/25 Page 23 of 85

620, ISSN 0893-5696, ISBN 978-0-415-49055-9.

Kaul, N. (2009) "Letter (to my fictional characters in the city of Berlin)" in Heather Reyes and Katy Derbyshire (eds) Berlin City-Lit, London: Oxygen Books, pp. 220-222, ISBN 978-0-9559700-4-7.

Kaul, N. (2009) "The City and Im/Passivity", a textual and photo-essay, Pratilipi: a bilingual literary journal, October.

Kaul, N. (2008) "Transition from Absolute Monarchy in Bhutan", Memo on Bhutan, Monarchies in Transition Workshop, Centre on Democracy, Development and the Rule of Law (CDDRL), Freeman Spogli Institute for International Studies (FSI), Stanford University.

Kaul, N. (2008) "Who Carries Out Spectacular Acts of Terrorism and Why?", CTheory: Theory, Technology and Culture, 31 (3), 19 December. Issue on '1000 Days of Theory'. Also online at Social Science Research Council (US) sectionImmanent Frame: Secularism, religion, and the public sphere.

Kaul, N. (2008) "Bhutan crowns a jewel", UPI Asia, 10 November. Reprinted in Kuensel Newspaper, January 2009.

Kaul, N. (2008) "Bankers on Benefit", ZNet, 3 November.

Kaul, N. (2008) "Bearing better witness in Bhutan", Economic and Political Weekly (EPW), XLIII (37), 13 September, pp. 67-69, ISSN 0012-9976.

Kaul, N. (2008) "Democracy is all you need?", The Edinburgh Journal, 24 April.

Kaul, N. (2008), "Bhutan is neither authoritarian nor stuck in a time warp", The Guardian (UK), 27 March.

Kaul, N. (2008) "Lessons for the World", The Times of India, 26 March. An extended version was reprinted in Confluence: Magazine of South Asian Perspectives as 'Tashi Delek Democracy!' in July 2008.

Kaul, N. (2008) "Die Jüngste Demokratie Der Welt", Kulturaustausch: Zeitschrift für internationale Perspektiven, Ausgabe III, pp. 42-43.

Kaul, N. (2008) "Power to the People", The CSD (Centre for the Study of Democracy) Bulletin, 15 (2), Summer Issue, pp. 1-2 & 20, ISSN 1461-4510.

Kaul, N. (2008) "Unscheduled Halt", short story in South Asian Review, Creative Writing Issue, University of Pittsburgh Press, Vol. 29, No. 3, pp. 218-228. ISSN 0275-9527.

Kaul, N. (2004), Review of K. Saunders (ed.), "Feminist Post-Development Thought: Rethinking Modernity, Post-Colonialism and Representation", International Feminist Journal of Politics, 6 (2), pp. 353-355. ISSN 1461-6742 / 1468-4470

Kaul, N. (2004) "Writing Economic Theory AnOther Way", in S. Charusheela and Eiman Zein-Elabdin (eds), Postcolonialism Meets Economics, London: Routledge, pp. 183-200, ISBN 0415287251 / 0415287251.

Kaul, N. (2003) "The anxious identities we inhabit…Post'isms and Economic Understandings", in Drucilla Barker and Edith Kuiper (eds), Toward A Feminist

14

Philosophy of Economics, London: Routledge, pp. 194-210, ISBN 0415283884.

Kaul, N. (2003), Review of P.I. Olson and Z. Emami (eds), "Engendering Economics: Conversations with Women Economists in the United States", The Economic Journal (Journal of the The Royal Economic Society), 113 (485), pp. 203-206. ISSN 0013-0133 / 1468-0297

Kaul, N. (2002) "A Critical Post to Critical Realism", Cambridge Journal of Economics, 26 (6), pp. 709-726, Print ISSN 0309-166X, Online ISSN 1464-3545.

Kaul, N. (2002), Review of World Bank Policy Research Report, "Engendering Development: Through Gender Equality in Rights, Resources and Voice", Journal of Development Studies, 18 (6), pp. 170-172. ISSN 0022-0388 / 1743-9140

Kaul, N. (2002), Review of S. Hekman (ed.), "Feminism, Identity and Difference" Feminist Economics, 8 (3), pp. 127-131. ISSN 1354-5701 / 1466-4372

Kaul, N. (2001) "Feminism in Economics: Theoria and Aporia", in Carolyn Brina, Carolyn Britton, and Alison Assiter (eds), Millenial Visions: Feminisms into the 21st Century, Cardiff: Cardiff Academic Press, pp. 27-38, ISBN 1899025294.

Kaul, N. (2001) "Neoclassical Economics", "Feminist Economics", "Experimental Economics", "Paul Samuelson" and "New Household Economics", in Jonathan Mitchie (ed.), Readers Guide to the Social Sciences, London: Fitzroy Dearborn Publishers, ISBN 1579580912.

**INVITED LECTURES, PLENARY AND KEYNOTE SPEECHES, INSTITUTIONAL SEMINARS, PUBLIC READINGS, PANEL DISCUSSIONS, ACADEMIC CONFERENCE PRESENTATIONS (SCHOLARLY AND CREATIVE) (at universities, international forums, policymaking venues, literary gatherings, public venues)**

Invited Keynote, "Control and Consent: Patriarchy and Power", Debating Development Series, University of Antwerp, Belgium, 21 October 2025

"Illiberal Futures or Liberal Democratic Renewal? The West and the Rest", paper in panel on 'De-Centering the "West": The Future of the International Order' (with G. John Ikenberry, Peter Trubowitz, Hidetoshi Nakamura, Thomas Risse, and Tanja A. Boerzel), American Political Science Association (APSA) Annual Conference, Vancouver, Canada, 11-14 September 2025.

Organiser and Speaker, First international workshop on "Scholarship and Policy towards Transnational Repression: Freedom, Mobility, and Family (TNR-FMF)" bringing together analysts, scholars, policymakers, practitioners, and targets to address the challenges in the area of transnational repression (TNR) that has been termed 'TNR-FMF' by Kaul (2025), Centre for the Study of Democracy (CSD), Little Titchfield Street, University of Westminster, London, 21 July 2025.

Public Lecture on "Machine Matchmaking: Love before AI", Cayley Room University of Westminster, 25 June 2025.

Organiser and Speaker, "Language and political conflict: categories, constraints, consequences", Lecture by Dr Michael Gavin, and conversation, Fyvie Hall,

15

©Nitasha Kaul

Navigation Key by Page Numbers in CV
1-3 (posts); 4 (grants/awards/honors/prizes); 4-5 (keynotes/distinguished lectures); 5-11 (invited talks); 11-42 (lectures, conferences, panels and seminars); 42-53 (media/interviews: radio/audio, TV/film, print/feature/quotes); 53-61 (target of transnational repression for my research); 62-68 (education, teaching, PhDs); 68-73 (refereeing, editorial, professional service); 73-75 (other prizes, languages, social media).

University of Westminster, 23 June 2025.

"Trump's New America and the Emerging World Order" (paper with Barry Buzan) in panel on 'Beyond the liberal international order'; "Transnational Repression and Regime Types: China and India", paper in panel on 'Power, Alliance and Security in Asia'; speaker in BISA Roundtable on "Interdisciplinary Dialogues on Artificial Intelligence IR" (Sponsored by QUB and BISA's Emerging Technologies WG), 50th British International Studies Association (BISA) Conference, Belfast, UK, 18-20 June 2025.

Speaker and co-organiser, '"Voice for the Voiceless": The Dalai Lama and the past, present, and the future for Tibetans in a contested world', Centre for the Study of Democracy (CSD) in collaboration with Tibet Watch UK, University of Westminster, 21 May 2025.

Initiator of CoSS (Conversations on Small States) and speaker at fourth CoSS event, "Conversations on Small States (CoSS): Himalayas in Focus", Pavilion, University of Westminster, 21 May 2025.

"Paradoxes of the West/Non-West Cleavage", paper at the project conference on "Future of 'the West'", Reimagining World Order (RWO), Princeton Institute for International and Regional Studies (PIIRS), convened by Professor G. John Ikenberry and Professor Thomas Risse, Princeton University, USA, 6-8 May 2025.

"Panel discussion and book launch: 'Contemporary Colonialities: Kurds and Kashmiris'", Centre for the Study of Democracy, University of Westminster, London, 30 April 2025.

Invited Speaker, Panel discussion on "Women's Rights in South Asia", Swedish South Asian Studies Network (SASNET) in collaboration with the Association of Foreign Affairs in Lund (UPF), Department of Political Science, Eden Auditorium, Lund University, Sweden, 20 March 2025.

"Transnational Repression and Regime Types: China and India", conference paper in panel WC43 on Regimes, Repression, and Revolts - comparative historical perspectives; organiser, chair and participant in Human Rights Roundtable WD01 on "Transnational Repression and Diaspora" International Studies Association (ISA) Annual Conference, Chicago, USA, 2-5 March 2025.

"Bhutan as a Biodemocracy: Navigating Culture, Development, and Change", paper at 2nd Conference of the International Society for Bhutan Studies (ISBS), Kyoto University, Japan, 4-6 February 2025 (online).

Invited Speaker, Plenary Roundtable on "The rise of far right around the world", Virtual BISA (British International Studies Association) 2025 Conference on 'Global political imaginations: towards a more inclusive world', 15 January 2025.

Invited Participant, "Do UK government analysts and academics study South Asia differently?", Second workshop of the India & South Asia Analysts Network (InSAAN), St Anthony's College, University of Oxford, 14 January 2025.

Organiser and Speaker, "What does Kerala mean for Social Theory?", Lecture by Prof Nissim Mannathukkaren, and conversation, Fyvie Hall, University of Westminster, 10

©Nitasha Kaul

**Navigation Key by Page Numbers in CV**

1-3 (positions, research, awards, grant administration); 4-11 (invited talks); 11-42 (lectures, conferences, panels, conference views:
radio/audio, TV/film, print/feature/quotes); 53-61 (target of transnational repression for my research); 62-68 (education, teaching, PhDs);
68-73 (refereeing, editorial, professional service); 73-75 (other prizes, languages, social media).

December 2024.

Invited Keynote, "Misogyny, Authoritarianism, and the Future of Democracy", Dan David Annual Prize Conference 2024 on "Shades of Democracy and Authoritarianism: Historical and Contemporary Perspectives", The Steinhardt Museum of Natural History, The Zvi Yavetz School of Historical Studies, The Lester and Sally Entin Faculty of Humanities, Tel Aviv University, Israel, 25 November 2024 (online).

Invited speaker, "Artificial Intelligence and the Future of Democracy" (panel organised by Professor Joe Burton), part of 2024 ESRC (UKRI) Festival of Social Science Lancaster University in partnership with Lancaster City Council, 12 November 2024 (online).

Organiser, co-ordinator, and speaker, 2024 CSD (Centre for the Study of Democracy) Encounter - flagship CSD public event with international speakers, multiple panels, and keynote by Prof John Keane on 'China's Galaxy Empire', University of Westminster, 8 November 2024.

Invited Keynote, "Democracy as Work-in-Progress", and panellist on "The Future(s) of Democracy", Conference on 'After-words/After-worlds. The Legacy of Jacques Derrida', Faculty of Humanities, University of Silesia in Katowice, Poland, 5-7 November 2024.

Invited Lecture, "Misogyny as a Challenge to Democracy", Consensus and Conflict in the Democratic State and Human Rights, MA/PhD in Business Law, Centre for Applied Social Studies, Universidade Estadual de Londrina, Brazil, 10 October 2024 (online).

Invited Discussant, "Workshop on Women and Work: New evidence on the role of cities" (with Dr Sabine D'Costa, Prof Val Gillies), Westminster Business School, 9 October 2024.

Invited Chair and panellist, "Leading with Purpose: Women in Diplomacy", (with H.E. Josefa González-Blanco, Ambassador of México to the United Kingdom; Ms. Elisabeth Bowes, Deputy High Commissioner of Australia to the United Kingdom, Ms. Lynessa Griffith, Former Cultural Attaché at the Embassy of Grenada to the Russian Federation and PhD candidate at City St. Georges University of London), organised by the Global Diplomacy Initiative, University of Westminster, Fyvie Hall, 1 October 2024.

Invited expert speaker, "Human Rights Landscape in India", Expert Roundtable, FCDO (Foreign Commonwealth & Development Office) of the UK Government, 21 August 2024.

"Paradoxes of the West/Non-West Cleavage in International Relations", paper in panel on 'Norms, Legality & Identity in US Foreign Policy'; "AI and the Makeover of Democratic Imagination", paper in panel on 'Conceptualising AI in Global Society'; "A Subalternising Geopolitics Approach to Understanding Buddhist Diplomacy in the Indian Himalayan Region" (paper with Dr Stanzin Lhaskyabs) in panel on 'Internal Affairs of Asia: An elusive balance of regional and domestic instruments', 49th British International Studies Association (BISA) Conference, Birmingham, UK, 4-7 June 2024.

Invited Speaker, "The Road Ahead: Tech, Elections and the Future of Democracy" (with Dr Ayesha Siddiqa, Anabarasan Ethirajan, and Anisha Dutta), day-long

©Nitasha Kaul

symposium convened by 20 journalists from the FCDO's Chevening South Asia Journalism Programme, 26 June 2024.

Invited Lecture, "AI and Democracy", as part of AI and Elections theme, Chevening South Asia Journalism Programme (SAJP) at University of Westminster's School of Media, Arts & Design, for the Foreign, Commonwealth & Development Office (FCDO) Chevening Awardee South Asian journalists, 3 June 2024.

"Paradoxes of the West/Non-West Cleavage", paper at "What is the Future of 'the West'?: Transatlantic Political Order in an Era of War and Upheaval" workshop convened by Professor G. John Ikenberry and Professor Thomas Risse, organised by "Contestations of the Liberal Script" (SCRIPTS), Freie Universität Berlin, and the "Reimagining World Order" center at Princeton University, in cooperation with the German Council on Foreign Relations (DGAP), Berlin, Germany, 22-24 May 2024.

Organiser and Speaker, "200 years of the Kingdom of Lesotho" (event with delegation from Kingdom of Lesotho including government ministers and King Letsie III; UK High Commissioner to Lesotho; Southern African countries' diplomatic representatives; Basotho diaspora in the UK), Portland Hall, University of Westminster, 3 May 2024.

Invited Speaker, "Subalternising Geopolitics: Small States in South Asia", Institute of South Asian Studies (ISAS), National University of Singapore (NUS), Singapore, 19 April 2024.

Invited Speaker, "How Misogyny Unravels Democracy", (with commentary from Professor Kim Wehle, and Q&A moderation by Professor Margaret Johnson), Center for International and Comparative Law and the Center on Applied Feminism at the University of Baltimore School of Law, University of Baltimore, Maryland, USA, 10 April 2024.

"AI and Democracy: Machine Logics and the Makeover of Democratic Imagination", conference paper in panel WA71 on Rethinking Democracy and Human Rights; "Biodemocracy: What it is and Why we need it", conference paper in panel WB30 on The Coming Anarchy: Autocracy and Civil Rights during Environmental Crisis; The Rise of Trumpism, Autocratization, and the Future of U.S. Democracy", Chair "Colonial Practices in Contemporary China and India: Tibet, Xinjiang, and Kashmir" Roundtable SC67, International Studies Association (ISA) Annual Conference, San Francisco, USA, 3-6 April 2024.

Speaker, "AI and Democracy", and speaker in panel on "EDI and AI", responding to lecture on Creative AI by Professor Frederic Fol Leymarie, AI UK Turing Fringe EDI & AI event, University of Westminster, 13 March 2024.

Speaker, "Democracies, small states, misogyny and climate change", panel on 'Addressing Climate Change in a Global Election Year', Second meeting of European Affairs Societies, University of Westminster, 6 March 2024.

Speaker, "Equity, Diversity, and Inclusion in AI and Data Science", London Bioinformatics Meetup Event, University of Westminster, 29 February 2024.

Co-organiser (with The Bhutan Society of the UK) and Chair, "Bhutan Believe: Sustainable, Future-Focused Tourism Through a Nation Brand", Fyvie Hall, University of Westminster, 27 February 2024.

Co-organiser (with Tibet Watch UK), "Tibetan Buddhism, China and the Dalai Lama:

Tibet and Contested Geopolitics", Fyvie Hall, University of Westminster, 19 February 2024.

Convenor and Chair, Conference on "Democracy, Ideology, and Political Dynamics in Kerala", project collaboration between Centre for the Study of Democracy (CSD) and Inequality and Human Development Programme (IHDP), National Institute for Advanced Studies (NIAS), Bengaluru, India, 24 January 2024.

Invited Lecture, "The Regional Strategic Significance of Kashmir', LSE Executive MSc International Strategy and Diplomacy Programme, The London School of Economics and Political Science, Pankhurst House, 7 December 2023.

Organiser and Discussant, "Trumpism and the fate of the rule of law under the US Constitution by Kimberly Wehle", Fyvie Hall, University of Westminster, 13 November 2023.

Invited Speaker, "Hum Honge Kamyab: India Beyond Modi", Cambridge Union Debating Society and the Cambridge Majlis panel event, University of Cambridge, 7 October 2023.

"Construction and Control of Cartographic Imaginaries in India and China: Kashmir and Taiwan" (co-authored with Mariah Thornton), Oxford Taiwan Studies Conference on 'Technology and Multi-Faceted Change in Taiwan and Globally', St Antony's College, University of Oxford, 27 September 2023.

Co-organiser of Section S64 (six panels) on "Varieties of Nationalism in Postcolonial, Neoliberal and Hetero-Patriarchal Times" (with Dr Anukriti Dixit), paper on "The Politics and Policies of Postcolonial Neoliberal Nationalism", and chair of panel "Neoliberalism and postcolonialism: (Un)likely allies?", ECPR (European Consortium for Political Research) General Conference, Charles University, Prague, Czech Republic, 4-8 September 2023.

"Writing Politics/ Experiencing Politics", Workshop, Department of Political Science, University of Calicut, Kerala, 21 August 2023.

"Rethinking the Status-Quo Drivers in Entrenched Conflicts: Kashmir and the Matrix of Legitimacy", Panel on India's Conflicts and Its Quest for Power'; "Construction and Control of Cartographic Imaginaries in India and China: Kashmir and Taiwan" (co-authored with Mariah Thornton), Panel on Security and South Asia; organiser/chair/speaker in Roundtable on "Feminist Silences in International Conflict: Of What Do We Speak and to Whom?" (with Professor Shirin Rai, Dr Jamie Hagen, Dr Sophia Dingli, Dr Caitlin Biddolph, Dr Sameera Khalfey), British International Studies Association (BISA) Conference, Glasgow, Scotland, UK, 21-23 June 2023.

Lecture, "Small States in International Relations", Institute of European and American Studies, Academia Sinica, Taipei, Taiwan, 15 June 2023.

Invited Speaker, Bhutanese Oscar-nominated film screening of "Lunana: A Yak in the Classroom", Wimbledon Film Club, London, 6 June 2023.

Speaker and Participant, "SDGs at UoW: A University-wide workshop on sustainable development beyond acronyms", Portland Hall, University of Westminster, 6 June 2023.

Roundtable panel, "Contemporary Coloniality in China and India: Tibet, Xinjiang and Kashmir" (with Professor Dibyesh Anand, Dr Tsering Topgyal, Dr David Tobin,

Jamyang Norbu), High Asia Research Center, Jackson Heights, New York, USA, 20 May 2023.

"Nationalism and Islamophobia in India"; and roundtable on "Contemporary Colonialities in China and India", Association for the Study of Nationalities (ASN), 27th Annual World Convention, Columbia University, New York, USA, 18-20 May 2023.

Invited Lecture, "Revisiting Representations of Bhutan and the Bhutanese in History", 34th Drukrig Network of Bhutan Scholars' Colloquium (online), 19 April 2023.

Invited Lecture, "Subalternizing Geopolitics: Small States in International Relations", Department of International Relations and Governance Studies (IRGS), School of Humanities and Social Sciences, Shiv Nadar University, Delhi, India, 18 April 2023.

"On Common Challenges: What is Biodemocracy?", and co-convenor of panel on "Beyond critique and deconstruction: anthropological engagement of climate crises, development inequalities, and emancipatory politics of degrowth and well-being alternatives" (with Dr Dendup Chophel, Dr Andreas Wittel, Dr Ritu Verma, Professor David Lewis), at "An Unwell World? Anthropology in a Speculative Mode", Association of Social Anthropologists of the UK and Commonwealth (ASA) Conference, SOAS, University of London, UK, 11-14 April 2023.

Invited Lecture, "Contemporary Democracy: Illusion and Recursion", as part of Disorders of Information and Democracy theme, Chevening South Asia Journalism Programme (SAJP) at University of Westminster's School of Media, Arts & Design, for the Foreign, Commonwealth & Development Office (FCDO) Chevening Awardee South Asian journalists, 6 April 2023.

"Indigeneity and Competing Victimhoods in Post/Colonial Conflict"; "Persistence of Political Power and the Ordering of Political Loyalties: The Kerala Communist 'Party Village' Paradox" (co-authored with Nisar Kannangara), 73rd Annual Political Studies Association (PSA) Conference, University of Liverpool, 3-5 April 2023.

Invited Lecture, "Subalternizing Geopolitics: Bhutan as a Small Himalayan State", Walsh School of Foreign Service, Asian Studies Program, Georgetown University, Washington D.C., USA, 21 March 2023.

"Discourses of Competing Victimhoods (DCV): Complexities of Indigeneity in Post/Colonial Conflict", conference paper in panel SB17 on Critical security studies, securitization, migration, and belonging; "The Rise of Trumpism, Autocratization, and the Future of U.S. Democracy", Roundtable FD30; "From Offline to Online: Cooperation and Conflict in Contemporary Politics", (BISA/ISA partnered), Roundtable TB66, International Studies Association (ISA) Annual Conference, Montreal, Canada, 15-18 March 2023.

Organiser and Speaker, "Technology and Diversity: A UoW Roundtable", Difference Festival 2023, Fyvie Hall, University of Westminster, 27 February 2023.

Initiator of CoSS (Conversations on Small States) and organiser of third CoSS event, "Communicating Statehood: The Case of Taiwan", Fyvie Hall, University of Westminster, 23 February 2023.

Organiser and Speaker, "Towards a Green Democratic Revolution by Chantal Mouffe: Book Launch and Discussion", Fyvie Hall, University of Westminster, 8 February

©Nitasha Kaul
1-3 (books, issues, monographs, book assessments); 4-11 (journals); 11-42 (lectures, presentations, talks, conferences); 43-53 (media interviews: radio/audio, TV/film, print/feature/quotes); 53-61 (target of transnational repression for my research); 62-68 (education, teaching, PhDs); 68-73 (refereeing, editorial, professional service); 73-75 (other prizes, languages, social media).

2023.

"Interactive Meet the Author Session", Kunzum Books, New Delhi, India, 29 January 2023.

Conference co-organiser (CSD at University of Westminster in collaboration with academics at Ashoka University) and Roundtable Speaker (with Professor Dibyesh Anand, Dr Swaragjyoti Gohain, Dr Sayantani Mukherjee), "The Himalayas From Its Edges" Conference, Ashoka University, Sonepat, Haryana, India, 27-28 January 2023.

Invited Lecture, "Writing the World: In conversation with Dr Nitasha Kaul", Women's Studies Centre, Jesus and Mary College (JMC), Delhi University (DU), Delhi, India, 25 January 2023.

Invited Lecture, "Small States in International Relations: Bhutan and Beyond", Department of International Relations, Faculty of Social Sciences, South Asian University (SAU), Delhi, India, 24 January 2023.

Mentoring Lecture for UK PhD students from various universities, "Being an Academic, Becoming an Academic: Excelling with Ethics", Techne Congress, Techne Doctoral Training Partnership (DTP) by AHRC/UKRI, London, UK, 16 January 2023.

Invited Lecture, "The Ordering of Political Allegiance in the Villages of North Kerala", NIAS Public Lecture, Inequality and Human Development Programme, National Institute of Advanced Studies (NIAS), Indian Institute of Science Campus, Bengaluru, Karnataka, India, 22 December 2022.

Invited Lecture, "Misogyny, Democracy, and Sustainable Development", Department of Anthropology, Pondicherry University, India, 19 December 2022.

"Interactive Meet the Author Session", Other Books, Kozhikode/Calicut, Kerala, India, 14 December 2022.

Invited Lecture, English Literature Department Farook College, and at Other Books, Kozhikode/Calicut, Kerala, India, 14 December 2022.

Invited Speaker, Community Lecture, "How Misogyny Unravels Democracy", Rotary Club of Windsor Ontario, (WIDE, We're Inclusive, Diverse, and Equitable), Canada, 15 November 2022 (online).

Speaker, Roundtable on "Intersectional solidarities", Feminist solidarities in times of crises, Gendering International Relations Working Group (GIRWG), British International Studies Association (BISA), online workshop, 14 November 2022.

Initiator of CoSS (Conversations on Small States) and organiser of second CoSS event, "Changing perception of the roles and capabilities of small states", Portland Hall, University of Westminster, 9 November 2022.

Organiser, chair, and speaker, "Roundtable: Challenging Contemporary Cultures of Othering" (with Professor Miriam Dwek, Professor Damien Ridge, Professor Dibyesh Anand), and speaker, "Authoritarianism, Misogyny, Climate Change" (with Professor Tom Buchanan), Westminster Political Psychology Conference, Pavilion, University of Westminster, 26 October 2022.

Invited Lecture, "Himalayan Geopolitics: Bhutan, Tibet, and Beyond" (with Professor

©Nitasha Kaul
1-3 (posts); 3-4 (research & award assessments); 4-11 (invited talks); 11-42 (lectures, conferences); 42-53 (media interviews: radio/audio, TV/film, print/feature/quotes); 53-61 (target of transnational repression for my research); 62-68 (education, teaching, PhDs); 68-73 (refereeing, editorial, professional service); 73-75 (other prizes, languages, social media).

Dibyesh Anand), UVA Tibet Center, University of Virginia, USA, 19 October 2022.

"Postcolonial Himalayas: Complex Indigeneities and the Discourse of Competing Victimhoods in Kashmir"; "Friendship and International Relations in the Himalayas: Bhutan and Beyond", Himalayan Studies Conference 6, The Association for Nepal and Himalayan Studies (ANHS), University of Toronto, Canada, 13-16 October 2022.

Invited Speaker, "Small States in International Relations", Seventh Distinguished Lecture, Skepseis, Political Science and Sociology Society, Royal Thimphu College, Ngabiphu, Bhutan, 7 October 2022.

Plenary Session Speaker, "Buddhism and Artificial Intelligence: Body, Speech, and Mind", Fourth International Vajrayāna Buddhism Conference, Zhichenkhar, Centre for Bhutan & GNH Studies (CBS), Thimphu, Bhutan, 1-4 October 2022.

"Biodemocracy: Bhutan and Beyond", conference paper in section ST14 - Small States in World Politics; and "Fluidity and fixity: Rethinking disputes and decolonisation in the 21st century", conference paper in section ST18 - Contestation in International Politics, Pandaemonium: Interrogating the Apocalyptic Imaginaries of Our Time, 15th EISA Pan-European Conference on International Relations (PEC), Panteion University, Athens, Greece, 1-4 September 2022.

"What metaphors do for ideology, politics, and policy", conference paper in panel INN037 on Concepts and Metaphors, "Indigeneity and Competing Victimhoods in Post/Colonial Conflict", conference paper in panel INN382 on Understanding Sovereignty and Recognition: Decolonial and Indigenous Approaches and Worldviews, ECPR (European Consortium for Political Research) General Conference, University of Innsbruck, Austria, 22-26 August 2022.

Initiator of CoSS (Conversations on Small States) and organiser of first CoSS event, Nitasha Kaul and Karma Ura, "Remembering Bhutan: A Conversation with Dasho Karma Ura", Fyvie Hall, University of Westminster, 14 July 2022.

"'Friendship' and the Himalayas: Bhutan, Britain and the 1910 Treaty of Punakha", conference paper at the 16th International Association for Tibetan Studies (IATS) Seminar, Faculty of Arts of Charles University and the Oriental Institute of the Czech Academy of Sciences, Prague, Czech Republic, 3-10 July 2022.

Invited Lecture, "Understanding Kashmir", U.S. State Department Foreign Service Institute's (FSI) South and Central Asia (SCA) Area Studies program, School of Professional and Area Studies (SPAS), George P. Shultz National Foreign Affairs Training Center (NFATC), Virginia, 30 June 2022 (online).

Roundtable on "Emerging Technologies and International Studies", 2022 ACUNS Annual Meeting on 'Evidence-Based Solutions for Intensifying Global Challenges, Academic Council on the United Nations System (ACUNS), Geneva, Switzerland, 23-25 June 2022.

Conference workshop participant and discussant, "Himalayan Journeys: Circulations & Transformations", CNRS's Centre for Himalayan Studies, Campus Condorcet, Paris, France, 22-24 June 2022.

"Why we should care about the sensory repression of dissent by democracies", conference paper (co-authored with Shala Cachelin), British International Studies Association (BISA) Conference, Panel on 'Extremism, State Repression, and Emerging Technologies', Civic Centre, Newcastle-upon-Tyne, UK,

©Nitasha Kaul
Navigation Key by Page Numbers in CV
1-3 (posts); 3-6 (education/qualifications & assessments); 6-11 (books); 11-42 (lectures, events, conferences, talks); 43-62 (media interviews:
radio/audio, TV/film, print/feature/quotes); 53-61 (target of transnational repression for my research); 62-68 (education, teaching, PhDs);
68-73 (refereeing, editorial, professional service); 73-75 (other prizes, languages, social media).

16 June 2022.

Invited Speaker, Session on "Geopolitical Realities and Regional Context Analysis", Tibet Network Cross-Regional Meeting, Casa Tibet, Tibet House Foundation, Barcelona, Spain, 27-29 May 2022.

Co-Organiser, Facilitator and Speaker, Day-long workshop on "Contemporary Kashmiris and Kurds: Conflict and Coloniality", Pavilion, 115 NCS, University of Westminster, 23 May 2022.

Speaker, "3Es for AI: Economics, Explanation, Epistemology" in panel on Ethics and Emerging Technologies; Chair, panel on Risk and Emerging Technologies, First Annual Conference of the BISA (British International Studies Association) International Studies and Emerging Technologies (ISET) Working Group on "Assessing the Impact of Emerging Technologies on Contemporary Society and Global Affairs", Clinton Institute, University College Dublin, Ireland, May 20-21, 2022.

"21st century decolonization, or why we need 'unusual' dispute resolutions", paper at ECPR (European Consortium for Political Research) virtual joint workshop VIR06 on 'Pacifism and Nonviolence: Cultivating a New Research Agenda', University of Edinburgh/ online, 19-20 April 2022.

"Geopolitics, State-Making, and Friendship in the Himalayas: Bhutan in the 20th century", paper presented at Inter-disciplinary Workshop on 'Revisiting the Frontier: Colonial legacies and lived realities of Himalayan border-worlds', Yale MacMillan Center, Yale South Asia Council and Inter-Asia Initiative, Yale University, USA, 15-16 April 2022.

Invited Lecture, "Subaltern Geopolitics in the Himalayas: Representing Bhutan", organised by the High Asia Center, Jackson Heights, New York, USA, 13 April 2022.

Invited Lecture, "The Future of Democracy in India", jointly organised by Indian American Muslim Council, Hindus for Human Rights, and Bol worker owned bookstore, Creative Grounds, Washington D.C., USA, 11 April 2022.

Invited Lecture, "Democracy under Threat in India and Beyond", jointly organised by the Boston South Asia Coalition and the Asian American Resource Workshop, Rosa Parks room, The Democracy Center, Cambridge MA, USA, 8 April 2022.

Invited Lecture, "'Inbetween' India and China: Bhutan's International Relations" (and conversation with Dr Arunabh Ghosh), organised by the Lakshmi Mittal and Family South Asia Institute, Harvard University Asia Center and Fairbank Center for Chinese Studies, Harvard University, Boston MA, USA, 7 April 2022. Full session with Q&A is here.

Guest Lecture on Language, Conflict, and Fiction for Class LING 542/POLI 542 on Research in Language Conflict and Language Rights, University of South Carolina, Columbia, USA, 5 April 2022.

Invited Public Lecture, "Kashmir: The Personal is Political" (introduced by Dr Michael Gavin), organised by The Humanities Collaborative, Gambrell Hall, University of South Carolina, Columbia, USA, 4 April 2022.

"21st century decolonizations, or why we need 'unusual' dispute resolutions in IR", conference paper in panel WB06 on New Approaches to Peacebuilding Practice; "The Misogyny of Authoritarians in Contemporary Democracies"; conference paper in

panel WA26 on The Nexus of White Supremacy and Patriarchal Misogyny in Contemporary Democracy; "Postcolonial identity, anti-Westernism, and global authoritarianism in 'emerging powers'", roundtable MD06, International Studies Association (ISA) Annual Conference, Nashville, USA, 28 March-2 April 2022.

Workshop Facilitator/Leader, Early Career Scholars' Mentoring Workshop on "Critical qualitative research: Balancing methodological rigour with consistent publications", British Sociological Association (BSA) Early Career Forum Regional Event (in association with Goa Institute of Management and Indian Institute of Management Ahmedabad), 24 March 2022 (online).

Invited Lecture, "Bhutan-India Relations: Friendship and Treaty-Making in the Himalayas" (moderated by Dr Swargajyoti Gohain), Ashoka University, Haryana, India, 16 March 2022.

Invited Message/Speaker, "On Ukraine & Russia", Forum for Peace (with Volodymyr Ishchenko/Ukraine, Alexey Sakhnin/Russia Aisha Jumaan/Yemen Ertuğrul Kürkçü/ Turkey Pierre Sané/Senegal, Yara Hawari/Palestine, Selay Ghaffar/Afghanistan, Jeremy Corbyn/ United Kingdom, Julian Aguon/Guam, Yanis Varoufakis/Greece, moderated by Varsha Gandikota-Nellutla/India and Ammar Ali Jan/Pakistan), Progressive International, 9 March 2022 (online).

Invited Speaker, 'Hijab Ban, Hounding, and Hate Speech: Targeting Muslim women in the long shadow of Gujarat 2002', part of Preventing Genocide, India on the Brink conference (with Kavita Krishnan, Sabika Abbas Naqvi, Safoora Zargar, Aysha Renna), South Asia Solidarity Group, 26 February 2022 (online).

Invited Speaker, "No India for Women?" (with Professor Rajni Palriwala and Professor Ania Loomba), Gandhi Ambedkar Study Circle, St. Stephen's College, University of Delhi, 18 February 2022 (online).

Invited Speaker, Session on 'India and Hindutva' (with Audrey Truschke), Academics Online: Digital Harassment Across Asias, Association for Asian Studies (AAS) Digital Dialogues, Academics Online Series, 16 February 2022 (online).

Invited Speaker, Lecture titled "Desiderata for 21st Century Decolonisations", organised by TAPAS (The Task Force for Asian American Progressive Advocacy and Studies), Harvard College, USA, 6 December 2021 (online).

Invited Speaker, "The Transnational Right in World Politics", (panel with Nicholas Michelsen, Mustafa Kutlay, Xin Fan), The Global Webinar on the International System of Power, City University, London, 26 November 2021(online).

Invited Speaker at panels, "Conversation on my book Future Tense with Dr Amrita Ghosh";"Kashmir Conflict, Feminist Perspectives", panel with Dr Emma Brännlund and Dr Amrita Ghosh; Feministisk Festival 2021 (Feminist Festival), Malmö, Sweden, 19-21 November 2021.

Invited Speaker, "Rising India, Falling Freedoms: Hindutva Visions of Dissent and Democracy", (panel with Professors Purnima Bose and Mona Bhan, Pralay Kanungo, Bernadette Marie White, Zainab Farhat) 5th Annual Symposium on Muslim Philanthropy and Civil Society 9-13 November, MPI (Muslim Philanthropy Initiative), Indiana University–Purdue University Indianapolis (IUPUI), USA, 10 November 2021 (online).

Organiser and Speaker, "Bhutan Development and Resilience Early Career

Researchers' Conference", (in collaboration with Centre for Local Governance & Research), Thimphu/London, Bhutan/UK, 2 October 2021 (online); "Developmental Challenges in Bhutan and how to overcome them" (essay competition for Bhutanese undergraduate students), Thimphu/London, Bhutan/UK, 20 December 2021 (online).

Invited Speaker, "Blurring Boundaries? Illiberal conservatism and the New Right", panel on "Illiberal Conservatism and the New Right –- Cross-National Entanglements", International Workshop organized by OEI Sociology and SCRIPTS Berlin (Research Units Borders and Orders), Freie Universität Berlin, 30 September-1 October 2021 (online).

Invited Plenary Speaker, "Global Authoritarian Populism Workshop" (panel with Bill Schwarz, Dan Nexon, Walden Bello), City University, London, 9-10 September 2021 (online).

Invited Speaker, "Can Democracy Safeguard the Future?" (with Graham Smith, Indra Adnan, Jonathon Porritt, Peter Davies), Book Launch and Panel discussion, organised by Centre for Understanding Sustainable Prosperity (CUSP) and Foundation for Democracy and Sustainable Development (FDSD), 20 May 2021 (online).

Invited Key Speaker, "Gender in Journalism" (with Smita Sharma, Mandira Nayar, Pratibha Jyoti), Raisina House Dialogue in collaboration with Indian Women's Press Corps (IWPC), New Delhi, 3 May 2021 (online).

Invited Speaker, "Roundtable on Academic Freedom in South Asia" (with Dr Talat Ahmed, Dr Hugo Gorringe, Dr Aasim Sajjad Akhtar, Professor Harshana Rambukwella), British Association for South Asian Studies (BASAS) Annual Conference, University of Edinburgh, 23 April 2021 (online).

Invited Speaker, "Writing Conflicts: The Idea of Kashmir (Nitasha Kaul talks to Meena Dhanda)", Faculty of Arts, Business and Social Sciences Research Seminar Series, University of Wolverhampton, 25 March 2021 (online).

Invited Speaker, "Media Panel: on media freedom, social media, coverage prioritisation" (with Vikram Chandra, Arfa Khanum Sherwani, Akash Bannerjee, Dr Ram Bhat), The India Forum (LIF) 2021, London School of Economics Students' Union (LSE, SU), 20 March 2021 (online).

"Decolonizing Post-Colonialism: A Conversation with Dr. Nitasha Kaul" (moderated by Dr Andrew Liu, Assistant Professor of History, Villanova University), part of the Decolonizing History Series, Lepage Center for History in the Public Interest, Villanova University, PA, USA, 17 February 2021 (online).

Keynote Speaker, International Conference on "Living Gender: Recognition, Repression, and Representation", Deviprasad Goenka Management College of Media Studies (DGMC), Mumbai, India, 16 January 2021 (online).

Organiser and Closing Roundtable Speaker, "Second Bhutan Biodemocracy and Resilience Conference (BBR 2021) --Multi-sectoral effects of the Coronavirus Pandemic", in collaboration with Centre for Local Governance & Research, Thimphu, Bhutan, 21-22 December 2020.

Chair and Discussant, Session on "Conflict, Resistance and Livelihood Issues", North Regional Conference on Women's Studies 'Constitutional Rights, Women from the margins, and Livelihood issues: Students and Young Activists Presentations', Indian

©Nitasha Kaul

Navigation Key by Page Numbers in CV
1-3 (posts); 4-5 (research awards, grants, assessments); 6-11 (books, editorships); 11-42 (lectures, conferences); 43-53 (academic reviews: radio/audio, TV/film, print/feature/quotes); 53-61 (target of transnational repression for my research); 62-68 (education, teaching, PhDs); 68-73 (refereeing, editorial, professional service); 73-75 (other prizes, languages, social media).

Association for Women's Studies (IAWS), New Delhi, 14-15 December 2020 (online).

Invited Speaker, "Conversation on the novel Future Tense" (with Zarka Batool), Athwas Conference (non-profit socio-cultural organisation of British Kashmiris), 14 November 2020 (online).

Invited Speaker, "Kashmir Roundtable" (virtual roundtable event with Katharine Adeney, Andrew Whitehead, Chitralekha Zutshi), University of Nottingham Asia Research Institute, 12 November 2020 (online).

Invited Speaker, "Social movements and emerging solidarities" (virtual session with Alfredo Saad Filho, Svetlana Slapsak, Anna Carastathis), Freiraum Festival & Conference 2020 (Goethe-Instituts in Europe project), 31 October 2020. Watch the session here (talk from 3.44.10-3.58.00, and discussion from 4.17.30 to 4.53.02).

Invited Speaker, "Crossing Borders, Talking Genre" (virtual panel with Fowzia Karimi and Alka Kurien), Tasveer South Asian Litfest (TSAL) Seattle, 25 October 2020 (online).

Invited Speaker, "Islamophobia and the Global war on terror" (panel with Rachel Harris, Asim Qureshi, Dibyesh Anand), An International Day Conference on Surveillance and Repression of Muslim Minorities: Xinjiang and Beyond, Brunei Gallery Lecture Theatre, SOAS, University of London, 7 March 2020.

Invited Speaker, Panel on "Bigotry Brigade: Where is India headed?" (with Audrey Truschke, Vali Nasr, and Victoria Schofield), and panel on "Terror in Kashmir" (with Arif Nizami and Khaled Ahmed), Lahore Literary Festival (LLF), Lahore, Pakistan, 22 February 2020.

Book Launch "Future Tense", in conversation with Victoria Schofield, Lahore Literary Festival, Lahore, Pakistan, 23 February 2020.

Invited Speaker, "On Thinking Globally: Using the Indian Case to Theorise The Constitutive Dynamics of Contemporary Nationalist Projects", session on 'The Conservative Backlash as Challenge for Social Sciences and the Humanities', International Symposium on The Conservative Backlash: Brazil in Comparative Perspective, Institute for Latin American Studies, Freie Universität, Berlin, Germany, 17-18 February 2020.

Speaker, Book Launch of my Kashmir novel (political fiction) 'Future Tense', In conversation with historian Victoria Schofield, University of Westminster, London, 12 February 2020. Watch the entire event here.

Invited Speaker, "Every Day in a State of Emergency", (panel with Salil Tripathi and Iver Østravik, in collaboration with Norwegian PEN and the Rafto Foundation for Human Rights), International Literature Festival, Bergen, Norway, 7 February 2020.

Invited lecture, "Kashmir: tormented state and global flashpoint", Cafe Diplo, Le Monde Diplomatique, London, 2 December 2019. Watch the talk here part 1 and part 2

Invited Lecture, "Kashmir: Politics of Religion and Rights", Graduate Institute of International and Development Studies, Auditorium 2, Maison de la paix, Geneva, Switzerland, 27 November 2019. Watch the talk here.

Invited Speaker, "Kashmir, Kashmiris, and the Question of Human Rights", Shia Ithna'ashari Community of Middlesex (SICM), London, 8 November 2019.

©Nitasha Kaul

Navigation Key by Page Numbers in CV
1-3 (personal, research/awards, grant assessment); 4-11 (education); 11-42 (lecture, conferences, talks); 43-53 (media, views; radio/audio, TV/film, print/feature/quotes); 53-61 (target of transnational repression for my research); 62-68 (education, teaching, PhDs); 68-73 (refereeing, editorial, professional service); 73-75 (other prizes, languages, social media).

Case 1:23-cr-00289-VM Document 101-1 Filed 09/22/25 Page 36 of 85

Invited Speaker, "Colonial Exercise of Power in Kashmir", (panel on 'Kashmir in Kashmiri Voices', with Mirza Saaib Beg, Mehroosh Tak, Waseem Yaqoob), University of Cambridge, 31 October 2019. Watch the talk here.

Invited Speaker, "India's Move on Jammu & Kashmir", (panel with Gautam Bhatia, Schona Jolly QC, Mirza Waheed, Andrew Whitehead), Bar Human Rights Committee of England and Wales (BHRC), The Conduit, London, 30 October 2019. Watch the talk here.

Invited Expert Witness Testimony at the "Human Rights in South Asia: Views from the State Department and the Region", U.S. House of Representatives Committee on Foreign Affairs, Washington D.C., 22 October 2019. Watch the talk here.

Invited Speaker, "Resisting Fascism, Building Solidarities: India, Kashmir and Beyond", (panel with Rajratna Ambedkar, Dibyesh Anand, Sajjad Hassan, Kavita Krishnan, Satpal Muman), South Asia Solidarity Group, School of Oriental and African Studies (SOAS), London, 5 October 2019. Watch the talk here.

Invited Speaker, "Kashmir 2019: What Does the Future Hold?", (panel with John Elliott, Tahir Aziz, Lord Meghnad Desai, Victoria Schofield, Muzzammill Ayyub Thakur, Andrew Whitehead), Commonwealth Parliamentary Association Room, Westminster Hall, UK Parliament, London, 17 September 2019.

"The inaudible: speaking IR and International Law research beyond the academic word", (In)Visible International Law Round-table, A Century of Show and Tell: The Seen and the Unseen of IR, 13th Pan-European Conference on International Relations (EISA), Sofia University, Bulgaria, 11-14 September 2019.

"Democracy in Bhutan: Transition to Consolidation", Panel: Institutional Challenges for Democratisation, Section: Political Institutions and Democratic Anxieties, ECPR (European Consortium for Political Research) General Conference, University of Wroclaw, Poland, 4 - 7 September 2019.

Invited Speaker, "India After the Elections" (with Talat Ahmad, Meena Kandasamy), Edinburgh International Book Festival, Garden Theatre, Edinburgh, 26 August 2019.

Organiser and Closing Speaker, "First Bhutan Biodemocracy and Resilience Conference (BBR 2019) -- Building Socioeconomic and Environmental Resilience", in collaboration with Centre for Local Governance & Research, Thimphu, Bhutan, 19 July 2019.

Invited Speaker, "Populism and/as Nationalism: ideas, sentiment and the nation", (panel with Edward Anderson, Pragya Dhital, Dhiren Borisa, Sandhya Devesan), Centre of South Asian Studies, Seminar Room S3, Alison Richard Building, University of Cambridge, 9 July 2019.

"What does Friendship mean in International Relations?", Panel on 'New Directions in IR Theory: States, Environments, Relationships'; Roundtable Speaker, "Methodological Nationalism, liberal democracy and the questions of 'post-truth' politics for Critical IR", 44th British International Studies Association (BISA) Conference, The Royal Society, London, 14 June 2019.

"Indigenisation of Democracy: The Bhutanese Expression", paper presented at the SCOPE (Science of Politics) Conference: 6th international interdisciplinary conference of political research on "Values in Politics", University of Bucharest, Romania, 31 May-2 June 2019.

©Nitasha Kaul

"On Rethinking the Political for our Troubled Times", paper presented at the NORA (Nordic Journal of Feminist and Gender Research) conference on 'Border Regimes, Territorial Discourses, and Feminist Politics', University of Iceland, Reykjavik, 22-24 May 2019.

Invited Lecture, "Politics, Virtue, and Conflict", Department of Politics and Governance, Central University of Kashmir, Green Campus, Ganderbal, 23 April 2019.

Speaker, Workshop on "Political Loyalties in Postcolonial Democracies", Seminar Hall, Sullamussalam Arts and Science (SS) College, Areakode, Malappuram, Kerala, 12 April 2019.

Invited Speaker, "Desaffronise: A Critical Conversation on the Indian General Elections 2019", (panel with Professor Edward Simpson, Professor Dibyesh Anand, Gita Sahgal), Old 4.10, Old Building, London School of Economics (LSE), 19 March 2019.

Speaker, "Deconstructing Orientalism: In Travel Photography & Literature" (with Afaq Ali), Westminster Forum, University of Westminster, 19 March 2019.

Invited Speaker, "Solidarity Teach-In: Peace, Dignity, and Freedom in Kashmir", (with Mehroosh Tak), Audit Room, King's College, University of Cambridge, 8 March 2019.

"Identity as Fiction, Fiction as Herstories: An evening with Nitasha Kaul", (conversation with Anisha George), organised by Centre for South Asian Studies, University of Edinburgh, and Lighthouse - Edinburgh's Radical Bookshop, Edinburgh, 27 February 2019.

Speaker, "Majority Nationalism in Kashmir", session on 'Disputes and Conflict Resolution in Plurinational States', Workshop on "Majority Nationalism in Plurinational States: Responding to Challenges from Above and Below", Centre on Constitutional Change, University of Edinburgh, Scotland, 25-27 February 2019.

Invited Speaker, "Imagining Economics Otherwise", Qaid-e-Azam University (QAU), Islamabad, Pakistan, 20 February 2019.

Invited Speaker, "Literature as Resistance: Words as Actions", Fatima Jinnah University (FJU), Rawalpindi, Pakistan, 20 February 2019.

Invited Speaker, "Hindutva and the State of Minorities in India: Responses from the World", (panel with Dr Akis Kalaitzidis, Dr Sonu Khangarani, Murtaza Shibli, Dr Waqar Masood Khan, Amb. Zamir Akram), and part of afternoon panel question and answer session, International Seminar by Institute for Policy Studies, Marriott Hotel, Islamabad, Pakistan, 19 February 2019. Listen to entire talk here, and my panel discussion responses here on youtube.

"Poetry as Histories" (with Amit Ranjan, Abhimanyu Kumar), CR Park, New Delhi, 23 January 2019.

Invited Speaker, "Rise of the Global Right: Postcolonial Neoliberal Nationalism", Ambedkar University, Delhi, 23 January 2019.

Poetry Reading, Kaafiya Baithak (poetry collective in Delhi), Cafe Tsquare, Delhi, 22 January 2019.

Invited Speaker, "Kashmir: Gender and Resistance", Department of Political Science, Zakir Hussain College, University of Delhi, 22 January 2019.

Invited Speaker, "Remaking Words and Worlds", Center for English Studies, Jawaharlal Nehru University (JNU), Delhi, India, 21 January 2019.

"Where is Bhutan? The historical production of an 'in-between' Bhutan", paper at International Society for Bhutan Studies (ISBS) Inaugural Conference, Magdalen College, University of Oxford, 8-10 January 2019.

Invited Participant, "Violence and Democracy", UK-India Research Collaboration Workshop, The British Academy and Centre for the Study of Developing Societies (CSDS), CSDS, New Delhi, 29-30 November 2018.

Invited Speaker, panel on "Kashmir: Identity Within Conflict Lines" (with Victoria Schofield, Dr Ayesha Siddiqa, Professor Dibyesh Anand), organised by KCL Kashmir Solidarity Movement and KCL South Asia Development Society, King's Building, Strand, King's College London, 12 November 2018.

Invited Speaker, "The Gendered politics of authoritarianism in contested democracies', Gender and Politics Seminar, Lund University, Sweden, 1 November 2018.

Invited Speaker, panel on "Rising Hindu Nationalism and politics of right-wing populism in India" (with Professor Catarina Kinvall, Dr Spyros Sofos, Professor Dibyesh Anand), Lund University & SASNET, Sweden, 31 October 2018.

Invited Lecture, "Literary Narratives of Identity and Belonging", Central Department of English, Tribhuvan University, Kirtipur, Kathmandu, Nepal, 24 July 2018.

Invited Lecture and interactive session, Department of English, IUST (Islamic University of Science and Technology), Awantipora, Kashmir, 18 July 2018.

Invited Speaker, panel on "Stateless Nations" (with Dr Karen Abi-Ezzi, Dr Sossie Kasbarian, Professor Dibyesh Anand, Norcroft Centre, University of Bradford, Bradford Literature Festival, 8 July 2018.

"The Misogyny of Authoritarians", paper at Interdisciplinary Conference 'Of Survival and Struggle: Creative and Critical Responses to Structural and Long-term Violence in the Public Sphere', School of English and Drama, Queen Mary University of London, 7 June 2018.
"Creative Reading: Residue (novel)", Interdisciplinary Conference 'Of Survival and Struggle: Creative and Critical Responses to Structural and Long-term Violence in the Public Sphere', School of English and Drama, Queen Mary University of London, 7 June 2018.

Invited Speaker, panel on "Building Solidarity Alliances: The Conditions of Resistance" (with Sahar Saba, Noura Al Khalili, Dr Emma Brännlund), organised by Nordic Kashmir Organization & Tidskriften Mana, Feministisk Festival 2018: Time To: Unite, Mobilize, Act!, Malmö, Sweden, 3 June 2018.
Invited Speaker, "Feminist Perspectives on Kashmir" (with Dr Emma Brännlund), organised by Nordic Kashmir Organization & Tidskriften Mana, Feministisk Festival 2018: Time To: Unite, Mobilize, Act!, Malmö, Sweden, 3 June 2018.

"The Political Project of Postcolonial Neoliberal Nationalism", paper at South Asia workshop, University of Edinburgh, 24 May 2018.

"Reimagining Kashmir: Gender, resistance, and the futures of the state" (with Dr

©Nitasha Kaul

**Navigation Key by Page Numbers in CV**
1-3 (jobs etc.); 3-9 (awards, grants, assessments, qualifications); 9-11 (talks); 11-42 (lectures, events, conferences, panels); 42-53 (media, interviews;
radio/audio, TV/film, print/feature/quotes); 53-61 (target of transnational repression for my research); 62-68 (education, teaching, PhDs);
68-73 (refereeing, editorial, professional service); 73-75 (other prizes, languages, social media).

Emma Brännlund), The Watershed, Bristol, 22 May 2018.

"Development, Democracy, and Human Rights: The Case of Kashmir", panel on Democratisation and Democratic Participation, International Development Ethics Association 2018 Conference on 'Marginalised Peoples, Human Rights, and Development Ethics', Universitatea de Stat din Moldova/The State University of Moldova, Chişinău, Moldova, 17-18 May 2018.

"On Postcolonial Neoliberal Nationalism", paper at Faculty of Political Sciences and Bucharest Center for Political Theory, National School for Political Studies and Public Administration, Bucharest, Romania, 14 May 2018.

Speaker, "Role of Literature in Conflict" and Residue Reading, Conference on Human Rights in the Face of Human Wrongs, The Boardroom, University of Westminster, 26 April 2018.

"Political Boundaries and Bodies at the Border", conference paper in session SB36 on Love, Fear, and Loathing Along Hi-Tech Borders, International Studies Association (ISA) 59th Annual Convention, San Francisco, USA, 4-7 April 2018.

Speaker, panel on "Question Time: Kashmir In the Now"(with Victoria Schofield, Dr Goldie Osuri, Pradyumna Jairam, Aftab Siddiqui, Raja Sikander) organised by KCL Kashmir Solidarity Movement, King's College London, 29 March 2018.

"The Political Project of Postcolonial Neoliberal Nationalism", paper in session on 'Defining Populism and (Neoliberal) Nationalism', 28th Association for the Study of Ethnicity and Nationalism (ASEN) Conference on 'The New Nationalism: Populism, Authoritarianism and Anti- Globalisation', London School of Economics (LSE), 27 March 2018.

Speaker, Roundtable on "Nationalism and its futures", DPIR, University of Westminster, 12 March 2018.

Speaker, "Gender Matters in Social Sciences", DPIR/DEN (Democratic Education Network), Cayley Room, University of Westminster, 8 March 2018.

Chair, Session on "Unheard Voices Of Kashmiri People Under Siege On The Line Of Control" with Dr. Syed Waqas Ali, Westminster Forum, 16 February 2018.

Invited Lecture, "Contemporary Issues in Indian Politics", Department of Political Science, Zakir Hussain College, University of Delhi, 19 January 2018.

Invited Poetry Reading, Kaafiya Baithak (poetry collective in Delhi), 14 January 2018.

Invited Lecture and Interactive Session, "Cultures and Politics of Resistance in the Post-Colonial World", with Shelly Bhoil Sood, Professor Dibyesh Anand, organised by Tibet Forum, School of International Studies, Jawahar Lal Nehru University (JNU), New Delhi, 13 January 2018.

Speaker, Film screening of Iffat Fatima's film on Kashmir "Khoon Diy Baarav" (Blood leaves its trail), organised by University of Westminster Kashmir Solidarity Society, 21 November 2017.

Speaker, panel on "Stateless Nations in a World of Nation-States", Westminster Forum, 16 November 2017.

Speaker, panel on "Are Emerging Powers Making the World 'Postcolonial'?" University of Westminster, Fyvie Hall, 9 November 2017.

Speaker, panel on "I am Gauri: Stand Up to the Murder of Dissent in Modi's India" (following the assassination of journalist Gauri Lankesh), with Rana Ayyub, Abbas Nasser, Tim Dawson, Teesta Setalvad, organised by the South Asia Solidarity Group, University of the Arts, London, 24 October 2017.

Speaker, panel on "Politics of extremism and violence in Pakistan and India", with Dr Taimur Rahman (Laal), Professor Dibyesh Anand, and Dr Ipshita Basu, Fyvie Hall, University of Westminster, 19 October 2017.

Speaker, panel on "Politics of Human Rights and Military Intervention", organised by DPIR In Action Series, University of Westminster, 2 October 2017.

Speaker, Kashmir film screening, with Sanjay Kak, Mirza Waheed, Mehroosh Tak, Blue Room, British Film Institute (BFI), South bank, London, 16 September 2017.

Speaker, panel on "70 Years Since Partition: The future of the south asian diaspora", with Yousuf Bashir Qureshi, Avaes Mohammad, Greenbelt Festival 2017, The Common Good, Boughton House, Kettering, 26 August 2017.

Invited Lecture, "Political Crisis in India and Pakistan as Kashmir Descends into Chaos" (with Professor Akbar Zaidi), First Kamil Siddique Annual Lecture by Nordic Kashmir Organisation (NKO), Stockholm, 19 August 2017.

Chair, panel on "The View From Kashmir", with speakers Dibyesh Anand, Sasha Bhat, Sardar Masood Khan, Bradford Literature Festival, 1 July 2017.

Speaker, panel on "Writing Empire", with Kamila Shamsie, Boyd Tonkin, Bradford Literature Festival, 1 July 2017.

Speaker, 'Not In My Name' protest against lynchings in India, Schoool of Oriental and African Studies (SOAS), London, 28 June 2017.

Chair and Discussant, panel on "Populism and Sovereign Acts of Political Boundary Making", and paper in panel on "Il/Liberalism, Othering and Global Geopolitics", Workshop on Populism and Global Geopolitics: Critical Reflections on Sovereignty, Borders and (un)Belonging, Department of International Politics, Aberystwyth University, Wales, 22 June 2017.

Roundtable Speaker, "Reflections on Methodological Nationalism in Critical IR", and paper in panel on "Borders, Spatial Violence and International Responsibility", British International Studies Association (BISA) 42nd Annual International Conference, Brighton, 14-16 June 2017.

Chair, Panel on "Women, Gender and Everyday Politics of Conflict in Kashmir" (with Asiya Zahoor, Bibi Ishrat Hassan, Mantasha Binti Rashid), University of Westminster, 1 June 2017.

Book reading from "Residue" and conversation with Gowhar Geelani, Gulshan Bookstore, Nehru Park, Srinagar, Kashmir 13 May 2017.

Invited Lecture and interactive session, "Politics, Democracy and Kashmir", IUST (Islamic University of Science and Technology), Awantipora, Kashmir, 9 May 2017.

Invited Lecture and interactive session, "Life Writing", (alongside Professor Tej Nath Dhar, poet Zareef Ahmad Zareef, Professor Hameedah Nayeem) organised by Kashmir Centre for Social Development Studies (KCSDS) and Kashmir University, 8 May 2017.

©Nitasha Kaul

Invited Lecture, "Our Word is Our Weapon: Art, Literature and Politics", KehwaTalk Season III, Session V, (moderator Dr Peer G N Suhail), Centre for Research and Development Policy (CRDP), Auditorium Hall, Kothibagh Higher Secondary School, Srinagar, Kashmir, 4 May 2017.

"Why does Modi speak with a forked tongue? On political myth and dualities", paper in a panel on Sovereignty, Nationalism and the Politics of Dominance, at Populism and Foreign Policy: Critical Reflections on South Asia, Joint Workshop by Lund University, Sweden and University of Westminster, London, 7 April 2017.

Speaker, "Neoliberalism in the Service of Postcolonial Nationalism", Panel on Contested Imaginaries, Engaging with South Asia in Transformation Conference, University of Westminster, 30 March 2017.

Invited Speaker, Plenary Session, Kashmir in the Collective Imagination, Government Degree College, Anantnag, Kashmir, 27 March 2017.

Speaker, International Women's Day, University of Westminster, 8 March 2017.

Speaker and Chair, In conversation with Sanjay Kak, Book launch of 'Witness /Kashmir 1986-2016 / Nine Photographers', University of Westminster, 6 March 2017.

Speaker, "Women's Resistance in Kashmir", (with Mantasha Binti Rashid), organised by UoW Kashmir Solidarity Society, University of Westminster, 3 March 2017.

Invited Speaker, 'Modified India?: Taking Stock at Half-Time', panel (with Professor Maitreesh Ghatak and Professor Lawrence Saez) organised by KCL politics society, King's College London, 28 February 2017.

Invited speaker, "Bodies, Borders and Belonging", session on 'The Degradation of the Environment and Human Rights', 22nd International Humanitarian and Security Conference: The Role of Geneva in International Humanitarian Action, organised by support of ICRC, UNHCR, Canton of Geneva by Webster University, International Conference Centre, Geneva, Switzerland, February 16-17 2017.

Invited speaker, Panel on "Colonialism and its Effects: Political Power, Culture and Religious Belief", Borderlines Conference 2017: Religion, Nationalism and Identity, Old Divinity School, University of Cambridge, UK, 5 February 2017.

Invited Lecture, "Fiction, Feminism and Conflict", organised by Professor Hameeda Nayeem, Gandhi Bhawan, University of Kashmir, Kashmir, 6 January 2017.

Book Reading (Residue) and Discussion, "Speaking Sphere: With Dr Nitasha Kaul" (chaired by Professor Shafi Shauq), organised by Syed Shujaat Bukhaari and Rising Kashmir, Hotel Comrade Inn, Rajbagh, Srinagar, Kashmir, 5 January 2017.

Invited speaker, "Media, Power, Violence", Department of Convergent Journalism (DCJ), School of Media Studies, Central University of Kashmir (CUK), Kashmir, 2 January 2017.

Interactive session and Q&A, Kashmir Life, Srinagar, 2 January 2017.

Invited Lecture on India and Kashmir, KehwaTalk Special Session (with Professor Dibyesh Anand, Dr Peer G N Suhail), Centre for Research and Development Policy (CRDP), Hotel Comrade Inn, Rajbagh, Srinagar, Kashmir, 31 December 2016.

Speaker, "China, Tibet and the Himalayas", Session I with Professor Dibyesh Anand,

©Nitasha Kaul

Dr Tenzin Desal, and Moderator, Session III with Dr Rinzin Dorjee, Sherab Woeser. Joint conference of the Centre for the Study of Democracy (CSD) and Tibet Policy Institute (TPI), Dharamsala, India, 27 December 2016.

Speaker, Panel on "The Future of Kashmir: United or Divided?" (with Jonathan Fryer, Phil Bennion, Jay Iqbal, Hina Malik, Lord Qurban Hussain, Liberal International British Group, National Liberal Club, Whitehall, London, 28 November 2016.

Speaker, "Kashmiri Politics of Identity/Art/Resistance II", panel chaired by Professor Ananya Jahanara Kabir (event with Inder Salim, Essar Batool, M C Kash), Fyvie Hall, University of Westminster, 25 November 2016.

Keynote Speaker, Creative Reading, Borderlands: Biennial Gender Research Conference, Centre for Gender Studies, University of Hull, Wilberforce Institute for the Study of Slavery and Emancipation (WISE), 23 November 2016.

Invited Speaker, "Wounded Kashmir: Pellets in Paradise", panel discussion and event (with Professor Ananya Jahanara Kabir, Professor Dibyesh Anand, Ousman Noor, Lord Qurban Hussain, Muzzammil Ayyub Thakur, Ali Saffudin, MC Kash, Mehroosh Tak), organised by Kashmir Solidarity Movement, School of Oriental and African Studies (SOAS), University of London, 29 October 2016.

"Political Myth-Making as Part of Postcolonial Neoliberal Nationalism in Contemporary India", paper presentation at the International Summit on Political Psychology (ISPP), O.P. Jindal Global University, Delhi NCR, India, 25-26 October 2016
Chair of session on "Isolation vs. Integration within the State Structure", International Summit on Political Psychology (ISPP), O.P. Jindal Global University, Delhi NCR, India, 25-26 October 2016.

"The Paradoxical Politics of Postcolonial Neoliberal Nationalism", paper presentation at the Centre for the Study of Democracy (CSD) Research Seminar, Westminster Forum, 18 October 2016.

"India and the question of Kashmiri sovereignty" (event with Dr Aditya Sarkar, Dr Goldie Osuri, Mehroosh Tak, MC Kash), University of Warwick, 13 October 2016.

"Kashmiri Politics of Identity/Art/Resistance I" (with Rafiq Kathwari, Ali Saffudin, Sanaah Sultan, Professor Dibyesh Anand), Centre for the Study of Democracy (CSD) research theme on "Post-Colonial Politics, Development and Emerging Powers" Fyvie Hall, University of Westminster, 7 October 2016.

"Political Boundaries and Bodies at the Border", paper at British International Studies Association (BISA) Workshop on Identity, Space and the Questions of the State, Westminster Forum, London, 30 September 2016.

Speaker, "From salt-making to beef-banning: politics of food in anti/post-colonial nationalisms in India", Event on 'Banning Taste: Food Boycotts, Identity and Resistance' (with Dr Elisabetta Brighi, Dr Daniel Conway, Professor Laleh Khalili), The Empire Remains Shop (Installation and Event Project), 91-93 Baker Street, London, 14 September 2016.

"Working with Alternative Traditions of Thought", Annual Workshop of the Colonial/Postcolonial/Decolonial Working Group of the British International Studies Association (BISA), School of Humanities, University of Brighton, 2 September 2016.

Speaker, "Panel Discussion with Kashmiri academics on recent state violence",

©Nitasha Kaul

organised by Bloomsbury Pakistan, Brunei Gallery, SOAS,  15 August 2016.

Speaker, "Democracy? Whose democracy? India on the 69th anniversary of its Independence", organised by South Asia Solidarity Group, Djam Lecture Theatre, SOAS, 14 August 2016.

Speaker, "Conflict in Kashmir implications and the road ahead", Graduate Union, University of Cambridge, 12 August 2016.

"The Performativity and Precarity of Democracy in India and Kashmir", paper at "Gendering (In)Security: The Exclusionary Effects of the Global Neo-Liberal Turn", workshop co-organised by SOAS and  University of Hull, 1-2 July 2016.

"Political Boundaries and Bodies at the Border", paper at British International Studies Association (BISA) 41st Annual International Conference on 'Global Justice', Edinburgh, 15-17 June 2016.

Invited Lecture, "Postcolonial Neoliberal Nationalism and Modi-led BJP", Department of Political Science, University of Lund (in collaboration with SASNET, Swedish South Asian Studies Network), Sweden, 19 May 2016.

Speaker, "Gendering Democracy and Occupation in India and Kashmir", Workshop on Gender and Sexuality: Identities, Institutions, and Intersectionality, Centre for the Study of Democracy event, University of Westminster, 13 May 2016.

Invited Lecture, "Paradoxical Politics of Postcolonial Neoliberal Nationalism in India", School of Politics, Philosophy and International Studies (India, South and South East Asia Project), University of Hull, 27 April 2016.

Speaker, "Everyday Borders", panel discussion and film screening (with Director Orson Vava, Dr Hannah Cross, Dorrie Chetty) Centre for the Study of Democracy event in collaboration with  Migrants' Rights Network, University of Westminster, 19 April 2016.

Invited Speaker, "Nation, Sedition and Kashmir", panel discussion (with Dr Rahul Rao, Prof. Ayesha Kidwai, Dr Sarah Hodges, Dr. Tarunabh Khaitan, Mayur Suresh, Karan Nagpal) on Sedition and the Nation (Solidarity with JNU and HCU event), Flora Anderson Hall, Somerville College, University of Oxford, 8  March 2016.

Speaker at International Women's Day 2016 event organized by Department of Politics and International Relations, University of Westminster, 8 March 2016.

Invited Lecture, "The Good We Share", a one hour talk on the question of the common good and the philosophy of hope, Lent Lecture, St. Peter and St. Paul Church, Great Missenden, 21 February 2016.

Speaker, "Casteism and Other Bigotries in India", speaker at panel discussion (Murali Shanmugavelan, Jayaseelan Raj, Sayantan Mondal, Dr Dalel Benbabaali, Dr Dibyesh Anand), Centre for the Study of Democracy event, University of Westminster, 8 February 2016.

Reading from *Residue*, chaired by Dr. Caroline Magennis, Third Biannual Northern Postcolonial Network Symposium: Asylum, Refuge, Migration, joint event by University of Manchester and University of Salford, MediaCityUK, 29 January 2016.

©Nitasha Kaul

Navigation Key by Page Numbers in CV
1-3 (positions, education, awards); 4-11 (publications); 11-42 (invited talks, conferences, talks, media/interviews; radio/audio, TV/film, print/feature/quotes); 53-61 (target of transnational repression for my research); 62-68 (education, teaching, PhDs); 68-73 (refereeing, editorial, professional service); 73-75 (other prizes, languages, social media).

Invited Speaker, BFI Time is Now Programme film screenings of 'He Named Me Malala' (Director Davis Guggenheim) at David Lean Cinema, Croydon, London, 10 December 2015 (UN Human Rights Day).

"Right Wing Populism and the New Global India" paper at Contemporary Populism: Democracy, Identity and Foreign Policy Conference, Department of International Relations, Bilgi University, Istanbul, Turkey, 27 November 2015.

"'The Words of the Prophets are Written on the Subway Walls': Speaking Power and Politics in Street Imagery", paper at Popular Culture and World Politics 8 (PCWP8): Worlding Popular Culture Conference, University of Westminster, London, 20-21 November 2015.
Chair of panels on "Geopolitical Literacies" and "Music and Dissent", Popular Culture and World Politics 8: Worlding Popular Culture Conference, University of Westminster, London, 20-21 November 2015.

Roundtable on "Politics of Exclusion, Marginalisation and/or Occupation in Post-Colonial Democracies", Doing and Thinking Democracy Differently CSD 25th Anniversary Conference, Fyvie Hall, University of Westminster, 7 November 2015.

"Political Boundaries and Bodies at the Border", paper at British International Studies Association (BISA) Workshop on 'Borders, Bodies and (Un)Belonging: How Place and Displacement Shape Identities?', Westminster Forum, London, 30 October 2015.
Chair of session on "Nationalism, Cosmopolitanism and the Politics of (Un)Belonging", British International Studies Association (BISA) Workshop on 'Borders, Bodies and (Un)Belonging: How Place and Displacement Shape Identities?', Westminster Forum, London, 30 October 2015.

"Syrian Refugee Crisis", panel organised by International Development Society, University of Westminster, 8 October 2015.

"Contemporary Neoliberal Dehumanisation", paper at 'From the Thirty Years' Crisis to Multipolarity: the Geopolitical Economy of the 21st Century Conference', Geopolitical Economy Research Group, University of Manitoba, Winnipeg, Canada, 25-27 September 2015.

"Kashmir as a Challenge to the Sovereignty-Security Nexus", paper at international Conference on Security Challenges in South Asia, Faculty of Political Sciences, University Complutense de Madrid and Casa Asia, Madrid, Spain, 17-18 September 2015.

Invited Speaker, "What really is the way ahead?", panel on Kashmir at Kashmir-EU week, European Parliament, Brussels, Belgium, 15 September 2015.

"Reflections on anger/apathy towards immigration/immigrants in 'Fortress Europe'", paper at European Consortium of Political Research (ECPR) Standing Group on Citizenship Workshop in association with CEISR and CESTE, University of Portsmouth, 10-11 September 2015.

Plenary Speaker, "Self-Determination and the Empowerment of Women: changing the political and social order of Kashmir", European Parliament, Brussels, Belgium, 21 April 2015.

"Building for the Future: The Role of women in tackling global issues", (with Damian

©Nitasha Kaul
Navigation Key by Page Numbers in CV
1-3 (books), 4 (chapters), 5 (other assessments), 6 (contributions), 7-11 (articles), 12-42 (lectures/conferences), 43-44 (films), 45-52 (media views: radio/audio, TV/film, print/feature/quotes); 53-61 (target of transnational repression for my research); 62-68 (education, teaching, PhDs); 68-73 (refereeing, editorial, professional service); 73-75 (other prizes, languages, social media).
Case 1:23-cr-00289-VM Document 11-11 Filed 09/22/25 Page 45 of 85

Drăghici, Modi Ntambwe, Clémence Neyrat), Panel organised by European Youth for Human Rights Forum, Brussels, Belgium, 25 March 2015.

"Art and Human Rights in the Era of Neoliberalism", Public Lecture, School of Interdisciplinary Arts and Sciences, University of Washington, Bothell, USA, 24 February 2015.

"Book Reading and Signing: Residue", University Bookstore, Seattle, USA, 23 February 2015.

"India and Kashmir: Necropolitics of Sovereignty", conference paper in session on Sovereign States, Non Sovereign Bodies: Kashmir, India And Colonial Politics In A Postcolonial World, International Studies Association (ISA) 56th Annual Convention, New Orleans, USA, 18-21 February 2015.

"Kashmir's Torture Trail", panel discussion and film screening (with Safoora Teli), Kashmir Solidarity Movement, School of Oriental and African Studies (SOAS), London, 30 January 2015.

Keynote Speaker, "Kashmir EU Week at European Parliament", European Parliament, Brussels, 8-11 September 2014.

"Kashmiris: Contested Presents, Possible Futures", (Book Launch of 'Residue' and roundtable on 'Challenge for Kashmir and Kashmiris today' with Mirza Waheed, Dr Dibyesh Anand, Victoria Schofield), and moderator for panel on 'Context and Beyond' (with Andrew Whitehead, Professor Ananya Jahanara Kabir, Professor Fozia Qazi), University of Westminster, 2 June 2014.

"Contested and Possible Sovereignties: The 'State' of Kashmir workshop", (panel with Victoria Schofield, Farah Bashir), University of Warwick, 5 March 2014.

"Kashmir: A People Divided", panel discussion and film screening, including the first ever cross-LoC - line of control - film on Kashmir (with Mohammad Irfan Dar, Muhammad Arif Urfi, Dr Dibyesh Anand), Conciliation Resources and Emerging Powers Programme, Department of Politics and International Relations, University of Westminster, London, 3 March 2014.

"A dialogue on contemporary British Asian writing", conference co-organised by School of Arts, Languages, and Cultures, University of Manchester, Friends Meeting House, Manchester, 2 November 2013.

"What does it mean to be an internationalist today?", (symposium with Prof Dan Smith, Jonathan Glennie, Asad Rehman, John Holary, Marieme Jamme, Hannah Pool, Jessica Horn), New Internationalist 40th Anniversary event, Amnesty International Human Rights Centre, London, 31 October 2013.

"Political Situation in Kashmir", (with Prof. Uma Chakravarti, Dr Mridu Rai, Marjan Lucas) Panel organised by LUCIS, in cooperation with the Modern South Asia Seminar at Leiden University, The Netherlands, 23 September 2013.

"From Non-Alignment to Alignment: The Compulsions in Indian Foreign Policy", (symposium with Lord Meghnad Desai, Dr Harsh Pant, event moderated by Reginald Massey, organised by Joe Nathan at Confluence), Nehru Centre, London, UK, 15 November 2012.

"Internal Contradictions of the Indian Democracy: A Critical Perspective", Cafe Diplo

(Friends of Le Monde Diplomatique), The Gallery, London, UK, 11 June 2012. http://mondediplofriends.org.uk

"Writing a Path Through International Affairs" (with Bidisha, Anna Blundy, Rosie Garthwaite), Mosaic Rooms (Contemporary Culture from the Arab World), London, UK, 19 May 2012.

Keynote Speaker, "Aspects of Public Action: Apathy and Anger as symptoms of Globalisation" (keynote) and "Literature, Conflict and Transformation", at the I-SAPS-HEC (Institute for Social and Policy Sciences and Higher Education Commission) International Colloquium on 'Public Action in Pakistan: Between Apathy and Anger', Islamabad, Pakistan, 19-20 March 2012.

Plenary Speaker, "The Inaugural: A Global Approach to Feminism", Opening session (upon the election of a new auditor presenting a paper) The College Historical Society, Trinity College Dublin, Ireland, 22 February 2012.

"The Beloved Witness: Celebrating Agha Shahid Ali" (with Kamila Shamsie, Mirza Waheed), School of Oriental and African Studies (SOAS), 8 December 2011.

"Democracy, Development, and Economic Justice", seminar talk, part of 'Development Week', organised by Institute for International Integration Studies (IIIS) and Trinity International Development Initiative (TIDI), Trinity College Dublin, Ireland, 7 November 2011.

Sessions on "The Romantic Economist: Imagination in Economics" (with Eleanor Tiernan, Karl Spain, Martín Lousteau, Alan Beattie), "Has Austerity Ever Worked Anywhere, Ever? (with Colm O'Regan, Jeffrey Sachs, Martin Lousteau, Max Keiser, John Mauldin), and The Glee Club: Optimistic Economics Brunch" (with Colm O'Regan, Paddy Cullivan, Fintan O'Toole, Will Hutton, Margaret E. Ward, George Anders), at Kilkenomics Festival, Kilkenny, Ireland, 4-6 November 2011.

Panelist (with Rachel Dwyer, Justine Hardy, moderated by Dibyesh Anand), discussion at the screening of the documentary film 'Inshallah Football' (director Ashvin Kumar) about Kashmir, part of Himalaya Film and Cultural Festival, Tricycle Cinema, Kilburn, London, 20 October 2011.

"Narratives of the Faraway: Creative Writing in Bhutan", illustrated lecture at the DSC South Asia Literature Festival, opening weekend, RichMix, Shoreditch, London, 8 October 2011. Festival blog summary of my talk is http://southasianlitfest.com/2011/10/narratives-of-faraway-creative-writing-in-bhutan/

"On Kashmir" at the Democracy and Dissent in India and China: Resistance and accommodation in Tibet and Kashmir, University of Westminster, London, UK, 2 June 2011.

Panelist (with co-editors Singay Wangmo, Sippy Das, Ugyen Tsheten Lepcha, Dawa Saday, Palden Wangchuk), Session on Book Launch of "November Light: An Anthology of Creative Writing from Bhutan", at Mountain Echoes Literature Festival, Thimphu, Bhutan, 22 May 2011.

Panelist (with MJ Akbar, Basharat Peer, Mirza Waheed, Swapan Dasgupta, Rahul Pandita) on session "Kashmir, Kashmir" at Jaipur Literature Festival, (Goldman Sachs Public Affairs Series), Front Lawns, Diggi Palace, Jaipur, India, 23 January 2011. Media coverage included: The Hindu ('Jaipur Literature Festival feels the

trauma of Kashmir'), The Times of India ('Kashmir: what hope does future hold?'), Rediff News ('Kashmir under spotlight at literature fest'), Mail Today ('Profile').

Speaker (with Stephanie Blankenburg, Nikola Ivanovski), Open Democracy (OD) Discourses event on 'Representations of the Financial Crisis', London, 8 July 2010.

Invited Speaker, 'Contemporary Literary Festival' event on "Migration and Displacement: New Writing From India" (moderator Sukhdev Sandhu, co-panelists Neel Mukherjee, Tishani Doshi), at National Portrait Gallery (NPG), London, UK, 27 May 2010.

Invited Speaker, 'Migration and Displacement: New South Asian Fiction' event (moderator Sathnam Sanghera, co-panelists Neel Mukherjee, Tishani Doshi) at the Festival of Asian Literature, Asia House, London, 26 May 2010.

"Subaltern Geopolitics of Bhutan", Institute for Defence Studies & Analyses (IDSA), New Delhi, India, 21 January 2010.

"Democracy in Bhutan", Institute for Peace and Conflict Studies (IPCS), New Delhi, India, 19 January 2010. http://ipcs.org/event-details/democracy-in-bhutan-827.html and http://ipcs.org/event_report_details.php?recNo=827

"In-between China and India: Subaltern Geopolitics of Bhutan", Centre for the Study of Developing Societies (CSDS), Delhi, India, 18 January 2010.

"Words We Die For: Passport, Identity, and Exile", lecture/reading based on my novel Residue, Centre for Integrated Studies (CIS), Central University of Hyderabad, Hyderabad, India, 8 January 2010.

"Understanding Bhutan's democratisation", Political Science Departmental Seminar, Central University of Hyderabad (CUH), Hyderabad, India, 5 January 2010.

"What is the Gender of Democratic Normativity?", a Colloquium address at the international series titled Gender and 'the Political' in a Postcolonial World: Negotiating Normativity, in collaboration with the Cornelia Goethe Center for Women's Studies, Goethe-University Frankfurt, Germany, 25 November 2009.

"Postcolonial Feminism: Then and Now", speaker, chair, and moderator at the inaugural session of the Frankfurt Research Centre for Postcolonial Studies, Goethe-University Frankfurt, Germany, 23 November 2009.

Reading from my novel Residue, shortlisted author event, organised by the Man Hong Kong International Literary Festival, The Foreign Correspondents' Club, Hong Kong, China, 15 November 2009.

Invited Speaker, International Seminar on Development Policy Issues: Responding to the interlocked financial, climate and care crises, organised by the United Nations Division for Sustainable Development, Department of Economic and Social Affairs (UN-DESA) in collaboration with SID and HIVOS, sessions on "Responding to the Crisis" and "New Models of Development", UN Plaza, New York, USA, 29-31 October 2009. Seminar marked the launch of Development issue on "Beyond Economics".

Keynote Speaker, "Democracy in the Non-West: Facts, Frictions, and Fictions", Conference on Sustaining and Deepening Democracy in Asia, organised by the Centre for Bhutan Studies (CBS) in collaboration with the United Nations

©Nitasha Kaul

Development Programme (UNDP), Zhiwaling Paro, Bhutan, 12 October 2009.

Invited Speaker, "Lost and Last Shangri Las: The Search for Happiness in Tibet and Bhutan" (with Dibyesh Anand), Asia House, London, UK, 23 September 2009.

"City Sights and Be/Longing", session on Representing the City and Diaspora: Film and Art, Diaspora Cities: Urban Mobility and Dwelling, conference of the Department of Geography and The City Centre, Queen Mary, University of London (QMUL), London, UK, 16 September 2009.

"Economics: What is it Good for?", Economics Department Seminar, University of Western Sydney (UWS), Sydney, Australia, 5 August 2009.

"Critical Realism", Australian Association for Critical Realism seminar, University of Sydney (UOS), Sydney, Australia, 4 August 2009.

"Wandering Subject: The Street as a Site of Thought", 20/20 Seminar Series, Research School of Humanities, Australia National University (ANU), Canberra, Australia, 3 August 2009.

"Changes and Challenges in the Himalayas: A Case of Bhutan", Research School of Humanities, Australia National University (ANU), Canberra, Australia, 3 July 2009.

"Greatest Good of the Greatest Number: Bhutan's transition to democracy", Lee Kuan Yew School of Public Policy, National University of Singapore (NUS), Singapore, 5 June 2009.

"(Geo)Politics of change: On Bhutan and democracy", International Conference on China, India, and the Himalayas, University of Westminster, London, UK, 23 May 2009.

"Bhutan: Growing a Democracy", Loden Foundation Fundraiser, National Liberal Club, Whitehall, London, 27 March 2009.

Roundtable Speaker, "Tibet Question in International Politics", International Studies Association (ISA) 50th Annual Convention, New York City, USA, 15-18 February 2009.

"Democracy in a small state", Westminster Politics Seminar, University of Westminster, London, UK, 5 February 2009.

"Democracy as a gift to the people: Small Bhutan, Big Example", Interrogating Democracy in International Relations, Millennium (Journal of International Studies) Annual Conference, London School of Economics and Political Science (LSE), UK, 25-26 October 2008.

"Monarchies in Transition in Asia", Center on Democracy, Development, and Rule of Law (CDDRL), Stanford University, USA, 5-6 June 2008.

"A Different Democracy: The Bhutanese Expression", Bhutan Society of the UK, Stratford Place, London, 22 May 2008.

"Uni-Verse celebration of international poets", my poetry reading at the Bath Royal Literary and Scientific Institution (BRLSI), Bath, UK, 14 May 2008.

"A Snapshot of a Changing Kingdom: Democracy and Identity in Bhutan", Centre for

©Nitasha Kaul
Navigation Key by Page Numbers in CV
1-3 (personal, research awards, academic assessment); 4-42 (lectures, conferences, talks, etc.); 43-52 (media/interviews:
radio/audio, TV/film, print/feature/quotes); 53-61 (target of transnational repression for my research); 62-68 (education, teaching, PhDs);
68-73 (refereeing, editorial, professional service); 73-75 (other prizes, languages, social media).

Case 1:23-cr-00289-VM Document 10-1 Filed 09/22/25 Page 49 of 85

South Asia Studies, <u>University of California at Berkeley</u>, USA, 10 April 2008.

"Cultural Econo-Mixes of the Bazaar", <u>Association for Asian Studies Annual Conference (AAS), Atlanta</u>, USA, 3-6 April 2008.

"A Himalayan Experiment: Bhutan's Unique Path to Democracy", Harvard University Asia Center and the South Asia Initiative, <u>Harvard University</u>, USA, 3 April 2008.

"Role of the University in enhancing Gross National Happiness (GNH)", <u>Royal University of Bhutan</u>, Thimphu, Bhutan, 19 February 2008.

"Himalayan Visions of Happiness: My Travels in Bhutan, Sikkim, and Tibet", United Nations Organisation, <u>Bath Royal Literary and Scientific Institution (BRLSI)</u>, Bath, UK, 29 October 2007.

"Postcolonial Economies", ESRC Seminar Series on Postcolonial Economic Geographies, <u>University of Newcastle</u>, UK 12 September 2007.

"Borders of difference: Securitizing economic migration", session on the 'Grammar of Security and Insecurity', <u>International Studies Association Annual Conference, Hawaii</u>, USA, 1-5 March 2005.

"Identity and the Marketplace: Symbolic Geography of Janpath Bazaar", <u>Social Science History Association (SSHA), Chicago</u>, USA, 18-21 November 2004.

"Symbolic Geography of a Bazaar", Interrogating Modernity and Postcoloniality Seminar, Stanford Humanities Center, <u>Stanford University</u>, USA, 9 November 2004.

"Economics and Ideology", Conference workshop supported by <u>CNRS France and Journal Revue de Philosophie Economique</u>, Aix-en-Provence, France, 24 September 2004.

"Heterodox Economics: Challenging theory and practice of mainstream economics", Department of Economics, <u>Visvabharati University (Santiniketan)</u>, India, 17 August 2004.

"Strange Encounters: Exploring Orientalism in the economic context", Re-reading Orientalism Conference, <u>University of Jadhavpur</u>, India, 12-14 August 2004.

"Women, Nation, Work: Border Crossings", <u>International Association for Feminist Economics Annual Meeting</u>, <u>University of Oxford</u>, UK, 4-7 August 2004.

Chair of a panel, "Writing a feminist history of economics", International Association for Feminist Economics Annual Meeting, <u>University of Oxford</u>, UK, 4-7 August 2004.

"Economics and Ideology", <u>Association for Heterodox Economics Conference, Leeds</u>, UK, 16-18 July 2004.

"Working through and resisting the (b)orders of difference", The new orders of difference: the Cultural Discourses and Texts of Economic Migration, International Conference organised by the Globalization, Identity Politics and Social Conflict (GIPSC) project of the <u>OU and SOAS, University of Surrey</u>, UK, 14-16 July 2004.

"Something Old, Something New: revisiting the Transatlantic Agenda" (with D. Anand), <u>Transatlantic Studies Association</u>2004 Annual Conference, <u>University of Dundee</u>, UK, 12-15 July 2004.

©Nitasha Kaul

Plenary Speaker, "Planes Above and Radical Democracy Below: Living in Presence of the Present", (responding to Chantal Mouffe on global civil society and cosmopolitan democracy), XIth Symposium of International Association of Women Philosophers (IAPH): Human Good – Dignity, Equality, and Diversity, <u>University of Goteborg</u>, Sweden, 19 June 2004.

"A stranger's eye on the 'I' of Cosmopolitan Universalism: Seeing the different Values", XIth Symposium of International Association of Women Philosophers (IAPH), <u>University of Goteborg</u>, Sweden, 17-19 June 2004.

Roundtable Speaker, "Feminism and the Classification of Economic Knowledge", International Association for Feminist Economics Annual Meeting, <u>University of the West Indies, Barbados</u>, 26-29 June 2003.

"Postcolonialism meets Economics", International Association for Feminist Economics Annual Meeting, <u>University of the West Indies</u>, Barbados, 26-29 June 2003.
Chair of a panel, "Intra-Household Inequality", International Association for Feminist Economics Annual Meeting, <u>University of the West Indies</u>, Barbados, 26-29 June 2003.

"Does one go to Caliban for a judgement on Miranda? Economic theorizing and the Postcolonial", (paper delivered in absentia), <u>Allied Social Sciences Association (ASSA)</u>, <u>Washington DC</u>, USA, 3-5 January 2003.

"Enlightenment Epistemology in Economics: the Case of Explanation and Interpretation", International Network for Economic Method<u> (INEM), University of Stirling</u>, Scotland, 1-2 September 2002.

"Writing Economic Theory AnOther Way", <u>International Association for Feminist Economics Annual Meeting, Los Angeles</u>, USA, 12-14 July 2002.

Discussant, "2001 World Bank Policy Report on Engendering Development", International Association for Feminist Economics Annual Meeting, Los Angeles, USA, 12-14 July 2002.

Roundtable Speaker, "Creating/Constructing a Feminist Philosophy of Economics", International Association for Feminist Economics Annual Meeting, Los Angeles, USA, 12-14 July 2002.

"Political Economy and Postcolonial Theory", panel on Gender, Class and Postcoloniality in Political Economy, Conference on Translating Class, Altering Hospitality, <u>AHRB Centre for Cultural Analysis Theory and History (CATH), Congress CATH, University of Leeds</u>, UK, 21-23 June 2002.

"The Anxious Identities We Inhabit: Post'isms and Economic Understandings", Session on "The Social Construction of Facts and Epistemic Authority", <u>Allied Social Sciences Association (ASSA) Annual Meetings, New Orleans</u>, 5-7 January 2001.

"The Anxious Identities We Inhabit: Post'isms and Economic Understandings", <u>International Association for Feminist Economics Annual Meeting, Istanbul</u>, Turkey, 15-17 August 2000.

"Situating Theory in Social Economics", Tenth World Congress of Social Economics, <u>Emmanuel College, University of Cambridge</u>, UK, 6-9 August 2000.

"Subverting 'Discipline'/Feminists Theorise the Economic", Women's Studies Network

©Nitasha Kaul
**Navigation Key by Page Numbers in CV**
Case, 1-23 CV 00289 VM Document 11-11 Filed 09/22/25 Page 51 of 85
1-3 (posts); 3-53 (research/grant assessments, evaluations); 11-42 (lectures, conferences); 43-53 (media/interviews:
radio/audio, TV/film, print/feature/quotes); 53-61 (target of transnational repression for my research); 62-68 (education, teaching, PhDs);
68-73 (refereeing, editorial, professional service); 73-75 (other prizes, languages, social media).

Association Conference, <u>University of West England,</u> Bristol, UK, 12 July 2000.

"Theory as an issue in Socio-Economics", <u>Society for Advancement of Socio-Economics</u> (SASE) Conference, Research Network on Socio-Economic Theory, <u>London School of Economics and Political Science (LSE)</u>, UK, 7-10 July 2000.

"Social Theory of the Economic", Knowing the Social World Conference<u>, Salford University</u>, UK, 5-7 July 2000.

"Who is outside the Economy? (and why)", <u>Association for Heterodox Economics</u> Conference, London, UK, 27-28 June 2000.

"The Economics behind the Economy: Subjects of Economics and Literature", Metaphors of Economy Conference<u>, University of East Anglia (UEA)</u>, UK, 23-24 June 2000.

"Feminist Poststructuralist Economics and the Postcolonial Sentiment", Postcolonial Studies Network Seminar Series<u>, University of Hull</u>, UK, 17 May 2000.

"Theory on Critical Realist Terms: Contextual Social Political Economy", Cambridge Realist Workshop Reunion Conference<u>, University of Cambridge</u>, UK, 5-7 May 2000.

"Issues in the Philosophy and Methodology of Economics as a Social Science", <u>Economics Research Seminar, University of Hull</u>, UK, 3 May 2000.

"Between Literature and Economics: Discourse Matters and Matters", Session on "Between Economics and Literature: Gap or Dialogue", American Comparative Literature Association <u>(ACLA), Yale University</u>, USA, 25-27 February 2000.

"Economics and Feminism: Theoria and Aporia", Session on "New Horizons in Economics", <u>Annual Leeds Economics Conference</u>, UK, Leeds, 12 November 1999.

## INTERVIEWS (CREATIVE AND SCHOLARLY)

### Radio/Audio Interviews

<u>On The World (RRX & GBH co-production)</u>
Interview on "<u>India bans books in disputed Kashmir that allegedly promote 'secession'</u>", hosted by Carolyn Beeler, 7/8/25, Listen <u>here</u>.

<u>On Nordic Asia Podcast (NIAS), a collaboration to share expertise on Asia across Universities in Estonia, Finland, Lithuania, Sweden, Norway</u>
45 minute programme titled "Kashmir Crisis: The India-Pakistan Blame Game?", interviewed by Dr Kikee Doma Bhutia, University of Tartu about the Kashmir conflict in 2025, 24/6/25, Listen on Spotify <u>here</u>.

<u>On LBC Radio London</u>
Interview on Kashmir and India-Pakistan tensions after the Pahalgam attacks (interview hosted by Matt Frei), 26/4/25, Listen <u>here</u>.

<u>On BBC World Service Weekend</u>
Interview on Kashmir and India-Pakistan tensions after the Pahalgam attacks (interview hosted by Paul Henley), 26/4/25, Listen <u>here</u>.

<u>On SES (Equality, Justice, Woman) Platform for gender equality, women's pursuit of rights and justice, women's leadership and visibility</u>

©Nitasha Kaul

One hour programme titled "Understanding right-wing nationalism in India and Beyond", interviewed by Dr Begum Zorlu about the global rise of right-wing nationalism, its intersections with neoliberalism, gender politics, and the erosion of democratic norms, 22/4/25, Listen online here. Listen on Spotify here.

On BBC World Service
Panelist (with Rt Hon Alistair Burt, former Minister FCDO and DfID) on BBC 'Weekend' Programme (hosted by Rebecca Kesby on 13/4/25, broadcast 150 minutes between 0630 and 0900 BST). Listen to a compilation of my contribution here.

On BBC World Service
Panelist (with James Lynch) on BBC 'Weekend' Programme (hosted by Julian Worricker on 9/3/24, broadcast 150 minutes between 0630 and 0900 GMT). Listen to a compilation of my contribution here.

Radio Student Slovenia
"Sinergija hindutve in sionizma" about Indian right-wing attitudes towards Israel, expert commentator (programme with Matija Pohorec on 18/11/23).

Radio Student Slovenia
"Vojna za manjšinski status" about Manipur (Reservation status for Meiteis in Manipur, India and the conflict between Meitei and Kuki communities), expert commentator (programme with Matej Čelik on 17/9/23).

Radio CU (Calicut University Radio)
"Experiencing Democracy in the Indian context" (interview by Dr Sabu Thomas, aired on 4/9/23 at 1900 IST). Listen here.

On E-International Relations (E-IR)
Thinking Global Podcast Interview on E-IR, world's leading IR website (interview hosted by Kieran O'Meara and Tusharika Deka), 22/5/23, 55 minutes, Listen on Spotify here, Apple Music here, and Amazon Music here.

On BBC World Service
Panelist (with Loretta Napoleoni) on BBC 'Weekend' Programme (hosted by Julian Worricker on 3/12/22, broadcast 120 minutes between 0630 and 0830 GMT). Listen to a compilation of my contribution here.

On U.S. Mid-Term Elections
Interview for ''Broadcast News (Radio Portfolio Assignment for UoW MA), 15/11/22.

On Deutsche Welle (DW) Hot Spot Asia
Panelist on Kashmir Files, Behind the Controversy Twitter Spaces, 24/3/2022. Link here.

On BBC World Service
Panelist (with Oliver McTernan) on BBC 'Weekend' Programme (hosted by Julian Worricker on 23/10/21, broadcast 120 minutes between 0630 and 0830 BST). Listen to a compilation of my contribution here.

On South Asian Films and Books Podcast
One hour programme interview by Dr Alka Kurian about my novel "Future Tense" and the themes in my work more generally. Episode 13, December 2020. Listen in on Spotify here.

On BBC World Service

©Nitasha Kaul
Navigation Key by Page Numbers in CV
1-3 (personal details + awards); 4-22 (employment, qualifications); 23-42 (edited, authored, books, chapters, articles, references); 43-53 (media/reviews: radio/audio, TV/film, print/feature/quotes); 53-61 (target of transnational repression for my research); 62-68 (education, teaching, PhDs); 68-73 (refereeing, editorial, professional service); 73-75 (other prizes, languages, social media).

Panelist (with Michael Keating) on BBC 'Weekend' Programme (hosted by Celia Hatton on 11/10/20, broadcast 120 minutes between 0630 and 0830 BST). Listen to a compilation of my contribution here.

Radio Student Slovenia
"Dva milijona manj? Dva milijona kam?" about Hindutva (National Register of Citizenship, statelessness in Assam, and Kashmir), expert commentator (zeitgeist programme with Martin Mittendorfer on 11/9/19).

On BBC Radio 4 The World Tonight
Interview on Kashmir, Live on 5/8/19.
Listen here (between 25.35 to 29.20 in program link)

On BBC World Service
Panelist (with Dominic Jermey) on BBC 'Weekend' Programme (hosted by Rebecca Kesby on 8/6/19, broadcast 120 minutes between 0630 and 0830 BST). Listen here: part 1, part 2, part 3.

On Refugees and Humanity
Interview for 'Sea Souls' (at 6'15"), 11/4/19

On BBC Radio Northampton
Interview on India/Pakistan/Kashmir, Live on 3/3/19 at 1850 GMT

On BBC Radio Sheffield
Interview on India/Pakistan/Kashmir, Live on 3/3/19 at 1830 GMT

On BBC Radio Derby
Interview on India/Pakistan/Kashmir, Live on 3/3/19 at 1820 GMT

On BBC Radio West
Interview on India/Pakistan/Kashmir, Live on 3/3/19 at 1810 GMT

On Canadian Broadcasting Corporation (CBC)
Interview about Kashmir 1/3/19. Listen here (15.30 into the programme link).

On BBC Asian Network
Responding to live call-in on the Kashmir issue 28/2/19 (between 1000 and 1030 GMT).

On BBC Asian Network
Interview about Indian-Pakistani Tensions Increase 28/2/19, at 1735 GMT.
Listen here (4.52 into the programme link).

On BBC World Radio Newshour
Interviewed by Razia Iqbal about the escalation of hostilities in and around Kashmir by India and Pakistan 27/2/19, at 1405 GMT onwards. Listen here (6.30 into the programme link)

On BBC Radio 4 Today Programme
Interview about the situation in Kashmir and India-Pakistan hostilities 27/2/19, at 0815 GMT. Listen here (2.17.45 into the programme link)

On BBC World Service
Panelist (with Charles Glass) on BBC 'Weekend' Programme (hosted by Paul Henley on 24/11/18, broadcast 120 minutes between 0630 and 0830 GMT). Listen here: part 1, part 2, part 3.

©Nitasha Kaul
Navigation Key by Page Numbers in CV
Case 1:23-cr-00289-VM    Document 10-11    Filed 09/22/25    Page 54 of 85
1-3 (books, dissertation); 4-10 (peer assessments/distributions); 11-42 (list of 163 peer-reviewed pieces); 43-53 (media interviews:
radio/audio, TV/film, print/feature/quotes); 53-61 (target of transnational repression for my research); 62-68 (education, teaching, PhDs);
68-73 (refereeing, editorial, professional service); 73-75 (other prizes, languages, social media).

On BBC World Service
Panelist (with Howard Wheeldon and Lewis Pugh) on BBC 'Weekend' Programme
(hosted by Paul Henley on 29/10/17, broadcast 120 minutes between 0630 and
0830 GMT).

Sputnik Radio
'World in Focus' about sale of US F-16s to India (2/3/17).

On BBC World Service
Panelist (with Dr Brian Klaas, LSE) on BBC 'Weekend' Programme (hosted by Julian
Worricker on 28/1/17, broadcast 120 minutes between 0630 and 0830 GMT).

Radio Student Slovenia
"Hindutva V Akciji" about saffronization in India under Modi regime, expert
commentator (zeitgeist programme with Matej Zwitter on 7/3/16).

Monocle 24 Radio - on current affairs - usually at 40.00".
The Globalist, Show 835 (9/1/15). Monocle Daily, Show 815 (19/12/14). Monocle
Daily, Show 777 (28/10/14). Monocle Daily, Show 760 (3/10/14). The
Globalist, Show 726 (11/8/14). Monocle Daily, Show 693 (2/7/14). Monocle
Daily, Show 678 (11/6/14). The Briefing, Show 664 (27/5/14). Monocle Daily, Show
660 (16/5/14). The Globalist, Show 665 (16/5/14). Monocle Daily, Show
655 (9/5/14). Monocle Daily, Show 638 (16/4/14). Monocle Daily, Show
624(27/3/14). Monocle Daily, Show 621 (24/3/14). Monocle Daily, Show
607 (4/3/14). The Globalist Show 559(19/12/13). Monocle Daily, Show
551 (9/12/13). The Globalist: Asia Show 177 (3/12/13). Monocle Daily, Show
538(20/11/13). Monocle Daily, Show 535 (15/11/13). Monocle Daily, Show
527 (5/11/13). Monocle Daily, Show 520(25/10/13). Monocle Daily, Show
513 (16/10/13). Monocle Daily, Show 505 (4/10/13). Monocle Daily, Show
495(20/9/13). Monocle Daily, Show 485 (6/9/13). Monocle Daily, Show
480 (30/8/13). Monocle Daily, Show 475(23/8/13). Monocle Daily, Show
465 (9/8/13). The Briefing, Show 460 (7/8/13). Monocle Daily, Show 460 (2/8/13).
Monocle Daily, Show 445 (12/7/13). The Briefing, Show 407 (24/5/13). The
Globalist, Show 387 (23/4/13).
On BBC Urdu
"On enforced disappearances in Kashmir" (with APDP President Parveena Ahangar
on 3/6/14).

On BBC Asian Network
"Is Britain to blame for the problems that exist between India and Pakistan over
Kashmir" (Show hosted by Nihal on 6/4/11).
"The situation in Kashmir" (Show hosted by Nihal on 11/8/10).
"Writing and Identity" (Show hosted by Satnam Rana on 25/5/10).

On BBC World Service
Panelist (with Henry Chu, LA Times) on BBC 'World Today' Programme (hosted by
Rebecca Kesby on 4/7/10, broadcast 120 minutes between 0600 and 0900 BST).

On U-Wave Radio
One hour programme titled "Voices from the Margins: Conversations with non-
mainstream writers and filmmakers", interviewed by Dr Alka Kurian about my novel
"Residue" and life as an academic, scholar, and human rights activist.

Scholarly interview - on economics and ethics - transcript in link below. "The need to
reconnect Value with values", individual audio interview on the financial crisis by Laura
Fano Morrissey (Society for International Development), New York, USA, October 2009.

©Nitasha Kaul
Navigation Key by Page Numbers in CV
Case 1:23-cr-00289-VM Document 11-1 Filed 09/22/25 Page 55 of 85
1-3 (pos/doc, research+award), 4-7 (assessment, consultations), 11-42 (led pubs, open access, refereed references), 43-53 (solo pubs; TV/film/radio interviews:
radio/audio, TV/film, print/feature/quotes); 53-61 (target of transnational repression for my research); 62-68 (education, teaching, PhDs);
68-73 (refereeing, editorial, professional service); 73-75 (other prizes, languages, social media).

## TV and Film interviews

Global News Canada
India, Pakistan trade fire in Kashmir as fears grow of wider conflict (9/5/25)

Al Jazeera News
Interview on Kashmir and India-Pakistan strikes (6/5/25)

France 24
Interview on Kashmir and India-Pakistan tensions after the Pahalgam attacks
(25/4/25)

TBS News (Japan News Network) - BS-TBS "Hodo (Report) 1930"
Interview on Modi and India's 2024 elections (from 32:05 on) (5/6/24)

Al Jazeera - UpFront (Why has India's Narendra Modi strengthened ties with Israel?)
Interview on India's position on Israel-Palestine (21/11/23) (10+minutes duration)

BBC News India
Interview on US election results 2020 (4/11/20)

Al Jazeera - Listening Post
Interview on Silenced and shut down: Kashmir's year of lockdown (17/10/20)

BBC World News
Interview on politics of access to the internet in Kashmir (25/1/20)

Al Jazeera - The Stream (How will the loss of Kashmir's semi-autonomy affect its
identity?)
Panel Discussion on Kashmir (7/11/19) (30 minutes duration)

Al Jazeera - News
Interview on the National Register of Citizens in Assam (31/8/19)

AJ+
Solidarity with Kashmir? (24/8/19)

Al Jazeera - The Stream (How are Kashmiris coping under lockdown?)
Panel Discussion on Kashmir (14/8/19) (30 minutes duration)

BBC NewsNight
Panel Discussion on Kashmir (7/8/19)

EuroNews
Kashmir Interview (6/8/19)

Al Jazeera - The Stream (India Elections 2019: What's at stake for Kashmir?)
Panel discussion on Kashmir (23/4/19) 30 minutes duration

CGTN Live Interview - The Heat (India-Pakistan Tensions)
Panel discussion on Kashmir (5/3/19) 30 minutes duration

JKTV Live Interview -The Whole Truth
Detailed Interview on Kashmir (3/3/19) 45 minutes duration

Canadian Broadcasting Corporation (CBC) News

©Nitasha Kaul

Navigation Key by Page Numbers in CV
1-3 (positions, research/awards/grant assessments); 4-11 (publications); 11-42 (lectures, events, conferences); 43-53 (media/radio interviews; radio/audio, TV/film, print/feature/quotes); 53-61 (target of transnational repression for my research); 62-68 (education, teaching, PhDs); 68-73 (refereeing, editorial, professional service); 73-75 (other prizes, languages, social media).

Interview on Kashmir (1/3/19)

BBC World News Impact Programme
Discussion on Kashmir at 1315 GMT (1/3/19)

BBC World TV Breakfast News Show
Interview on Kashmir at 0640 GMT (28/2/19)

Al Jazeera - News
Interview on #JusticeforAsifa #Kathua- Gender and Violence: Rape and Murder of Asifa (13/4/18)

Al Jazeera - News
Interview on the Triple Talaq Supreme Court Judgement in India (22/8/17).

DD Kashir (Doordarshan Kashmir) - Good Morning J&K (with Mohammad Amin Bhat and Azhar Hajini)
One hour morning news and conversation programme between 8 and 9 am IST (6/1/17)

Al Jazeera - News (with Lauren Taylor)
Interview on the Demonetisation Crisis in India (16/11/16).

Islam Channel - Asia Wired (Episode 6) on The Kashmir Question - expert commentator (17/7/16).

France 24 International News TV Channel – "Is the pursuit of Gross National Happiness helping Bhutan?" - expert commentator (14/4/16).

Islam Channel - The Report (episode 435 with John Rees), on the issue of proposed rewriting of Indian history textbooks by India's Hindu nationalists (10/3/16).

Al Jazeera - on Head to Head Programme hosted by Mehdi Hasan. Panelist responding to interview on Hindu Nationalism
(25/12/15).
"Is Modi's India flirting with fascism?" on Youtube (1.8 million plus views so far) at https://www.youtube.com/watch?v=m1W-oXZ_31U

Sky TV - on Sky News (with Adam Boulton)
Interview on India's PM Modi UK visit (13/11/15).

Islam Channel – Interview on Chinese President Xi Jinping's UK visit (25/10/15), on violence and assembly elections in Kashmir (5/12/14).

Arise TV - on current affairs, world politics
"Hong Kong Occupy Movement and UK Foreign Affairs Select Committee visit cancellation" - expert commentator (1/12/14).

"China and Japan leaders long-awaited meeting" - expert commentator (10/11/14).

Press TV - on global economy, literature, current affairs - links to transcripts and programme videos below.
"US faces major social, economic challenges", on US economy - expert commentator (7/10/14).

"Global economic system must be recast", on global economic crisis - transcript and individual video segment (5/8/11).

©Nitasha Kaul
Navigation Key by Page Numbers in CV
1-3 (jobs/bio, research awards, grant achievements); 4-10 (books, book chapters); 11-42 (articles, conferences, talks); 42-53 (media interviews: radio/audio, TV/film, print/feature/quotes); 53-61 (target of transnational repression for my research); 62-68 (education, teaching, PhDs); 68-73 (refereeing, editorial, professional service); 73-75 (other prizes, languages, social media).

Case 1:23-cr-00289-VM    Document 11-11    Filed 09/22/25    Page 57 of 85

News analysis (with Max Keiser, Michael Kosmides) on the Greek economic situation - entire programme (28/6/11)

"Epilogue", book review programme, discussing Fatima Bhutto's 'Songs of Blood and Sword' with US novelist Attica Locke and ex-mayor of London, Ken Livingstone (5/7/10). Watch on youtube here: part 3, part 2, part 1)

"Epilogue", book review programme, discussing Aravind Adiga's 'The White Tiger' with UK Labour Member of Parliament Diane Abbott and media theorist Hugo De Burgh (29/4/09).

"Between the Headlines", panelist on Current Affairs Programme hosted by Amina Taylor (25/4/09).

BBS TV (Bhutan Broadcasting Service)
On Bhutan's politics and government, 30 minutes interview, telecast on BBS National TV (10/11/09).

On Bhutan's transition to democracy, 30 minutes interview, telecast on the BBS National TV (6/3/08).

Film

On "Hindutva, India, and Kashmir", in conversation with the Other Collective, UC Davis, 26 April 2021.

On literature and life, "The Current: Life with Nitasha Kaul", Interview at the Lahore Literary Festival, 23 February 2020.

On Bhutan, "Shooting for Democracy", a documentary film by The Emerging Lens Initiative, about the 2008 elections in US and Bhutan as seen by the youth in each country, detailed interviews recorded in Berkeley in April 2008 and in Singapore in June 2009. Film released in 2010, IMDb link.

### Print interviews/Features/Photography/Quotes/Reviews/Analyses

"Dette er kollektiv avstraffelse", Klassekampen Norway (10/5/25).
"Streit zwischen Indien und Pakistan: Konflikt in Kaschmir eskaliert weiter", Die Tageszeitung (Taz) (8/5/25).
"Spannungen mit Pakistan: Indien probt den Ernstfall", Die Tageszeitung (Taz) (6/5/25).
"The Indian government's tourism strategy in Kashmir", The World (2/5/25).
"Professor Nitasha Kaul provides insight into a range of current affairs on BBC World Service", University of Westminster Media News and Events (2/5/25).
"Grief turns to fear in Kashmir as Indian forces crack down after attack", The Washington Post (29/4/25).
"US Vice President JD Vance warns of 'dark time' without close bilateral relations with India", ABC News (23/4/25).
"Pahalgam Attack: Kashmir Completely Shuts Down; Security Under the Radar", Clarion India (23/4/25).
"Outrage after UK academics address Israeli university closely tied to military", Middle East Eye (19/2/25).
"Polarização fortalece ascensão do populismo de direita e deixa esquerda confusa na Europa e nos EUA" (Polarization fuels rise of right-wing populism and leaves the left confused in Europe and the US), Estadão, Brazilian daily newspaper based in São Paulo (1/2/25).

"Westminster celebrates 35th anniversary of Centre for the Study of Democracy",
University of Westminster Media News and Events (14/11/24).

"Misogyny Won The U.S. Election. Here's How Women Can Fight Back", Atmos
(13/11/24).

"Academic Freedom in India plummeted in last decade; lowest since 1940s: Report",
The New Indian Express (10/10/24).

"Book Excerpt: Nitasha Kaul's 'Future Tense', Outlook India (29/9/24).

"Future Tense: Nitasha Kaul's Powerful Novel Explores The Human Cost Of Conflict in
Kashmir", Kashmir Reader (19/9/24).

"No Way In or Out: Authoritarian Controls on the Freedom of Movement", Freedom
House (19/8/24).

"To Understand India, Listen to the Pandits of Kashmir", The Nation (15/8/24).

"British Hindus Must Take a Stand Against Groups Promoting Hindu Supremacy in
the UK", The Wire (24/7/24).

"Echoes of bias: From Shia spitting myths to 'Thook' Jihad", The Times of India
(22/6/24).

"It can feel like there's no way out' - political scientists face pushback on their
work", Nature (20/6/24).

"Professor Nitasha Kaul guest commentator for BBC World Service's Weekend
programme", University of Westminster Media News and Events (26/3/24).

"Chinese village construction in disputed zone outpaces China-Bhutan border talks",
South China Morning Post (18/2/24).

"India worries about China encroaching on Bhutanese territory", VOA News
(13/12/23).

"Academic freedom under pressure as India tackles Gaza debate", Times Higher
Education (1/12/23).

"Professor Nitasha Kaul for Al Jazeera on Prime Minister Narendra Modi's support for
Israel", University of Westminster Media News and Events (1/12/23).

"Professor Nitasha Kaul for the Financial Times on political finance reform in India",
University of Westminster Media News and Events (2/11/23).

"Professor Nitasha Kaul for The Conversation on Prime Minister Modi and the
influence of the Hindu right on Indian politics", University of Westminster Media
News and Events (6/10/23).

"Professor Nitasha Kaul receives prestigious British Academy award for international
and interdisciplinary research", University of Westminster Media News and Events
(19/5/23).

"The British Academy announces nine Knowledge Frontiers Symposia Follow-on
awards to strengthen international and interdisciplinary research", The British
Academy Press Office (12/5/23).

"Professor Nitasha Kaul and Professor Dibyesh Anand for The Conversation on what
Rahul Gandhi's trial means for democracy in India", University of Westminster Media
News and Events (12/5/23).

"Jaishankar: Strong voice of India in the world or popularity in the country due to
aggression?", BBC Hindi (29/4/23), BBC Tamil (1/5/23), BBC Gujarati (2/5/23).

"Misinformation on voter ID could stop people even trying to vote", OpenDemocracy
(26/4/23).

"Westminster's world-class research and teaching demonstrated with India visits
that celebrate international engagement", Press and Media Office (28/2/23).

"Disinformation Campaigns Against Women Are a National Security Threat, New
Study Finds", Time Magazine (US) (21/2/23).

"Challenging contemporary colonial practices in Tibet and Kashmir", University of
Westminster Research Excellence Framework Impact News (7/2/23).

"Divorce Cases Spike in Five Years", Kuensel, Bhutan (10/1/23).

"Dr Nitasha Kaul invited to be a guest commentator for the BBC World Service's
Weekend programme", University of Westminster Media News and Events,
(7/12/22).

©Nitasha Kaul
**Navigation Key by Page Numbers in CV**
Case 1:23-cr-00289-VM Document 1-11-42 (lettled 09/22/25 Page 59 of 85
1-3 (broadsbe, teseadr-curradd 2, 3r4r1; 4-w (esearments); 10 (funding); 11-42 (invited talks); 43-51 (conferences); 52 (selected media views;
radio/audio, TV/film, print/feature/quotes); 53-61 (target of transnational repression for my research); 62-68 (education, teaching, PhDs);
68-73 (refereeing, editorial, professional service); 73-75 (other prizes, languages, social media).

"[Dr Nitasha Kaul for the i newspaper on what Rishi Sunak becoming Prime Minister means for Britain's Hindu community and for diversity across party lines in British politics](#)", University of Westminster Media News and Events (2/11/22).

"[Não há vacinas contra canalhice](#)", poder360.com Brazil (30/8/22).

"[The Kashmir Files: A Half Truth – OpEd](#)", Eurasia Review (26/5/22).

"Hindsight: Interview", Yamuna: SRCC Annual Magazine (Volume 93, pp. 131-132).

"[Democracy Interrupted: Part II](#)", Inkstick Media (19/5/22).

"[The Kashmir Files banned in Singapore citing one-sided portrayal of Muslims](#)", idiva.com (10/5/22).

"[India's latest box office smash 'The Kashmir Files' exposes deepening religious divides](#)", CNN.com (28/4/22).

"[Bhutan and the "Inbetween": The Work of Dr. Nitasha Kaul](#)", Mittal South Asia Institute Newsletter, Harvard University (29/3/22).

"[Kashmir film sharpens political divisions in India](#)", VOA South and Central Asia (29/3/22)

"[Dr Nitasha Kaul's research on 'Misogyny of authoritarians in contemporary democracies' featured in Foreign Affairs](#)", University of Westminster Media News and Events (11/2/22).

"[Democracy Interrupted, Part II: How the misogynist beliefs of a leader can bend and build an authoritarian coalition within a democracy](#)", Inkstick Media (19 May 2022).

"[Revenge of the Patriarchs: Why Autocrats Fear Women](#)" (by Professor Erica Chenoweth and Dr Zoe Marks), Foreign Affairs (March/April 2022).

"[Déjà vu for Kashmiri Pandits: Special Report](#)", Asia Democracy Chronicles (14/1/22).

"How Hindutva Ideology sustains ~~Brahmanical India's Settler Colonial Project in Kashmir~~, Other Collective, student-run magazine at University of California, Davis, (Fall 2021 issue on 'Censorship').

"[Dr Nitasha Kaul, Reader (Associate Professor) in Politics and International Relations, in the media](#)", University of Westminster Media News and Events, (2/11/21).

"[Kashmiri Feminism: History of Refusal, Rejection and Resistance](#)", Nickeled and Dimed (17/10/21).

"[Under the shadow of Covid-19, a pandemic of rape](#)", Menafn.com (30/7/21).

"[From Brazil to India, Turkey to US, how misogyny serves as a tool for authoritarian regimes, and other stories](#)", #WomenLead (Issue 55) (27/6/21).

"[Does Decolonization need decolonizing?](#)", Medium.com (14/4/21).

"[Implications of Indian government's instruction to public universities to seek clearance for research](#)", BBC Hindi (19/2/21). Read in Hindi [here](#).

"[Humans of Thimphu -- Feature](#)", Humans of Thimphu (Bhutan) (23/1/21).

"[Featured Novel Excerpt --Future Tense (Harper Collins, 2020) by Nitasha Kaul (and other relevant links to my work)](#)", Inverse Journal (5/12/20).

"[Dr. Nitasha Kaul Speaks In 'Future Tense' On Kashmir's Resistance And Women's Role In It](#)", IndianWomenBlog.Org (24/11/20)

"[Prose, Poetry, Pain, Pathos](#)", Outlook India (23/11/20).

"[Dr Nitasha Kaul invited to be a guest commentator for the BBC World Service's Weekend programme](#)", University of Westminster Media News and Events, (26/10/20).

"[India-China War: Why India 'Outrightly Rejects' US Help Even When Beijing Has Asked Its Army To Be Ready For War?](#)", The Eurasian Times (15/10/20).

"[How can US assist India vis-a-vis China?](#)", BBC Hindi (13/10/20).

"[The Valley of Saints' Strife](#)", Shoeleather Magazine / NYU Journalism (May 2020).

"[In pandemic, contemporary Kashmiri writers getting added audience](#)", Kashmir Observer (14/5/20).

"[Nitasha Kaul reads Whitman's iconic poem 'O me! O life! at the Lahore Library](#)", British Council Pakistan (27/4/20).

©Nitasha Kaul

"[Future Tense: Giving faces to Kashmiris by Nitasha Kaul](#)", Business Recorder.com (4/4/20).

"[A new novel on Kashmir is a must-read to understand what it really means to live with lockdowns](#)", Georgia Straight.com (2/4/20).

"[Valley of sighs: Review of Nitasha Kaul's Future Tense](#)", The Hindu (India) (28/3/20).

"[Nitasha Kaul's top five reads from the Lahore library](#)", British Council Library Lahore, British Council Pakistan (13/3/20).

"[A festival of ideas in Lahore](#)", The Hindu (India) (29/2/20).

"[Human Rights and Media Portrayals: Narratives of the Kashmiri Experience](#)", Brown Political Review, BP Radio Spotify Podcast, Brown University, USA (27/2/20).

"[Nitasha Kaul's novel follows the course of young lives caught up in Kashmir's history and politics](#)", TheScroll.in (24/2/20).

"[One Afternoon in Kashmir (On 'Future Tense')](#)", NewsClick.in (20/2/20).

"['Future Tense' by Nitasha Kaul Perfectly Explains Human Cost of Kashmir's Conflict](#)", Mumbai Live (17/2/20).

"[Narratives from Kashmir](#)", The New Indian Express (16/1/20).

"[10 Women Journalists Who Made their Voices Heard in 2019](#)", Feminism in India (21/12/19).

"[Dr Nitasha Kaul for the Daily Times Online and more about human rights abuses in Kashmir](#)", University of Westminster Media News and Events (29/11/19).

"[Dr Nitasha Kaul testifies at a House Foreign Affairs Committee about human rights abuses in South Asia](#)", University of Westminster Media News and Events (27/11/19).

"[Why are EU MPs allowed in Kashmir but not Indian opposition leaders, asks academic Nitasha Kaul](#)", TheScroll.in (31/10/19).

"[Kashmir at the US Congress](#)", TheCitizen.in, (29/10/19).

"[US Congressional hearing on Kashmir](#)", Daily Times (28/10/19).

"[India misleading people on Art 370, 35A abrogation: Nitasha Kaul](#)", Kashmir Times (24/10/19).

"[Snip, snip: See what ANI did to Nitasha Kaul's US Congress testimony on Kashmir](#)", NewsLaundry.com (24/10/19).

"[Just the Important Bits – US Panel on Human Rights (Read: Kashmir)](#)", The Quint (24/10/19).

"[In Kashmir, India must respect human rights': Excerpts from written statements to US Congress panel](#)", TheScroll.in (23/10/19).

[Egregious Human Rights Violation In Kashmir By India', Kashmiri-Origin Writer Tells US Congress](#)", Outlook India (23/10/19).

"[Congressional sub-committee to hold hearing on human rights situation in S Asia](#)", Outlook India (22/10/19).

"[Criticism galore](#)". MillenniumPost.in (13/10/19).

"[Kashmir is under siege and women are in the crossfire](#)", Women's Media Center (25/9/19).

"[Dr Nitasha Kaul for Al Jazeera English: Newshour on the exclusion of people from India's citizens list](#)", University of Westminster Media News and Events (12/9/19).

"[New Report Cites 432 Torture Cases In Kashmir From 1990-2017, 70% Victims Civilians](#)", IndiaSpend.com (4/9/19).

"[Professor Nitasha Kaul On India's Revocation of Articles 370 and 35A — Additional Media and Bibliography Included](#)", Inverse Journal (1/9/19).

"[History tells us the Kashmir crisis will be particularly dangerous for women – so why aren't we talking about it?](#)", The Independent (UK) (21/8/19).

"[India takes Kashmir, but loses Kashmiris](#)", Time Magazine (US) (19/8/19).

"[Massive Protests in London on Kashmir](#)", The Citizen.In (16/8/19).

"[Professor Nitasha Kaul (University of Westminster) Speaks About Kashmir on BBC Newsnight and Euronews](#)", Inverse Journal (15/8/19).

"[India marks Independence Day with its secular, postcolonial image in tatters](#)",

©Nitasha Kaul

France 24 (14/8/19).

"Canadian Kashmiri community fears for friends and family in communications blackout", The Globe and Mail (Canada) (12/8/19).

"64 J&K Citizens Sign petition, condemn Art 370 abrogation", Kashmir Times (11/8/19).

"India Has Taken Kashmir, But Winning the Hearts and Minds of Kashmiris Will be Harder", Time Magazine (US) (8/8/19)

"The Indian Government Is Revoking Kashmir's Special Status. Here's What That Means", Time Magazine (US) (5/8/19).

"Afghan Woman Journalist Mina Mangal's Daylight Murder Draws Worldwide Condemnation", Latestly.com (12/5/19).

"Modi used Kashmir to heighten Hindu Nationalism and bolster masculine image of 'Chowkidar'", Global Village Space (6/5/19).

"Dr Nitasha Kaul delivers lecture on Politics, Virtue, and Conflict", Kashmir Reader (24/4/19).

"Dr Nitasha Kaul delivers lecture at CUK", Kashmir Images (24/4/19).

"Dr Nitasha Kaul delivers lecture on 'Politics, Virtue, and Conflict', Greater Kashmir (24/4/19).

"As elections loom, India's Modi vows to end terrorism in Kashmir — with more military force", Public Radio International (8/4/19).

"English Writing in Kashmir: A Literary Culture's Rise From Conflict", NewsClick.in (27/3/19).

"UN urged to mediate peaceful settlement of Kashmir issue", Kashmir Media Service (20/3/19).

"Dr Nitasha Kaul comments on the Kashmir Conflict", University of Westminster Media News and Events (19/3/19).

"What to Know about the Rising Tensions between India and Pakistan", Time Magazine (US) (26/2/19)

"India, US, Iran", Tehran Times (1/7/18).

"Writers as migrants of the imagination" (in-depth interview/feature), Prachya Review (8/6/18).

"The Struggles of Stateless Nations", Inside Westminster (19/11/17).

"#NotInMyName goes global, protests organised in Britain & America", FreePress Kashmir (30/6/17).

"At Peace With Strife", Outlook Magazine (29/5/17).

"Life Writing and Resistance", Greater Kashmir (14/5/17).

"Writing is recording of memories: Nitasha", Kashmir Observer (10/5/17).

"Dr Nitasha Kaul talks on 'Life Writing' in KU", Greater Kashmir (10/5/17).

"Nitasha, Anando deliver lectures at IUST", Rising Kashmir (10/5/17).

"Oppressed resent with violence", Greater Kashmir (8/5/17).

"Word is more powerful than stone", Greater Kashmir (5/5/17).

"On Shivratri, J&K Muslims wash temple, organise puja", The Hindu (25/2/17).

"Interview", Citizen Eye (15/1/17).

 "Conflict Interview", Kashmir Life (12/1/17).

"State controls people's narratives in conflict zones like Kashmir: Nitasha". Rising Kashmir (5/1/17).

 "Nitasha Kaul interacts with CUK's DCJ students", Kashmir Life (3/1/17).

"Kehwa Talk: BJP attempting to rewrite history: Dr Nitasha Kaul", Greater Kashmir (2/1/17).

"Minorities, marginalized a casualty in Modi's India: Experts", Rising Kashmir (1/1/17).

"Kehwa Talk is now 2 Year Old", Kashmir Life (1/1/17).

"Is Independent Kashmir Viable?", Raiot.in (11/8/16).

"Kashmir's Nitasha", Cover Feature, Kashmir Life, Vol 7, Issue 47, (online 9/2/16, print 13/2/16).

"Bhutan's children get their own parliament", Al Jazeera (7/1/16).

©Nitasha Kaul
Case, 1-23+Cr-00289-VM-Document 1-11-42 (filed 09/22/25 Page 62 of 85
Navigation Key by Page Numbers in CV
1-3 (personal, research awards, assessment), 4 (contributions), 5-11 (books), 11-42 (refereed, other), 42-53 (conferences), 43-53 (audio/film interviews:
radio/audio, TV/film, print/feature/quotes); 53-61 (target of transnational repression for my research); 62-68 (education, teaching, PhDs);
68-73 (refereeing, editorial, professional service); 73-75 (other prizes, languages, social media).

"[Doctor, scribe, separatist: the new breed of Kashmir's women storytellers](#)", Catch News (8/12/15).
"[Don't judge a book by its author](#)", The Guardian (13/2/15).
"[A tragic tale of loss](#)", Deccan Herald (21/6/14).
"[Residue: A Review](#)", Kindle Magazine (3/6/14).
"[The Residues of Love and War](#)", The New Indian Express (24/5/14).
"[In Conversation with Nitasha Kaul](#)", Authint Mail (29/4/14).
"[Book Review: Residue, by Nitasha Kaul](#)", Winnowed (26/3/14).
"[Valley of Metaphors](#)", on Kashmir and writing, The Hindustan Times (16/7/11).
"[The Write Way](#)", on books and writing, The Hindustan Times, Delhi (27/4/11).
"[In Conversation: The Political Economy of Indian Diaspora](#)", The Journalist newspaper, Bhutan (22/8/10).
"Did Jeffrey Sachs really mean it?", Business Bhutan newspaper (14/8/10).
"[Broke or Bust](#)", on Bhutan's political scenario, The Telegraph, Calcutta (21/3/10).
"[Indian subcontinent dominates Man Asian literary prize shortlist](#)", The Guardian (21/10/09).
On democracy and Bhutan, Kuensel newspaper, Bhutan (15/10/09).
"Will democracy change Bhutanese politics?", UPI Asia (1/4/08).


## TRANSNATIONAL REPRESSION AS A RESULT OF MY RESEARCH

Over the years, in addition to being a scholar of/for democracy and against authoritarianism, I have also become a target of authoritarian practices, specifically transnational repression, paradoxically confirming my work on rising authoritarianism in India. As I detail below, the 'world's largest democracy' denied me entry to the country of my birth for no reason in February 2024, and then later in May 2025, decided to revoke my Overseas Citizenship of India (OCI) without providing any evidence, inter alia fulfilling the explicit written and public demand of the Hindu nationalist right-wing extremist organisation VHP (Vishwa Hindu Parishad) that my OCI be cancelled. According to them, my work is 'anti-national' and 'anti-India', but they have never provided any specific evidence. Modi's BJP government has not only exiled me but removed my access to family since it is impossible for me to travel to India where my only surviving parent (an elderly mother) resides.

### February 2024 - Denial of entry, detention, and deportation

I was invited to Conference on the Constitution (24-25 February 2024) by State Government (Congress) in Karnataka, India but was denied entry "on orders from Delhi" without any written or public reason, despite all valid documents, and was asked by immigration authorities about my work being critical of RSS (ideological parent of ruling BJP) in India. I was detained at airport under CCTV and armed guard for 24 hours and deported back to the UK without any explanation. See https://twitter.com/NitashaKaul/status/1761711445375410514 (over 3.1 million views of my public thread on this anti-democratic move against academic freedom). Following this, hundreds of news media have done stories covering my case. Professionals, organisations, parliamentarians, politicians, activists, academics, lawyers and human rights groups in India and abroad have spoken up in my support and against this kind of assault on rights since then, as have current and former state govt chief/ministers from parties except the BJP (see an illustrative compilation of images in collage in the thread at https://x.com/NitashaKaul/status/1769752386736669125).

Professional/ government/ civil society posts/ statements/ reports/interviews --

Showing our support for @NitashaKaul, a brilliant researcher whose invaluable contributions to scholarship on democracy & South Asia deserve respectful engagement, not suppression & online harassment".
https://x.com/MYBISA/status/1772951085403037923

International Studies Association (ISA) Academic Freedom Statement:
https://www.isanet.org/News/ID/6389
"The International Studies Association (ISA) expresses grave concern over the declining state of academic freedom in India. In particular, we are concerned that academic freedom and institutional autonomy are being systematically eroded by political control and interference by the state and/or ruling parties. India has ratified the International Covenant on Economic, Social and Cultural Rights (ICESCR) without filing a reservation to article 15.3 that protects the "freedom indispensable for scientific research". Most recently, one of our members, Professor Nitasha Kaul, was detained at the border and refused entry to India when she arrived to fulfil an academic speaking engagement at the invitation of the Karnataka Government, despite holding the relevant travel authorisations".

Human Rights Watch (HRW) Report March 2024 referring to me:
https://www.hrw.org/news/2024/03/17/india-authorities-revoke-visa-privileges-diaspora-critics

Freedom House Special Report August 2024 "No Way In or Out: Authoritarian Controls on the Freedom of Movement" referring to me:
https://freedomhouse.org/report/transnational-repression/2024/no-way-or-out-authoritarian-controls-freedom-movement

Written statement at the United Nations September 2024 presented by CAP Liberté de Conscience "HRC 57 Written Statement India is being encouraged to protect political rights in the face of violations" referring to me:
https://freedomofconscience.eu/hrc-57-writtten-statement-india-is-being-encouraged-to-protect-political-rights-in-the-face-of-violations/

Amnesty International India: Authorities must end repression of dissent in Jammu and Kashmir
https://www.amnesty.org/en/latest/news/2024/09/india-authorities-must-end-repression-of-dissent-in-jammu-and-kashmir/

Scholars at Risk Network (SAR) Academic Freedom Monitoring Project, 2024 Register
https://www.scholarsatrisk.org/report/2024-02-23-university-of-westminster/
"Scholars at Risk is concerned about state authorities denying a scholar entry to their country in an apparent effort to restrict or retaliate against her nonviolent exercise of academic freedom – conduct which is protected by international human rights instruments including the Universal Declaration of Human Rights and the International Covenant on Civil and Political Rights, to which India is a signatory. State authorities have an obligation to refrain from actions that restrict or retaliate against academic activity so long as it is peaceful and responsible. In addition to harm to the immediate victim, travel restrictions intended to deter such activity undermine academic freedom and democratic society generally".

Members of Indian Parliament
In March 2025, my case was referred to in the Indian Parliament (Lok Sabha)

©Nitasha Kaul

1-3 (books, dissertation, special assessments); 4-11 (academic journal articles); 11-42 (letters, op-eds, references); 43-52 (media interviews: radio/audio, TV/film, print/feature/quotes); 53-61 (target of transnational repression for my research); 62-68 (education, teaching, PhDs); 68-73 (refereeing, editorial, professional service); 73-75 (other prizes, languages, social media).

by multiple MPs from opposition Indian National Congress party as an example of the misuse of authority to target critics of BJP/RSS. See excerpts of the remarks from speeches by MPs on 27/3/25 highlighting my case here https://x.com/NitashaKaul/status/1905771029022343522 and https://x.com/NitashaKaul/status/1905762608231457063
Also reported in The Times of India (28/3/25) "Opposition fears immigration bill misuse, seeks JPC scrutiny"
http://timesofindia.indiatimes.com/articleshow/119624104.cms and MSN "Opposition fears immigration bill misuse, seeks JPC scrutiny" https://www.msn.com/en-in/news/world/opposition-fears-immigration-bill-misuse-seeks-jpc-scrutiny/ar-AA1BNYIg

US Department of State
2024 Country Reports on Human Rights Practices: India
https://www.state.gov/reports/2024-country-reports-on-human-rights-practices/india
Efforts to Control Mobility
There were reports the government attempted to control mobility to exact reprisal against critics abroad, including revoking benefits accrued to them via travel documents. In its *2024 Special Report on the Freedom of Movement*, Freedom House noted that in addition to passports, the government had allegedly targeted other forms of travel documents, including revoking Overseas Citizenship of India (OCI) statuses. The OCI status provided persons of Indian origin or foreigners married to Indian citizens certain benefits, including visa-free entry and work authorization. The report noted authorities revoked OCI status for at least 102 OCI holders between 2014 and May 2023, including for journalists, academics, and activists. Individuals whose OCI status was withdrawn could also face an entry ban. In February, a United Kingdom citizen of Indian origin and professor at the University of Westminster Nitasha Kaul was invited by the Karnataka State Congress Party to participate as a speaker at a February 24-25 conference titled, "Conference on the Constitution." Upon arrival at the Kempegowda International Airport in Bengaluru, Kaul was told by security officials she was denied entry despite carrying a valid OCI card. Kaul reported on social media she was held for 24 hours in a cell at the airport before being sent back to the United Kingdom without being provided an explanation in writing or orally. The Ministry of External Affairs stated the entry of foreign nationals into the country was a "sovereign decision."

A snapshot/sample of the numerous stories referring to February 2024 case --

"India denies entry to UK academic visiting to 'speak on democratic values" https://www.independent.co.uk/asia/india/india-nitasha-kaul-karnataka-modi-b2502513.html, The Independent (UK) (26/2/24), Critics of Narendra Modi barred from entering India after speaking out against government
https://www.abc.net.au/news/2024-04-28/india-cancelling-visas-of-people-who-criticise-government/103688380, ABC News (27/4/24), The Wire (https://thewire.in/rights/nitasha-kaul-interview-full-transcript and https://thewire.in/video/watch-i-was-treated-like-a-criminal-im-not-anti-indian-nitisha-kaul-on-her-deportation-to-uk and https://thewire.in/rights/nitasha-kaul-kashmiri-academic-uk-deported-denied-entry-karnataka), National Herald (https://www.nationalheraldindia.com/national/oci-cards-being-weaponised-to-silence-critics-iocusa), Outlook India (https://www.outlookindia.com/national/why-was-indian-origin-uk-professor-nitasha-kaul-denied-entry-into-india), Tribune India

©Nitasha Kaul

Navigation Key by Page Numbers in CV

1-3 (books, research monographs, book reviews, 2017 dissertation); 4-11 (book chapters); 11-42 (refereed, other journal articles); 42-53 (media references); 53-61 (media reviews: radio/audio, TV/film, print/feature/quotes); 53-61 (target of transnational repression for my research); 62-68 (education, teaching, PhDs); 68-73 (refereeing, editorial, professional service); 73-75 (other prizes, languages, social media).

(https://www.tribuneindia.com/news/diaspora/i-am-not-married-to-a-pakistani-not-a-muslim-convert-nitasha-kaul-hit-back-at-claims-after-uk-writer-was-deported-595058), Hindustan Times (https://www.hindustantimes.com/india-news/i-am-what-authoritarians-fear-uk-academic-nitasha-kaul-after-denied-entry-into-india-101708952499316.html), The Print (https://theprint.in/india/modi-critic-who-once-took-on-ram-madhav-all-about-nitasha-kaul-uk-academic-denied-entry-into-india/1986374/), The Hindu (https://www.thehindu.com/news/national/indian-origin-professor-denied-entry-to-country/article67885528.ece and https://www.thehindu.com/news/national/indian-origin-professor-denied-entry-to-country/article67885528.ece), India Today (https://www.indiatoday.in/india/video/nitasha-kaul-orders-from-delhi-indian-origin-writer-deported-from-bengaluru-airport-2507210-2024-02-26), Times of India (https://timesofindia.indiatimes.com/etimes/trending/why-indian-origin-uk-professor-nitasha-kaul-was-denied-entry-into-india/articleshow/108013815.cms), The Quint (https://www.thequint.com/south-asians/university-of-westminster-professor-nitasha-kaul-denied-entry-india-bengaluru-airport), MSN (https://www.msn.com/en-in/news/India/who-is-nitasha-kaul-indian-origin-uk-based-professor-sent-back-to-london-from-bengaluru-airport/ar-BB1iSGda), The Business Standard (https://www.tbsnews.net/world/south-asia/who-nitasha-kaul-indian-origin-uk-based-professor-denied-entry-india-799202), One India (https://www.oneindia.com/india/nitasha-kaul-denied-entry-india-bengaluru-airport-gen-3759603.html?story=1), ETV Bharat (https://www.etvbharat.com/en/!bharat/invited-by-karnataka-govt-writer-nitasha-kaul-says-centre-denied-entry-to-india-enn2402250609), BNN (https://bnnbreaking.com/politics/british-academic-of-kashmiri-descent-barred-from-india-alleges-political-motives), The News Minute (https://www.thenewsminute.com/news/writer-nitasha-kaul-not-allowed-to-enter-bengaluru-detained-and-deported-to-london), Deccan Herald (https://www.deccanherald.com/india/karnataka/bengaluru/invited-by-ktaka-govt-for-conference-uk-professor-denied-entry-to-india-sent-back-from-bengaluru-airport-2909652), BBC Hindi (https://www.bbc.com/hindi/articles/cy0mllzjnnno), BBC Urdu (https://www.bbc.com/urdu/articles/cx9d9jwxxvzo), English Jagran (https://english.jagran.com/india/nitasha-kaul-claims-denied-entry-to-india-on-order-from-delhi-academic-turned-back-from-bengaluru-airport-karnataka-government-conference-bjp-congress-latest-news-updates-10135962), Economic Times (https://economictimes.indiatimes.com/news/india/kashmiri-pandit-prof-in-uk-denied-entry-to-india-to-attend-event-on-invitation-of-karnataka-govt/articleshow/107990839.cms?from=mdr), South First (https://thesouthfirst.com/karnataka/indian-origin-professor-nitasha-kaul-invited-to-speak-at-karnataka-constitution-conference-denied-entry-into-country/), The Week (https://www.theweek.in/news/india/2024/02/26/congress-bjp-in-war-of-words-after-indian-origin-professor-denied-entry-to-india.html), NDTV (https://www.ndtv.com/india-news/nitasha-kaul-deported-uk-professor-authoritarians-fear-a-thinking-woman-deported-indian-origin-professor-5130701 and https://www.ndtv.com/india-news/nitasha-kaul-orders-from-delhi-indian-origin-writer-deported-from-bengaluru-airport-5126489), Civicus Monitor https://monitor.civicus.org/explore/india-crackdown-on-the-opposition-divisive-rhetoric-and-targeting-of-activists-and-critics-persists-around-the-elections/#:~:text=Crackdown%20on%20the%20opposition%20around,raids

[%2C%20arrests%20and%20corruption%20probes](#), Barron's WSJ [https://www.barrons.com/news/academic-freedom-declining-globally-index-finds-a7de60c6](https://www.barrons.com/news/academic-freedom-declining-globally-index-finds-a7de60c6), VOA (Voice of America) [https://www.voanews.com/a/critics-complain-of-harassment-after-india-revokes-visa-privileges-/7539139.html](https://www.voanews.com/a/critics-complain-of-harassment-after-india-revokes-visa-privileges-/7539139.html)

## May 2025 - Revocation of OCI

Months after a completely unjustifiable and unconstitutional denial of entry despite all valid documents in February 2024, in May 2024, I was sent a notice about OCI revocation and the one paragraph reason that was given was akin to troll assertions (i.e., my work is anti-national etc). I responded to this one paragraph with a comprehensive 20,000 word reply in a two-column format, taking every relevant phrase and providing detailed verifiable evidence to the contrary, thus refuting without the shadow of a doubt the patchwork quilt of assertions. I received an acknowledgement but then heard nothing for a year, and then in May 2025, I received a letter that announced a cancellation of my OCI repeating much of the same paragraph, ignoring my response, and providing no specific evidence again. I shared this here on X [https://x.com/NitashaKaul/status/1924142200587268424](https://x.com/NitashaKaul/status/1924142200587268424) (over 2.6 million views of this punishment for my work on anti-minority and anti-democratic practices of Modi rule). Among other success, GOI had fulfilled the demands of VHP (VHP proudly shared their success in getting my OCI cancelled [https://x.com/NitashaKaul/status/1938322180212986114](https://x.com/NitashaKaul/status/1938322180212986114)). As before, in the aftermath of this cancellation, I was subjected to a concerted campaign of threat, harassment, and systematic collective abuse. Various messages of support from professionals and organisations, scholars in India and abroad are testimony to the rigour of my work and the integrity of my views.

Here are excerpts from [Amnesty International India's public statement](#) on this:

> The Government of India's decision to cancel professor Nitasha Kaul's Overseas Citizenship of India status because of 'indulging in anti-India activities' is yet another example of authorities crushing dissent in the country...The authorities must stop punishing #NitashaKaul just because she is critical of the government. This campaign of harassment and intimidation against dissenting voices must end now...

A sample of the numerous stories referring to my case, including interviews in the Independent UK, The New York Times, The Quint --

> "British professor's OCI status revoked over anti-India activities" [https://www.independent.co.uk/asia/india/nitasha-kaul-british-professor-oci-india-deported-b2754977.html](https://www.independent.co.uk/asia/india/nitasha-kaul-british-professor-oci-india-deported-b2754977.html), The Independent (UK), "'Can OCI-Holders Only Be Cheerleaders of Modi Govt?' Asks UK Prof Nitasha Kaul", [https://www.thequint.com/videos/news-videos/professor-nitasha-kaul-interview-oci-holder-cancellation-row#read-more](https://www.thequint.com/videos/news-videos/professor-nitasha-kaul-interview-oci-holder-cancellation-row#read-more) (24/6/25), "Nitasha Kaul claims OCI cancelled for criticising government" [https://x.com/AIIndia/status/1924753559125373066](https://x.com/AIIndia/status/1924753559125373066), Amnesty India, "Nitasha Kaul's OCI status revoked over anti-India activities" [https://thewire.in/rights/nitasha-kaul-oci-status-revoked-anti-india-activities](https://thewire.in/rights/nitasha-kaul-oci-status-revoked-anti-india-activities), The Wire, "India's crackdown on antiwar dissent" [https://www.nytimes.com/2025/05/19/world/asia/india-antiwar-dissent-mahmudabad.html](https://www.nytimes.com/2025/05/19/world/asia/india-antiwar-dissent-mahmudabad.html), The New York Times (19/5/25), "UK Professor Nitasha Kaul says India took away her OCI for criticising government" [https://thedailyguardian.com/top-news/uk-professor-nitasha-kaul-says-india-took-away-her-oci-for-criticising-government/](https://thedailyguardian.com/top-news/uk-professor-nitasha-kaul-says-india-took-away-her-oci-for-criticising-government/), The Daily Guardian,

©Nitasha Kaul

"Who is Dr Nitasha Kaul: UK-based Indian origin professor loses OCI over anti-India activities" https://thedailyguardian.com/united-kingdom/who-is-dr-nitasha-kaul-uk-based-indian-origin-professor-loses-oci-over-anti-india-activities/, The Daily Guardian, "UK-based Kashmiri Pandit scholar Nitasha Kaul says her OCI card has been cancelled over anti-India activities" https://www.outlookindia.com/national/uk-based-kashmiri-pandit-scholar-nitasha-kaul-says-her-oci-card-has-been-cancelled-over-anti-india-activities, Outlook India, "Intimidation in order to silence: Nitasha Kaul hits back at govt's decision to cancel OCI" https://theprint.in/india/intimidation-in-order-to-silence-nitasha-kaul-hits-back-at-govts-decision-to-cancel-oci/2631353/, The Print, "UK academic claims OCI cancelled over 'anti-India activities'" https://www.thehindu.com/news/national/uk-academic-claims-oci-cancelled-over-anti-india-activities/article69593581.ece and "194 OCI registrations revoked under Citizenship law since 2014: RTI" https://www.thehindu.com/incoming/194-oci-registrations-revoked-under-citizenship-law-since-2014-rti/article69601813.ece and "British academic Nitasha Kaul says her OCI registration cancelled" https://www.thehindu.com/news/national/british-academic-nitasha-kaul-says-her-oci-registration-cancelled/article69594330.ece, The Hindu, "Nitasha Kaul: Indian-origin UK professor says she lost overseas citizenship over 'anti-India activities'" https://www.ndtv.com/world-news/nitasha-kaul-indian-origin-uk-professor-says-she-lost-overseas-citizenship-over-anti-india-activities-8452266 and "Nitasha Kaul: The UK professor who said she lost overseas citizenship for 'anti-India activities'" https://www.ndtv.com/world-news/nitasha-kaul-the-uk-professor-who-said-she-lost-overseas-citizenship-for-anti-india-activities-8459688, NDTV, "'Vindictive and cruel': Nitasha Kaul hits out at Modi govt for cancelling her OCI" https://www.thenewsminute.com/news/vindictive-and-cruel-nitasha-kaul-hits-out-at-modi-govt-for-cancelling-her-oci, The News Minute, "India cancels OCI status of UK-based Kashmiri Pandit professor for 'anti-India activities'" https://www.telegraphindia.com/india/india-cancels-oci-status-of-uk-based-kashmiri-pandit-professor-for-anti-india-activities/cid/2100660, The Telegraph, "Who is Nitasha Kaul: UK-based Kashmiri scholar whose OCI card has been cancelled by Modi govt" https://www.livemint.com/news/india/who-is-nitasha-kaul-uk-based-kashmiri-scholar-whose-oci-card-has-been-cancelled-by-modi-govt-anti-india-activities-11747594309661.html and "OCI explained: The status under which UK professor Nitasha Kaul lost citizenship for 'anti-India acts'" https://www.livemint.com/news/oci-explained-the-status-under-which-uk-professor-nitasha-kaul-lost-citizenship-for-anti-india-acts-11747899979802.html, LiveMint, "UK professor loses OCI status over 'anti-India activities'" https://www.tribuneindia.com/news/india/uk-professor-loses-oci-status-over-anti-india-activities/ and "British Kashmiri professor claims overseas citizenship cancelled over 'anti-India activities'" https://www.tribuneindia.com/news/diaspora/british-kashmiri-professor-claims-overseas-citizenship-cancelled-over-anti-india-activities/, The Tribune, "Indian-origin professor in UK loses OCI status over 'anti-India activities'" https://www.indiatoday.in/world/uk-news/story/indian-origin-professor-in-uk-loses-oci-status-anti-india-activities-nitasha-kaul-university-of-westminster-2726943-2025-05-19 and "Indian-origin UK professor who lost OCI tag testified against India at US Congress on Kashmir" https://www.indiatoday.in/world/uk-news/story/indian-origin-uk-professor-who-lost-oci-tag-testified-against-india-at-us-congress-on-kashmir-heres-what-happened-2727461-2025-05-20, India Today (19/5/25), "Indian-origin British academic Nitasha Kaul's OCI status cancelled as 'punishment' for questioning Modi govt's 'anti-democratic' policies"

https://indianexpress.com/article/india/indian-origin-british-academic-nitasha-kaul-oci-status-cancelled-punishment-modi-govt-anti-democratic-policies-10015354/, Indian Express, "Indian-origin British academic's OCI status cancelled for questioning 'anti-democratic Modi regime'" https://scroll.in/latest/1082494/indian-origin-british-academics-oci-status-cancelled-for-questioning-anti-democratic-modi-regime, Scroll, "Nitasha Kaul: India-UK professor OCI status explained" https://www.firstpost.com/explainers/nitasha-kaul-india-uk-professor-oci-status-13889925.html, First Post, "Who is Nitasha Kaul: The London-based Kashmiri Pandit whose OCI was revoked and why" https://timesofindia.indiatimes.com/etimes/trending/who-is-nitasha-kaul-the-london-based-kashmiri-pandit-whose-oci-was-revoked-and-why/articleshow/121284701.cms, Times of India, "Kashmiri professor's OCI revocation sparks controversy" https://www.devdiscourse.com/article/law-order/3417363-kashmiri-professors-oci-revocation-sparks-controversy, DevDiscourse, "Government cancels OCI of Kashmiri Pandit scholar Nitasha Kaul" https://thekashmiriyat.co.uk/government-cancels-oci-of-kashmiri-pandit-scholar-nitasha-kaul/, The Kashmiriyat (UK), "British Kashmiri professor Nitasha Kaul claims that Indian government has cancelled her OCI" https://www.abplive.com/news/world/british-kashmiri-professor-nitasha-kaul-claims-that-indian-government-has-cancelled-her-oci-2947279, ABP, "Dealing with dissent and descent into darkness" https://www.thegoan.net/letters-to-the-editor/%EF%BB%BFdealing-with-dissent-and-descent-into-darkness/130645.html, The Goan, "'Don't dare challenge us': India revokes OCI status of Kashmiri Pandit scholar Nitasha Kaul" https://www.news9live.com/india/dont-dare-challenge-us-india-revokes-oci-status-of-kashmiri-pandit-scholar-nitasha-kaul-2854809, News 9, "British Kashmiri academician Nitasha Kaul stripped off OCI status for anti-India activities" https://english.gujaratsamachar.com/news/nri-news/british-kashmiri-academician-nitasha-kaul-stripped-off-oci-status-for-anti-india-activities, Gujarat Samachar, "UK-based Kashmiri academic claims her overseas citizenship was cancelled over 'anti-India activities'" https://www.newindianexpress.com/world/2025/May/19/uk-based-kashmiri-academic-claims-her-overseas-citizenship-was-cancelled-over-anti-india-activities, The New Indian Express (19/5/25), "Who is Nitasha Kaul: Kashmiri-origin British-based academic's OCI card cancelled" https://www.financialexpress.com/world-news/who-is-nitasha-kaul-kashmiri-origin-british-based-academics-oci-card-cancelled/3849518/, Financial Express, "UK Professor Nitasha Kaul's Overseas Citizenship of India cancelled" https://english.varthabharati.in/world/uk-professor-nitasha-kauls-overseas-citizenship-of-india-cancelled, Vartha Bharati, "UK Professor Nitasha Kaul claims she lost overseas citizenship for anti-India activities" https://ntvtelugu.com/national-news/uk-professor-nitasha-kaul-claims-she-lost-overseas-citizenship-for-anti-india-activities-801743.html, NTV Telugu, "UK academic of Indian origin stripped of OCI status for alleged anti-India activities" https://www.thehansindia.com/news/national/uk-academic-of-indian-origin-stripped-of-oci-status-for-alleged-anti-india-activities-972442, Hans India, "Who is Nitisha Kaul: Indian-origin professor to lose OCI status for anti-India activity" https://www.hindustantimes.com/india-news/who-is-nitisha-kaul-indian-origin-professor-to-lose-oci-status-for-anti-india-activity-101747730989710.html, Hindustan Times, "British Kashmiri professor alleges India canceled overseas citizenship for 'anti-India activities'" https://www.newsbytesapp.com/news/world/british-kashmiri-professor-alleges-india-canceled-overseas-citizenship-for-anti-india-activities/story/, NewsBytes, "Professor Nitasha Kaul loses OCI status over 'anti-India activities'" https://www.desiblitz.com/content/professor-nitasha-kaul-loses-

1-3 (cases, research awards, esteem assessments, testimonials); 11-42 (lectures); 43-52 (references); 44-53 (media interviews: radio/audio, TV/film, print/feature/quotes); 53-61 (target of transnational repression for my research); 62-68 (education, teaching, PhDs); 68-73 (refereeing, editorial, professional service); 73-75 (other prizes, languages, social media).

oci-status-over-anti-india-activities, Desi Blitz, "'Not a home run by a patriarch': Nitasha Kaul slams govt over OCI cancellation" https://timelinedaily.com/india/not-a-home-run-by-a-patriarch-nitasha-kaul-slams-govt-over-oci-cancellation, TimeLine, "UK-based Indian-origin professor loses OCI over 'anti-India acts' after 2024 Bengaluru deportation" https://www.news18.com/world/uk-based-indian-origin-professor-loses-oci-over-anti-india-acts-after-2024-bengaluru-deportation-9343222.html, News 18, "British-Indian professor Nitasha Kaul claims overseas citizenship cancelled over 'anti-India activities'" https://www.theindianpanorama.news/indians-abroad/indians-abroad-indians-abroad/british-indian-professor-nitasha-kaul-claims-overseas-citizenship-cancelled-over-anti-india-activities/, The Indian Panorama, "UK academic claims OCI cancelled over 'anti-India activities'" https://www.greaterkashmir.com/latest-news/uk-academic-claims-oci-cancelled-over-anti-india-activities/, Greater Kashmir, "UK Kashmiri professor claims OCI cancelled over 'anti-India activities'" https://www.etvbharat.com/en/!international/uk-kashmiri-professor-claims-oci-cancelled-over-anti-india-activities-enn25051903454, ETV Bharat, "India revokes OCI status of UK-based Professor Nitasha Kaul over anti-India activities" https://deshgujarat.com/2025/05/19/india-revokes-oci-status-of-uk-based-professor-nitasha-kaul-over-anti-india-activities/, Desh Gujarat (19/5/25), "Kashmiri Pandit professor Nitasha Kaul in UK loses OCI card over alleged anti-India activities" https://english.jagran.com/world/kashmiri-pandit-professor-nitasha-kaul-in-uk-loses-oci-card-over-alleged-anti-india-activities-10238838 and "Who is Nitasha Kaul: Indian-origin UK-based academic claims she lost her OCI status over alleged anti-India activities" https://english.jagran.com/world/who-is-nitasha-kaul-indianorigin-ukbased-academic-claims-she-lost-her-oci-status-over-alleged-antiindia-activites-10239017, English Jagran, "Who is Nitasha Kaul: Indian-origin UK professor who claims to lose OCI status for anti-India activities" https://www.wionews.com/world/who-is-nitasha-kaul-indian-origin-uk-professor-who-claims-to-lose-oci-status-for-anti-india-anti-modi-activities-1747749357708, Wion, "MHA cancels OCI of Kashmiri origin scholar Nitasha Kaul" https://kashmirlife.net/mha-cancels-oci-of-kashmiri-origin-scholar-nitasha-kaul-391469/, Kashmir Life, "Academic Nitasha Kaul's OCI status cancelled, 'punishment for questioning policies of Modi govt,' she says" https://maktoobmedia.com/india/academic-nitasha-kauls-oci-status-cancelled-punishment-for-questioning-policies-of-modi-govt-she-says/, Maktoob Media, "Who is Nitasha Kaul: UK-based Indian-origin professor loses OCI status over 'anti-India acts'" https://www.timesnownews.com/world/uk/who-is-nitasha-kaul-uk-based-indian-origin-professor-loses-oci-status-over-anti-india-acts-article-151677879, Times Now, "Indian-origin professor Nitasha Kaul in UK says OCI status cancelled over 'anti-India activities'" https://www.indiatvnews.com/news/world/indian-origin-professor-nitasha-kaul-in-uk-says-oci-status-cancelled-over-anti-india-activities-2025-05-19-990963, India TV News (19/5/25), "Who is Nitasha Kaul: Indian-origin professor in Britain loses OCI status over 'anti-India activities'" https://www.freepressjournal.in/world/who-is-nitasha-kaul-indian-origin-professor-in-britain-loses-oci-status-over-anti-india-activities, Free Press Journal, "India revokes OCI status of Kashmiri origin scholar Nitasha Kaul" https://freepresskashmir.news/2025/05/19/india-revokes-oci-status-of-kashmiri-origin-scholar-nitasha-kaul/, Free Press Kashmir (19/5/25), "Who is Nitasha Kaul: Indian-origin UK professor invited to India, deported at airport and now stripped of OCI"

©Nitasha Kaul

Navigation Key by Page Numbers in CV

Case 1:23-cv-00289-VM    Document 1-11    Filed 09/22/25    Page 70 of 85

1-3 (posts & research invited); 4-6 (assessments, consultancies); 7-42 (lectures, conferences); 43-52 (media interviews:
radio/audio, TV/film, print/feature/quotes); 53-61 (target of transnational repression for my research); 62-68 (education, teaching, PhDs);
68-73 (refereeing, editorial, professional service); 73-75 (other prizes, languages, social media).

https://english.mathrubhumi.com/news/world/who-is-nitasha-kaul-indian-origin-uk-professor-invited-to-india-deported-at-airport-and-now-stripped-of-oci-c6t1vugy, Mathrubhumi, "British Kashmiri professor claims OCI status cancelled by India over 'anti-India activities'"
https://news24online.com/world/british-kashmiri-professor-claims-oci-status-cancelled-by-india-over-anti-india-activities/566929/, News 24, "UK academic's OCI revoked by India" https://www.editorji.com/world-news/uk-academic's-oci-revoked-by-india-1747654824502, Editorji, "Nitasha Kaul: OCI card cancelled for 'anti-India activities'"
https://www.opindia.com/2025/05/nitasha-kaul-oci-card-cancelled-for-anti-india-activities/, OpIndia, "Indian-origin academic's OCI cancelled due to 'anti-India activities'" https://www.edexlive.com/news/2025/May/19/indian-origin-academics-oci-cancelled-due-to-anti-india-activities, Edex Live (19/5/25), "Indian-origin professor who lost OCI tag testified against India on Kashmir in US" https://www.msn.com/en-in/news/india/indian-origin-professor-who-lost-oci-tag-testified-against-india-on-kashmir-in-us/ar-AA1F6P5O, MSN, "OCI cancellation of British professor on anti-India charges" https://vaartha.com/oci-cancellation-of-british-professor-on-anti-india-charges/international-news/490045/, Vaartha, "UK-based Professor Nitasha Kaul's OCI status cancelled by Centre over 'anti-India activities'" https://www.oneindia.com/india/uk-based-professor-nitasha-kaul-s-oci-status-cancelled-by-centre-over-anti-india-activities-4157499.html, One India, "UK-based academic Nitasha Kaul's OCI status was cancelled by the Indian government over alleged anti-India activities" https://diyatvusa.com/uk-based-academic-nitasha-kauls-oci-status-was-cancelled-by-the-indian-government-over-alleged-anti-india-activities/, Diya TV (USA), "Indian govt cancels academic Nitasha Kaul's OCI status" https://www.siasat.com/indian-govt-cancels-academic-nitasha-kauls-oci-status-3222739/, Siasat, "India: British Kashmiri professor Nitasha Kaul's" https://kashmirenglish.pk/india-british-kashmiri-professor-nitasha-kauls/, Kashmir Digital (Pakistan), "Indian-origin British academic Nitasha Kaul claims OCI status cancelled for questioning Modi govt policies" https://www.jansatta.com/national/indian-origin-british-academic-nitasha-kaul-claims-oci-status-cancelled-for-questioning-modi-govt-policies/3970027/, Jansatta (Hindi), "Who is Nitasha Kaul and why did government cancel her Overseas Citizenship of India" https://newsable.asianetnews.com/world/who-is-nitasha-kaul-and-why-did-government-cancel-her-overseas-citizenship-of-india-ddr/articleshow-2cloo5l and "Nitasha Kaul: UK professor says her Overseas Citizenship of India cancelled" https://www.asianetnews.com/international-news/nitasha-kaul-uk-professor-says-her-overseas-citizenship-of-india-cancelled-swjrzy, AsiaNet News, "UK Professor Nitasha Kaul OCI card cancelled: Detail information" https://sandesh.com/india/uk-professor-nitasha-kaul-oci-card-cancelled-detail-information-india and "Nitasha Kaul: Indian-origin professor in Britain accused of anti-India activities, OCI card cancelled" https://sandesh.com/world/nitasha-kaul-indian-origin-professor-britain-accused-anti-india-activities-oci-card-cancelled-world, Sandesh, "India revokes OCI status of UK-based Kashmiri Prof Natasha for speaking against Modi's policies" https://24newshd.tv/19-May-2025/india-revokes-oci-status-of-uk-based-kashmiri-prof-natasha-for-speaking-against-modi-s-policies, 24 News (19/5/25), "Nitasha Kaul: Indian-origin professor UK loses OCI status" https://thefederal.com/category/news/nitasha-kaul-indian-origin-professor-uk-loses-oci-status-187704, The Federal, "Ali Khan Mahmudabad and free speech" https://kashmirtimes.com/opinion/comment-articles/ali-khan-mahmudabad-and-free-speech, Kashmir Times, "Democracy is reshaping" https://stratheia.com/democracy-is-reshaping/, Stratheia, "India revokes

©Nitasha Kaul
Navigation Key by Page Numbers in CV
Case 1:23-cr-00289-VM Document 111-42 Filed 09/22/25 Page 71 of 85
1-3 (positions, research awards, editor assessments); documents; 11-42 (edited contributions); 43-52 (conferences); media interviews:
radio/audio, TV/film, print/feature/quotes); 53-61 (target of transnational repression for my research); 62-68 (education, teaching, PhDs);
68-73 (refereeing, editorial, professional service); 73-75 (other prizes, languages, social media).

British academic Nitasha Kaul's OCI status"
https://madhyamamonline.com/india/india-revokes-british-academic-nitasha-kauls-oci-status-1410193, Madhyamam, "Karma News video report"
https://www.facebook.com/watch/?v=9924589737598285, Karma News, "British professor barred from India over anti-national work vows to fight back: 'I cannot be silenced'" https://www.inkl.com/news/british-professor-barred-from-india-over-anti-national-work-vows-to-fight-back-i-cannot-be-silenced, Inkl, "Who Is Nitasha Kaul: UK-Based Kashmiri Pandit Scholar Whose OCI Card Is Cancelled Over Anti-India Activities"
https://menafn.com/1109565009/Who-Is-Nitasha-Kaul-UK-Based-Kashmiri-Pandit-Scholar-Whose-OCI-Card-Is-Cancelled-Over-Anti-India-Activities-Today-News-Data-Next-Head, MenaFN, "UK Professor Nitasha Kaul claims she lost overseas citizenship for anti-India activities"
https://www.vijayavani.net/uk-professor-nitasha-kaul-claims-she-lost-overseas-citizenship-for-anti-india-activities, Vijayawani, "Is judicial overreach on OCI cards issue emboldening anti-India forces?"
https://tfipost.com/2025/05/is-judicial-overreach-on-oci-cards-issue-emboldening-anti-india-forces/, TFI Post, "Professor Dr Nitasha Kaul"
https://newsofkashmir.com/index.php/2025/05/19/professor-dr-nitasha-kaul/, News of Kashmir (19/5/25), "Indian-origin British scholar loses OCI status, vows legal battle against government"
https://dailytimes.com.pk/1303988/indian-origin-british-scholar-loses-oci-status-vows-legal-battle-against-government/, Daily Times (Pakistan), "Kashmiri-origin UK professor loses OCI status over criticism of rights violations in IIOJK" https://kmsnews.org/kms/2025/05/19/kashmiri-origin-uk-professor-loses-oci-status-over-criticism-of-rights-violations-in-iiojk.html, Kashmir Media Service (19/5/25), "Nitasha Kaul: Indian-origin British academic OCI card cancel, blame Modi government"
https://www.thelallantop.com/news/post/nitasha-kaul-indian-origin-british-academic-oci-card-cancel-blame-modi-government, Lallantop, "India revokes citizenship of British professor of Kashmiri origin"
https://www.prothomalo.com/world/india/32wha4ztp3, Prothomalo (Bangladesh), "Nitasha Kaul's overseas citizenship revoked for criticizing Modi" https://arynews.tv/nitasha-kauls-overseas-citizenship-revoked-for-criticizing-modi/, ARY News (Pakistan), "Nitasha Kaul article"
https://hamariweb.com/articles/168733, Hamari Web (Pakistan), Swiss Public Radio (Schweizer Radio und Fernsehen, SRF), "Zunehmend eingeschränkte Meinungsfreiheit in Indien" ("Freedom of expression increasingly restricted in India", 2'30'' onwards)
https://www.srf.ch/audio/echo-der-zeit/zunehmend-eingeschraenkte-meinungsfreiheit-in-indien?partId=3N0NvpF2yWQXxzU_69Rkhwe1c28

## EDUCATIONAL QUALIFICATIONS

1998-2002
**Joint PhD in Philosophy and Economics**
University of Hull, UK (full scholarship)

Doctoral Thesis title: "Interrogating the Subject-World of Economic Epistemology: Re-Imagining Theory and Difference" (degree awarded at viva in June 2003 without any revisions).

Examiners: Professor Tony Lawson (University of Cambridge, Economics) and Professor Paul Gilbert (University of Hull, Philosophy).

1997-1998
**MSc Economics with a specialisation in Public Policy**

©Nitasha Kaul

University of Hull, UK (full scholarship)

Masters' Dissertation Title: "Economics and Economic Decision-Making: Self-Serving Biases, Cognitive Dissonance and Policy".

1994-1997
**BA with Honours in Economics, First Division,**
University of Delhi (Shriram College of Commerce, SRCC), India

13 Main papers in Economics and 4 subsidiary papers in Mathematics, English Literature, Hindi Literature.

1980-1994
**St. Thomas School, New Delhi, India**
(Central Board of Secondary Education, CBSE)
89% with 5 As at XIIth class/A level school leaving exams (Science stream). Main papers – Physics, Chemistry, Biology, Mathematics and English Literature.

82% with 4 As and 1B at Xth class/GCSE level, Main papers – English, Hindi, Mathematics, Science, Social Studies.

**TEACHING (details)**

Fellow, Higher Education Academy (HEA), in recognition of attainment against the UK Professional Standards Framework for teaching and learning support in higher education (Certificate Recognition Reference PR125248).

Tutoring of undergraduate and postgraduate students.
Supervision of undergraduate and postgraduate dissertations in a variety of subject areas.

**PhD Supervision** (currently ongoing/recently completed) -

Recently completed

Shala Cachelin, "A Postcolonial Critique of Tear Gas Use". Awarded the UoW Globally Engaged Research (GER) Scholarship in 23/24. (Awarded without any revisions, May 2024).
Birzhan Bakumbayev, "Kazakhstan's Foreign Policy since Independence:
A Small State from Order Taker to Order Maker (1991-2021)" (Awarded January 2024). Awarded the UoW Globally Engaged Research (GER) Scholarship twice in 22/23.
Umer Jan, "Contested Politics of Militarisation, Democracy and Development: A study of civil bureaucracy in India-controlled Kashmir" (Awarded with minor revisions, September 2023).
Promod Tandan, "A postcolonial approach to Nepal's geopolitics, hydro-politics, and border-politics" (Awarded with minor revisions, November 2022).
Eduarda Fontes, "Politics of Education and National Identity in the Age of Bolsonarismo in Brazil" (Awarded May 2022).
Annapurna Menon, "Coloniality of a Postcolonial Nation-State: India in Indian Administered Jammu & Kashmir" (Awarded with minor revisions, May 2022).
Omar Khan, "Coloniality and the Courtroom: Understanding Pre-trial Judicial Decision Making in Brazil" (Awarded without any revisions, February 2022).

Ongoing

Aishath Leesha, "An analysis of domestic and international dynamics of Maldives as

©Nitasha Kaul

a democratising small state in a region of great power rivalry" (APR3).
Dechen Rabgyal, "Agency amidst constraints: Bhutan's foreign policy choices and the Himalayan spheres of influence" (APR2).
Namgyel Wangchuk, "Analysing the politics of education policies in democratising Bhutan" (APR2).
Margaret Go, "Evaluating representations/interpretations of China's rise in International Relations Theory (IRT) with United States foreign policy towards China (1949-current) Sino-US Foreign Policy" (APR3).
Emmett Meta, "What happens when disinformation becomes state policy? A comparative analysis of 'Love Jihad' laws and 'Bathroom Bills'" (APR1).
Mandeep Sidhu, "BJP, Decoloniality, and Shaheen Bagh protests in India" (co-supervised with University of Brighton, under Techne AHRC Doctoral Training Partnership, DTP).

Internal PhD Assessor for DPIR, theses in areas such as Pakistan Foreign Policy and National Identity, Development, Democratisation and the State in Egypt.

**PhD Examiner** - City University of Hong Kong, PhD (2024), Indian Institute of Technology (IIT) Kharagpur (2024), University of Edinburgh, PhD (2018), University of Westminster, PhD (2019, 2021), University of St. Andrews (2020).

## (2024-2025)

Lectures and Seminars, University of Westminster, London, Politics and International Relations, School of Social Sciences
"7PIRS026W: State, Politics and Violence", September 2024 to January 2025, Students: Postgraduate students pursuing the MA programme in Politics and International Relations (IR), Hours per week: 3

"7DIPP002W Diplomacy, Crises and Global Challenges", September 2024 to January 2025, Students: Postgraduate students pursuing the MA programme in Diplomacy and Global Politics, Hours per week: 3 (Delivered as a short burst module).

Lecture on "Gender, State, Violence, and War", (BA module 4PIRS009W 'Introduction to International Relations' in Politics and International Relations), 15 November 2024.

Member, Social Sciences Research and Knowledge Exchange Committee and SDG Dialogue Initiative.

Selection committee (2025), School of Social Sciences/Centre for the Study of Democracy/Quintin Hogg Scheme for PhD Studentships, University of Westminster.

Co-organiser, "Connecting Social Sciences Event" to encourage cross-School interdisciplinary collaborations between colleagues in politics and international relations, psychology, sociology, and criminology, UoW21 May 2025.

Postdoctoral Mentor for Westminster Research Fellow (Dr Juweria Ali), School of Social Sciences, University of Westminster, September 2023-August 2025. In March 2025, Dr Ali was awarded the British Academy Innovation Fellowship to work with Conciliation Resources for her project on gender and peacemaking in the Somali Region of Ethiopia. Read here.

## (2023-2024)

Lectures and Seminars, University of Westminster, London, Politics and International Relations, School of Social Sciences

©Nitasha Kaul

1-3 (posts), 4-13 (research/writing about assessment), 14-42 (lectures), 43-52 (conferences); 52-53 (media/interviews: radio/audio, TV/film, print/feature/quotes); 53-61 (target of transnational repression for my research); 62-68 (education, teaching, PhDs); 68-73 (refereeing, editorial, professional service); 73-75 (other prizes, languages, social media).

"7PIRS026W: State, Politics and Violence", September 2023 to January 2024, Students: 41 Postgraduate students pursuing the MA programme in Politics and International Relations (IR), Hours per week: 3

"7DIPP002W Diplomacy, Crises and Global Challenges", September 2023 to January 2024, Students: 23 Postgraduate students pursuing the MA programme in Diplomacy and Global Politics, Hours per week: 3 (Delivered as a short burst module).

Lecture 'Kerala People's Planning' for "7PIRS030W Democratic Innovations: Participatory spaces around the world" (MA module in Politics and International Relations), co-delivered with Dr Nisar Kannangara, 14 February 2024.

Invited guest lecture on 'Multiculturalism and Diaspora in India, UK, and Beyond' for "POLS434 Multiculturalism" (BA module in Political Studies) at Queen's University, Canada, 23 November 2023.

Selection/interview committee (2024), PhD Studentships via School of Social Sciences/Centre for the Study of Democracy and the Quintin Hogg Trust (QHT), University of Westminster.

Selection/interview committee (2024), School of Social Sciences/Centre for the Study of Democracy, PhD Studentships, University of Westminster.

Member, Social Sciences RKE Committee and SSS Review Meetings (2024).

Assessment panel (for Senior Research Development and Awards Manager), Research and Knowledge Exchange Office (RKEO), and RKEO, University of Westminster.

## (2022-2023)

Teaching on modules: 'Kerala People's Planning' for "7PIRS030W Democratic Innovations: Participatory spaces around the world" (MA module in Politics and International Relations); 'Misogyny and Feminist Perspectives in Political Psychology" for " 6PSYC018W Political Psychology" (BA module in Psychology).

Co-designed and teaching lectures and seminars on a new core module for MA in Diplomacy and Global Politics "7DIPP002W Diplomacy, Crises and Global Challenges".

Postdoctoral Mentor for Visiting CSD Fellow Dr Anukriti Dixit, University of Berne, Switzerland, for project on "Discourses of gender equality in populist movements: Understanding policies and feminisms in the Indian context", July-August 2023.

Selection/interview committee (2023), School of Social Sciences/Centre for the Study of Democracy, PhD Studentships, University of Westminster.

## (2021-2022)

Lectures and Seminars, University of Westminster, London, Politics and International Relations, School of Social Sciences
"7PIRS026W: State, Politics and Violence", September 2019 to January 2020, Students: 33 Postgraduate students pursuing the MA programme in Politics and International Relations (IR), Hours per week: 3

Fellowship Assessment panel (for KNOCA Fellowships, 2021), Researcher

©Nitasha Kaul

Navigation Key by Page Numbers in CV
1-3 (positions, research awards, grant assessments), 4-11, 11-42 (lectures, conferences, talks, media/interviews;
radio/audio, TV/film, print/feature/quotes); 53-61 (target of transnational repression for my research); 62-68 (education, teaching, PhDs);
68-73 (refereeing, editorial, professional service); 73-75 (other prizes, languages, social media).

Development Award assessment panel (for Early Career Researchers, 2021), School of Social Sciences, University of Westminster.

**(2019-2020)**

Lectures and Seminars, University of Westminster, London, Politics and International Relations, School of Social Sciences
"7PIRS026W: State, Politics and Violence", September 2019 to January 2020
Students: 40 Postgraduate students pursuing the MA programme in Politics and International Relations (IR), Hours per week: 3

"7PIRS022W: Postcolonial International Relations? Theories and Concepts", September 2019 to January 2020
Students: 15 Postgraduate students pursuing the MA programme in Politics and International Relations (IR), Hours per week: 3

Selection/interview committee (2020), School of Social Sciences/Centre for the Study of Democracy, PhD Studentships, University of Westminster.

**(2018-2019)**

Lectures and Seminars, University of Westminster, London, Politics and International Relations, School of Social Sciences
"7PIRS026W: State, Politics and Violence", September 2018 to January 2019
Students: 47 Postgraduate students pursuing the MA programme in Politics and International Relations (IR), Hours per week: 3

"7PIRS022W: Postcolonial International Relations? Theories and Concepts", September 2018 to January 2019
Students: 20 Postgraduate students pursuing the MA programme in Politics and International Relations (IR), Hours per week: 3

Guest Lectures on modules including Imagining Global Society and Politics, and Political Ideas in Action.

**(2017-2018)**

Lectures and Seminars, University of Westminster, London, Department of Politics and International Relations
"7PIRS026W: State, Politics and Violence", September 2017 to January 2018
Students: 33 Postgraduate students pursuing the MA programme in Politics and International Relations (IR), Hours per week: 3

"7PIRS022W: Postcolonial International Relations? Theories and Concepts", September 2017 to January 2018
Students: 27 Postgraduate students pursuing the MA programme in Politics and International Relations (IR), Hours per week: 3

"6PIRS013W: Postcolonial Politics and International Relations", September 2017 to January 2018
Students: 106 Final (third) year undergraduate students on the BA programme in politics and international relations (IR), Hours per week: 5-6.

©Nitasha Kaul

Navigation Key by Page Numbers in CV
1-3 (basic, research+awards+grant assessment); 4-10 (outputs); 11-42 (invited talks, conferences); 43-52 (media/interviews:
radio/audio, TV/film, print/feature/quotes); 53-61 (target of transnational repression for my research); 62-68 (education, teaching, PhDs);
68-73 (refereeing, editorial, professional service); 73-75 (other prizes, languages, social media).

February-March 2018 - PhD mentoring seminar and occasional guest lectures on other UG politics and IR modules.

6-9 February 2018 - Lectures for Tri-Service University Short Course Programme for Ministry of Defence (MoD, UK), Module on "USCP Asia, Africa and Latin America: Dynamism and Change in the Global South".

## (2016-2017)

Lectures and Seminars, University of Westminster, London, Department of Politics and International Relations
"7PIRS026W.1: State, Politics and Violence", September 2016 to January 2017
Students:  24 Postgraduate students pursuing the MA programme in Politics and International Relations (IR), Hours per week: 3

"7PIRS022W.2: Postcolonial International Relations? Theories and Concepts", January 2017 to June 2017
Students: 17 Postgraduate students pursuing the MA programme in Politics and International Relations (IR), Hours per week: 3

20-24 February 2017 - Lectures for Undergraduates on "Migrant Writers and Artists", on Cross Faculty Elective Module, London Lives: Migrant London Module (Code 4SOCL008W), University of Westminster, London.

## (2015-2016)

Lectures and Seminars, University of Westminster, London, Department of Politics and International Relations
"1ISP7A1: State, Politics and Violence", September 2015 to January 2016
Students: 30 Postgraduate students pursuing the MA programme in Politics and International Relations (IR), Hours per week: 3

"1ISP7C4: Postcolonial International Relations? Theories and Concepts", January 2016 to June 2016
Students: 19 Postgraduate students pursuing the MA programme in Politics and International Relations (IR), Hours per week: 3

## (2014-2015)

University of Westminster, London, Department of Politics and International Relations
"1ISP7A1: State, Politics and Violence", September 2014 to January 2015
Students: 19 Postgraduate students pursuing the MA programme in Politics and International Relations (IR), Hours per week: 3

"1ISP7C4: Postcolonial International Relations? Theories and Concepts", January 2015 to June 2015
Students: 19 Postgraduate students pursuing the MA programme in Politics and International Relations (IR), Hours per week: 3

## (2012-2013)

©Nitasha Kaul

Navigation Key by Page Numbers in CV
1-3 (about); 4-10 (academic positions, education, awards); 11-42 (lectures, conferences); 43-53 (media/interviews:
radio/audio, TV/film, print/feature/quotes); 53-61 (target of transnational repression for my research); 62-68 (education, teaching, PhDs);
68-73 (refereeing, editorial, professional service); 73-75 (other prizes, languages, social media).

Lectures and Seminars, <u>University of Westminster</u>, London, <u>Department of Politics and International Relations</u>
"1ISP7B1: <u>Politics, Public Life, and the Media</u>", January to June 2012
Students: 10 Postgraduate students pursuing the MA programme in Politics and International Relations (IR), Hours per week: 3

"1ISP7C4: <u>Postcolonial International Relations? Theories and Concepts</u>", September 2012 to January 2013
Students: 12 Postgraduate students pursuing the MA programme in Politics and International Relations (IR), Hours per week: 3

**(2010-2011)**

Lectures and Seminars, <u>Royal Thimphu College</u>, <u>Department of English</u>
"ENGL 202: <u>Creative Writing: Fiction and Non-Fiction</u>", July 2010 to January 2011
Students: 60 second year BA Honours in English/Economics, English/Environmental Studies, English/Dzongkha undergraduates
Hours per week: 10
"<u>Orientation to College Learning</u>", July 2010 to January 2011
Students: 45 first year joint BA in English undergraduates
Hours per week: 2
Tutoring and supervision of undergraduate students

**(2002-2006)**

Lectures and Seminars, <u>University of the West of England</u>, <u>Department of Economics (Bristol Business School)</u>
"E303: <u>Applied Economics</u>", September to June 2002-04
Students: 55 third year joint honours undergraduates
Hours per week: 4
"E100: <u>Economic Principles and Applications</u>", September to June 2002-04
Students: 200 first year social science undergraduates
Hours per week: 3

Tutoring of undergraduate students
Supervision of 12 final year undergraduate dissertations in a variety of subject areas
School of Economics representative on the Faculty Library Advisory Committee
Member of School Program Review Board
Member of Women's Research Network (WRN)
Co-ordinator for Political Economy research group at the Centre for Research in Economics

**(2004)**

Lectures and Seminars, <u>University of Bath</u>, <u>Department of Economics and International Development</u>
"EC20013: <u>Economic Thought and Policy</u>", February-June 2004
Students: 23 second and third year economics undergraduates
Hours per week: 2

**(2003)**

Lectures and Seminars, <u>University of Bath</u>, <u>Department of Economics and International Development</u>

©Nitasha Kaul

"EC20080: Policy and Politics", October 2003-January 2004.
Students: 110 second year politics undergraduates
Hours per week: 4

**(1998–2002)**

University of Hull, School of Economics
"10372: Dynamic Economic Development", October 2001-June 2002
Students: 60 third year undergraduates
Hours per week: 4
"10245: Development Economics", October 2001-June 2002
Students: 45 second year undergraduates
Hours per week: 3
"10241: Theory of the Firm and Welfare Economics", October 1999-June 2000 & October 2001-June 2002
Students: 40 second year undergraduates
Hours per week: 3 & 2
"10244: Economics of Natural Resources", October 1998-June 1999 & October 1999-June 2000
Students: 50 second year undergraduates
Hours per week: 4 & 2
"10234: Economics of the Environment", October 1998-June 1999, October 1999-June 2000, & October 2000-June 2001
Students: 50 second year undergraduates
Hours per week: 2, 4 & 2
"10111: Principles of Microeconomics", October 1998-June 1999
Students: 45 first year undergraduates
Hours per week: 3
"10110: Introduction to Microeconomics", October 1999-June 2000 & October 2000-June 2001
Students: 35 first year undergraduates
Hours per week: 2 & 3
"10120: Introduction to Macroeconomics", October 1998-June 1999
Students: 30 first year undergraduates
Hours per week: 2
"10125: World Economy", October 2001-June 2002
Students: 60 first year undergraduates
Hours per week: 4
Member of the Staff-Student Committee, University of Hull

**OTHER PROFESSIONAL, CRITICAL, SCHOLARLY ACTIVITIES
(Refereeing, editorial positions, research training, organising, staff development courses, summer schools, professional memberships, trusteeships, jury panels, consultancies, thoughtful use of social media)**

Journal Referee/Manuscript Reviewer
International Studies Quarterly; International Politics; International Affairs; Millennium: Journal of International Studies; The British Journal of Politics and International Relations; Politics & Gender; Historical Materialism; Democratization; Asian Journal of Comparative Politics; Australian Journal of International Affairs; Social Identities; Nations and Nationalism; Government and Opposition; Environmental Politics; Politics; Public Culture; Feminist Economics; Sage Open Access; Theory, Culture and Society; Culture Dynamics; Strategic Analysis; The American Journal of Economics and Sociology; Contemporary Political Theory; ACME: An International Journal for Critical Geographies; Social and Personality Psychology Compass; India Quarterly: A Journal of International Affairs; Contexto

69

©Nitasha Kaul

Internacional; South Asia: Journal of South Asian Studies; The Romanian Journal of Society and Politics; St. Antony's International Review (STAIR); Social Semiotics; European Journal of Cultural and Political Sociology; Antipode; East Asia Forum; Journal of International and Comparative Social Policy; International Journal of Asian Studies; Global Studies Quarterly; Journal of Economic Methodology; Journal of Policing, Intelligence and Counter Terrorism.

Editorial Board
International Studies Review (International Studies Association/ISA journal), HIMALAYA (Association for Nepal and Himalayan Studies/ANHS journal).

Book Manuscript Reviewer
Pluto Books, Palgrave Macmillan, Polity Books, Routledge, Oxford University Press (OUP), Springer Nature, Edinburgh University Press.

Memberships (current or previous): Chatham House, European Consortium for Political Research (ECPR), European International Studies Association (EISA), British International Studies Association (BISA), International Studies Association (ISA), Association for Asian Studies (AAS), International Association for Tibetan Studies (IATS), The Association for Nepal and Himalayan Studies (ANHS), Political Studies Association (PSA), Association for the Study of Ethnicity and Nationalism (ASEN), Bhutan Society of the UK, Association for the Advancement of African Women Economists, International Economics and Philosophy Society (IEPS), Royal Economic Society (RES), World Economics Association (WEA), International Association For Feminist Economics (IAFFE), Association for Social Economics (ASE), International Association of Women Philosophers (IAWP), Society for Advancement of Socio-Economics (SASE), Women's Studies Network Association (WSNA), Association For Heterodox Economics (AHE), International Network for Economic Method (INEM), International Society for Self and Identity, American Comparative Literature Association (ACLA), Allied Social Sciences Association (ASSA), American Economic Association (AEA).

In addition to providing expert testimony at the US Congress, I have been part of knowledge exchange interventions and expert consultations for a wide variety of organisations such as US State Department, FCDO UK, Cabinet Office UK, European Parliament, Amnesty International, V Dem, Human Rights Watch, National Endowment for Democracy, Freedom House, United States Commission on International Religious Freedom, USCIRF.

Member, INSAAN Network (India and South Asia Analysts Network) policy-focused network of South Asia experts aimed at UK Government, think-tank sector and media.

Invited academic reviews/endorsements for --
"Democracy Lighthouse" (part of the Global Challenges to Democracy Programme of the Toda Peace Institute), and for Penguin UK title Survival is a Promise: The Eternal Life of Audre Lorde" by Alexis Pauline Gumbs (Penguin Books, 2024).

Politics and International Relations Analysis Expert/Stakeholder Interview for Political Studies State of the Discipline Report, Higher Education and Research Policy, The British Academy, 3 May 2024.

Country Expert for V-Dem Project (Varieties of Democracy Project), University of Gothenburg, Sweden, 2023-2024.

Member, Turing University Network on AI and Data research, University of

©Nitasha Kaul

Westminster, 2023 onwards.

Jury Panel Member, Visual and Video Art Entry Prize Selection, Exhibition on "Diversity and Religion in Europe", organised by Media Diversity Institute (MDI) and Get the Trolls Out! (in collaboration with MA in Diversity and Media, and Diversity and Inclusion Research Community, University of Westminster), November 2022-February 2023.

Project Consultancy interview, Protagonist, 19 August 2022.

Trustee and Director, Tibet Watch UK Board, appointment from 2022 onwards.

Peer Review College Induction, AHRC (Arts and Humanities Research Council), ISH Venue at Park Crescent, London, 22 March 2022.

Video, British Kashmiri Identity Campaign, 28 February 2021.

Signatory, "Free Tanveer Ahmed (Azad Jammu and Kashmir) immediately", 19 October 2020.

Signatory, "'What Was Umar Khalid's Crime?': Over 200 Thinkers Across the World Extend Solidarity", 24 September 2020.

Signatory, "Africa's Pandemic Response Calls for Reclaiming Economic and Monetary Sovereignty: An Open Letter", 6 September 2020.

Signatory, "90 UK Scholars Condemn 'Crackdown on Dissent' During India's COVID-19 Lockdown", 8 May 2020.

Signatory, "Corporate Governance for Sustainability" (project on The Modern Corporation), 7 January 2020.

Signatory, "Kashmir solidarity statement by artists, filmmakers and creative workers", 18 September 2019.

Signatory, "Kashmiri Pandits, Dogras and Sikhs Sign Petition Condemning Abrogation of Article 370", 10 August 2019.

Signatory, "India's government fails to act on violence against women and girls", 8 August 2019.

Kashmir Scholars Consultative and Action Network (KSCAN) Signatory, "Open Letter to the United Nations Secretary General: The UN must live up to its responsibility to mediate a peaceful settlement of the Kashmir conflict", 18 March 2019.

Signatory, "Resistance is bigger than hate: Justice for Kathua Rape Victim", 9 March 2018.

Signatory, "Indian state must end its violence in Kashmir", in The Guardian, 28 July 2016.

Signatory, "Open letter to the writers attending Vedanta JLF London 2016", Round Table India, 12 May 2016.

Signatory, "Open letter to David Cameron: writers urge British Government to safeguard freedom of expression in India", (PEN International letter signed by authors), The Guardian, 12 November 2015.

©Nitasha Kaul

Signatory, "On his UK visit, Narendra Modi must be held accountable for his record on human rights in India", (letter signed by UK Academics), The Guardian, 11 November 2015.

Signatory, "Call for UK, EU and non-EU students to be treated and valued equally" in The Guardian, 2 March 2014.

Member, Camden and Islington NHS Foundation Trust, London, 2013 onwards

Signatory, "Economists calling for Robin Hood Tax" call in The Guardian, 19 June 2010 and 13 April 2011 (Robin Hood Tax initiative).

Delegate, "Rule of Law and Political Emergencies", LSE Forum in Legal and Political Theory Conference, London School of Economics, UK, 15 May 2009.

Delegate, "Gender and Collective Violence" ESRC Workshop, Centre for International Politics, City University, UK, 16-17 February 2007.

Delegate, "Gender and Governance: Gender and International Relations in Britain" Workshop, British Journal of Politics and International Relations and Governance Research Centre, Department of Politics, University of Bristol, UK, 28 September 2006.

Organiser, pre-conference workshop, "Introduction to Feminist Economics" (for graduate students, newcomers to feminist economics, and those involved in gender related work in fields such as development), All Souls College, University of Oxford, UK, 4 August 2004.

Awarded ESRC (Economic and Social Research Council) Research Methods Training Programme, "Focusing on the Case in Quantitative and Qualitative Research", University of Durham, UK.
"Exploring Cases and Explaining Trajectories using Numerical Taxonomy Methods", 8-9 July 2004.

"Research Supervision Training", Academic Development Programme, University of the West of England, 16 January 2004.

Participant, Mobility Funding opportunities Framework Programme 6 (European Commission), UK Research Office, Bristol, 10 October 2003.

"Post Graduate Certificate in Teaching and Learning", Awarded with Distinction, Academic Professional Development Programme, University of the West of England, September 2002-June 2003.
Three modules of 20 Credits each:
"UTCF11SM: Learning and Teaching in Higher Education"
Hours per week: 3
"UTCR09SM: Researching Higher Education"
Hours per week: 3
"UTCF15S3: The Practice of Teaching in Higher Education".
Year-long Portfolio and Teaching Observation

BlackBoard e-learning pilot, University of the West of England, 2002-03.
Successfully delivered "Virtual Seminars" for E100 first year Introductory Module on a Personal Development Profiling (PDP) basis.

"New Technologies to support the Teaching Role", eLearning / Centre for Learning

©Nitasha Kaul
Case 1:23-cr-00289-VM Document 111-12 Filed 09/22/25 Page 82 of 85
**Navigation Key by Page Numbers in CV**
1-3 (positions, research & membership roles); 4-11 (education); 11-42 (lectures, talks, conferences); 43-53 (media & films); 53-62 (media interviews: radio/audio, TV/film, print/feature/quotes); 53-61 (target of transnational repression for my research); 62-68 (education, teaching, PhDs); 68-73 (refereeing, editorial, professional service); 73-75 (other prizes, languages, social media).

Development, University of Hull, 14 March 2002.

Founding member, IAFFE-Europe (European network for Feminist Economics), 2002.

"Methodologies for Heterodox Economics", Economic And Social Research Council (ESRC) Workshop, School of Oriental and African studies (SOAS), London, UK, 23-25 November 2001.

"Institutionalist perspectives on the 'New Economy' and 'Globalization'", AFEE/UMKC (Association for Evolutionary Economics/University of Missouri-Kansas City) Summer School, Kansas City, Missouri, USA, 23-28 June 2001.

Original signatory and co-author,"International Open Letter to all Economics Departments: The Kansas City Proposal", 2001.
UK correspondent, Post Autistic Economics (PAE) Review (now Real-World Economics Review), 2000-2011.

"Norms, Rules and Globalization", European Commission Euroconference ESFI (Ecole de Sophia Antipolis sur la Firme et L'Industrie) Annual Summer School, Porquerolles, France, 17-23 September 2000.

"Evaluating Cutting Edge Social Science Research" Economic And Social Research Council/Joint University Council (ESRC/JUC) Training School, Discussant for "A Research Programme in the Making: Care, Values, and the Future of Welfare", University of York, UK, 25-26 March 2000.

"Value of Culture for Economists", Amsterdam Maastricht Summer University (AMSU) Summer School, The Netherlands, 1-11 August 1999.

Research Training Programme, Graduate Research Institute, University of Hull, 1998-99.
"05708: Philosophical Issues for Social Scientists"
Hours per week: 3
"05002: Communication Skills"
Workshop (5 credits)

Member, Gender Studies Discussion Group, University of Hull, 1999-2000.

Member, Postcolonial Theory Discussion Group, University of Hull, 1998-1999.

Blog: Propaganda of the Reed

"Book Posts (until 31 December 2021)"... A compilation of original reflections on novels, collections of verses, memoirs, and other assorted texts

"Beyond the Trap of a Map"…An unholy nexus of Geography-Economics-Law has forced truly political questions into the margins (Prejudice of Nation-Statism)

"By the Way"...An artist is a phenomenologist of the peripherals (Literary Musings)

"Some Unusual and Creative Ideas for Kashmir"...A stone for your silence. Another for the violence (Kashmir Politics)

"Sachs, GNH, and Bhutan"...Connectivity connects objects. Relationality connects people (Bhutan)

©Nitasha Kaul

Navigation Key by Page Numbers in CV
1-3 (personal, research+broader achievements, qualifications); 4-42 (refereed publications, references); 42-52 (broadcast media/interviews:
radio/audio, TV/film, print/feature/quotes); 53-61 (target of transnational repression for my research); 62-68 (education, teaching, PhDs);
68-73 (refereeing, editorial, professional service); 73-75 (other prizes, languages, social media).

"[April is the Cruellest Month/I'll Show you fear in a handful of Dust](#)"...We have lived through centuries of a certain kind of 'grounded' modernity...(Iceland Volcano)

Initiator of two specific FB groups: Ideas, Thoughts, and Things (ITT) and Markets Must Not Dictate Democracy (MMNDD): for economists, journalists, activists interested in scholarly papers, debates, and media comments on the issue of markets and democracy.

## OTHER PRIZES, ACHIEVEMENTS, HONOURS

Photography exhibition, co-curated with postgraduate students (Abigail Larbi, Aishath Leesha, and Namgyel Wangchuk) on "Love before AI", University of Westminster, 23 June to 27 June 2025.

Photography exhibition on "Glimpses of Kerala", part of World in Westminster Festival, University of Westminster, 26 February to 2 March 2024.

Recipient, "[Recognising Women of Westminster Award 2020](#)" for "Exceptional contribution to Westminster Community" in category "Breaking the Mould", Fyvie Hall, University of Westminster, 2 March 2020.

Recipient, "Certificate of Special Congressional Recognition" for "in recognition of outstanding and invaluable service to community", presented by US Congress Member, 4 February 2020.

Recipient, "Staff Appreciation Award 2018" in recognition of excellent support of students of the University of Westminster, Students' Union, April 2018.

Writing featured in "[Exhibition in a Box, Deconstructing Violence](#)" by WISCOMP – Women in Security, Conflict Management and Peace, Delhi, 16 March 2017.

Created art, photographs and concept for book covers of '[Future Tense](#)' (Harper Collins India, 2020), '[Residue](#)' (Rainlight/Rupa, 2014), '[Hindu Nationalism in India and the Politics of Fear](#)' (Palgrave Macmillan, 2011), '[Tibet: A Victim of Geopolitics](#)' (Routledge India, 2009), '[Imagining Economics Otherwise](#)' (Routledge India 2008).

An exhibition of my photographs of Tibet and Tibetan people (Second prize) at the University of Bristol, UK, 2007.

Delhi University Rector's Prize (First Prize) for "Intelligence, General Knowledge and Ability", awarded by the Chief Justice of India and the Vice-Chancellor of the University of Delhi, 74th Annual Convocation, 1997.

In 1997, after obtaining a first division BA Honours in  Economics from Delhi University (SRCC, Shriram College of Commerce), simultaneously selected in competitive Masters (MA) English Literature exam at Jawahar Lal Nehru University (JNU, all India student intake: 20) and selected in competitive media studies exam at Masters in Mass Communication (MA Mass. Comm.) at the A.J. Kidwai Mass Communication & Research Centre (MCRC), Jamia Milia Islamia University (all India student intake: 50).

"Dr. Raman Memorial Research Studentship" for work on Environment Friendly Technologies, Waterfalls Institute of Technology Transfer (WITT), New Delhi, 1996-97.

Represented "New Zealand" in Social Humanitarian and Cultural Committee, at the

42nd Annual Harvard Model United Nations Conference, Harvard University, USA, February 1996.

President, Economics Society, Shriram College of Commerce, University of Delhi, 1995-96.

Editor, school literary chronicle, Jyoti, 1992-94, and College Literary Chronicle, Yamuna, 1995-97.

Founder-Member College Film Club, and Executive Committee member, Debating Society, English Literary Society, Fine Arts Society, Shriram College of Commerce, Delhi University, 1994-96.

"Y. Kumar Student Award" (joint), Springdales School, Best project on International Understanding, 1993.

"Project Hriday", social-work project initiative of All India Institute of Medical Sciences (AIIMS), volunteer award by Sonia Gandhi, 1993.

"Prime Minister" 1993-94, "Minister of Information and Communication" 1992-93, and "Nightingale House Captain" 1991-92, St Thomas School Cabinet.

All India First Prize "Vigyan Vidhi" (Methods of Science), National Scientific and Research Division, Government of India, 1991.

Organiser of Inter-College Annual Economics Festival ("Crossroads"), College Academic and Cultural events (such as lectures by national and visiting international experts, concerts for the Society for the Promotion of Indian Classical Music and Culture amongst Youth SPIC-MACAY), College Coordinator of Commonwealth Society of India (CSI).

National level recognition in India for extracurricular activities through awards, gold medals, prizes, and certificates of merit (a total of 51 from the years 1986-1996) from numerous academic and other organizations such as the National Book Trust, Shankar's International, Parliament of India, Heart Care Foundation of India, National Museum of Natural History (Government of India), National Literacy Mission, Nehru Centenary Organisation, Rajiv Gandhi Foundation, National School of Drama, University of Delhi. These were for public speaking, extempore, debates on topics in science and social science, participation in televised national network academic quizzes ("Crossfire", "Time Machine"), national recognition in painting, poetry, creative writing, photography, dramatics (completed a certificate course with the National School of Drama (NSD) culminating in a lead role at the Kamani Auditorium in Delhi in a production titled 'Azaadi Ke Chiraag' based on India's struggle for independence, and conceived the story script and performed a lead role in "Indorella" at the Air Force Auditorium in Delhi with Barry John's Theatre Action Group (TAG).

## LANGUAGE PROFICIENCY

English (native), Hindi (native), Kashmiri (native), French (intermediate, studied at University of Hull), Mandarin Chinese (intermediate, studied at University of the West of England; Level 4 at University of Westminster), Spanish (basic course from Language Link London), Persian/Farsi and Russian (basic, studied at University of Westminster), Urdu (intermediate), Ongoing/intermittent learning in Dzongkha, Latin, Swahili, Norwegian.

©Nitasha Kaul

**Navigation Key by Page Numbers in CV**
1-3 (position, research, awards, peer-assessment, short biographies); 11-42 (lectures, talks, conferences); 43-53 (media interviews: radio/audio, TV/film, print/feature/quotes); 53-61 (target of transnational repression for my research); 62-68 (education, teaching, PhDs); 68-73 (refereeing, editorial, professional service); 73-75 (other prizes, languages, social media).

**Twitter:** @NitashaKaul  https://twitter.com/NitashaKaul

**Facebook:** https://www.facebook.com/nitasha.kaul/

**Academia.edu:** https://westminster.academia.edu/NitashaKaul CV as archive of all work

**Youtube:** videos, when possible, at Global http://www.youtube.com/@global3948

**Instagram:** only creative photography https://www.instagram.com/nitasha.kaul/

**Soundcloud:** renditions of classic songs at https://soundcloud.com/nitasha-kaul

I have travelled to 100 countries around the world, with a camera and a notebook, documenting the strangeness of the everyday and the otherness of the present.