# EXHIBIT 2

**Video File – Electronic Copy Provided Directly to Judge Marrero's Chambers.**