```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2025
```



**MATTHEW LAROCHE**
*Partner*
55 Hudson Yards  |  New York, NY 10001-2163
T: +1 (212) 530-5514
mlaroche@milbank.com  |  milbank.com

September 22, 2025

**VIA ECF**

The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>United States v. Nikhil Gupta</u>, 23 Cr. 289 (VM)

Dear Judge Marrero:

    We write on behalf of Defendant Nikhil Gupta in the above-referenced matter to request a brief extension of the parties' deadline to submit their joint requests to charge and proposed *voir dire*, which are due today, until September 26, 2025. The parties are working together productively on these documents and believe the additional time will allow them to resolve or otherwise limit any disagreements that require the Court's consideration. The government consents to this request.

                                                 Respectfully submitted,

                                                 Matthew Laroche
                                                 Nola B. Heller

```
Request GRANTED. The parties shall submit
their joint requests to charge and proposed
voir dire by September 26, 2025.

SO ORDERED.  _____
             Victor Marrero
             U.S.D.J.
Dated: September 23, 2025
```

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | HONG KONG | SEOUL | SINGAPORE | TOKYO