UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>NIKHIL GUPTA<br><br>                Defendant. | S2 23 Cr. 289 (VM) |

**JOINTLY PROPOSED EXAMINATION OF PROSPECTIVE JURORS**

MILBANK LLP
55 Hudson Yards
New York, New York 10001
212-530-5000

JAY CLAYTON
United States Attorney
Southern District of New York
26 Federal Plaza, 37th Floor
New York, New York 10278

Nola B. Heller
Matthew Laroche
Peter Farag
Isabel C. Pitaro
*Counsel for Defendant Nikhil Gupta*

Ashley C. Nicolas
Alexander N. Li
Camille L. Fletcher
Assistant United States Attorneys
    *Of Counsel*

The parties respectfully request that the Court include the following questions in its examination of prospective jurors pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure. The Court is requested to pursue more detailed questioning if a particular juror's answer reveals that further inquiry is appropriate. If further questions might influence other prospective jurors, or might prove embarrassing to the juror, or would disclose sensitive information, the parties request that such questioning take place at the bench or in the robing room. The parties further request that all follow-up questioning conclude with an inquiry whether the particular fact or circumstances would influence the juror in favor of, or against, either the Government or the defendant.

## **Problems with Perception**

1. Do any of you have a problem with hearing or vision which would prevent you from giving full attention to all of the evidence at this trial?

2. Do any of you take medication which would prevent you from giving full attention to all the evidence at this trial?

3. Do any of you have any difficulty in reading or understanding English?

4. Do you have any religious, philosophical, or other beliefs that would make you unable to render a fair and impartial verdict based upon the law and the evidence?

## **The Charges**

5. This is a criminal case. The defendant, Nikhil Gupta, has been charged with the commission of federal crimes in an Indictment returned by a Grand Jury sitting in this District, the Southern District of New York. The Indictment is not evidence and is not proof of a crime. It is merely a document that specifies the criminal charges against Mr. Gupta. Those of you who are selected to sit on this jury will receive a detailed explanation of the charges at the conclusion of the case, but I would like to give you a brief summary of the charges now, so that we can determine

whether there is anything about the charges that would make it impossible for you to sit as a fair and impartial juror. After I summarize the charges, I will ask a series of questions. If you would feel uncomfortable responding in open court, let me know and I will hear your answer at the bench or in the robing room.

      6.      There are three separate charges, or "counts," contained in the Indictment:

      a.      Count One charges that from at least in or about May 2023 through at least in or about June 2023, Mr. Gupta conspired, or agreed, with others to commit murder-for-hire, specifically, that Mr. Gupta and others agreed to use and cause another person to use a facility of interstate and foreign commerce with the intent that a murder be committed.

      b.      Count Two charges Mr. Gupta with murder-for-hire, namely, that from at least in or about May 2023 through at least in or about June 2023, Mr. Gupta used and caused another person to use a facility of interstate and foreign commerce with the intent that murder be committed, and aided and abetted the same.

      c.      Count Three charges that from at least in or about May 2023 through at least in or about June 2023, Mr. Gupta conspired, or agreed, with others to commit money laundering, by transferring and attempting to transfer funds to a place in the United States from a place outside the United States, with the intent to promote the carrying on of the murder-for-hire acts charged in Counts One and Two.

      d.      As alleged in the Indictment, the charges stem from an alleged plot directed from India to hire individuals to kill **[name of victim]** in the United States, the use of cellphones in furtherance of that scheme, and the delivery of a $15,000 advance payment for the murder.

7. Do any of you have any personal knowledge of the charges in the Indictment as I have described them?

8. Have you read or heard anything about this case, including in the press or on websites? If so, is there anything that you have read or heard that would cause you to feel that you cannot decide the facts of this case fairly and impartially?

### Knowledge of the Trial Participants

9. The defendant in this case is Nikhil Gupta. **[Please ask the defendant to stand.]** Do any of you know, or have you had any direct or indirect dealings with Mr. Gupta? Do any of you know, or have you had any direct or indirect dealings with any relative, friend, or associate of Mr. Gupta?

10. To your knowledge, do you have any relatives, friends, associates, employers, or employees who know, or who may have had any dealings with, Mr. Gupta or with his relatives, friends, or associates?

11. Mr. Gupta is represented in this case by Nola Heller, Matthew Laroche, Isabel Pitaro, Peter Farag, Healy Ko, and Elyse Hain of the law firm Milbank LLP. Assisting them are Grace Green and Dipita Das. **[Please ask counsel and paralegals to stand.]** Do any of you know Ms. Heller, Mr. Laroche, Ms. Pitaro, Mr. Farag, Ms. Ko, Ms. Hain, Ms. Green, or Ms. Das? Have you had any dealings, either directly or indirectly, with them?

12. The Government is represented here, as in all cases where it is a party before this Court, by the United States Attorney for the Southern District of New York, Jay Clayton. Do any of you know Mr. Clayton? The conduct of the trial will be in the immediate charge of Assistant United States Attorneys Ashley Nicolas, Alexander Li, and Camille L. Fletcher. They will be assisted by Special Agents Kacy O'Brien and Kelly Noh of the Federal Bureau of Investigation,

also known as the FBI, and by Sabrina Jim Munoz, a paralegal in the United States Attorney's Office. **[Please ask each to stand.]** Do any of you know Ms. Nicolas, Mr. Li, Ms. Fletcher, Special Agents O'Brien or Noh, or Ms. Jim? Also involved in this case are Special Agent Mark Franks of the Drug Enforcement Administration, also known as the DEA, and Jose Sandobal, who is a detective with the New York City Police Department, also known as the NYPD, and a Task Force Officer with the DEA. Do any of you know Special Agent Franks or Officer Sandobal? Have any of you had any dealings, either directly or indirectly, with any of these individuals?

13. Do you know any other prospective member of this jury?

## Relevant Names, Entities, and Locations

14. The Government alleges that the intended victim of the murder-for-hire charged in this case is **[name of the victim]**. Do any of you know **[name of the victim]**? Have any of you had any dealings, either directly or indirectly, with **[name of the victim]**? Have any of you read or heard about **[name of the victim]**? If so, is there anything that you have read or heard that would cause you to feel that you cannot decide the facts of this case fairly and impartially?

15. I am now going to give you a list of additional names of people and entities that may be mentioned during the trial. When I am finished, please raise your hand if you know any of the people or entities that I name, or if you have had any direct or indirect dealings with them. **[A list of witnesses and other people and entities likely to be mentioned during the trial, including potential witnesses, will be supplied before trial.]**

16. Certain conduct at issue in this case took place at various locations, including the following: **[List to be provided.]** Are any of you familiar with these general areas or these specific locations? What do you know about the area? Do you think that your familiarity with the area will affect your ability to render a fair verdict?

17. I expect that you will hear that some of the conduct at issue in this case occurred outside of the United States. United States law provides that persons engaged in conduct occurring outside the United States nevertheless may be prosecuted in United States courts for certain violations of United States federal law. Would it affect your ability to fairly and impartially render a verdict in this case if the evidence for the charged conduct includes conduct that took place outside of the United States?

### Relationship with the Government

18. Do any of you know, or have any association—professional, business, or social, direct or indirect—with any member of the staff of the United States Attorney's Office for the Southern District of New York? With any member of the staff of the FBI, the DEA, or the NYPD? With any other law enforcement agency?

19. Have you, any member of your family, or any close friend ever been employed by any law enforcement agency – federal, state, or local? Would this prevent you from rendering a fair and impartial verdict here?

20. Do any of you have any bias, prejudice, or other feelings for or against the United States Attorney's Office, the U.S. Department of Justice, the FBI, the DEA, the NYPD, or any other law enforcement agency?

21. Have any of you, or has any member of your family, either as an individual, or in the course of business, ever been a party to any legal action or dispute with the United States, or with any of the officers, departments, agencies, or employees of the United States? Have any of you had any legal, financial, or other interest in any such legal action or dispute, or its outcome?

22. Do any of you have any opinion about the criminal justice system generally, or the federal criminal justice system specifically, that might make it difficult for you to be a fair and impartial juror in this case?

### Prior Jury Service

23. Have any of you ever served as a member of a grand jury, whether in federal, state, county, or city court? **[If so, the Court is respectfully asked to explain that the burden of proof in the grand jury (probable cause) is different from the burden of proof at trial (beyond a reasonable doubt).]**

24. Have any of you ever served as a juror in any court?

   (a) If so, when and in what court did you serve?

   (b) What type of case? Criminal or civil? What was the subject matter?

   (c) Without telling us what the verdict was, please tell us whether the jury reached a verdict in that case?

   (d) Was there anything about that experience that would impact your ability to sit as a fair and impartial juror in this case?

### Experience as a Witness, Defendant, or Crime Victim

25. Have any of you, or any of your relatives or close friends, ever been involved, or appeared as a witness, in any investigation by a federal or state grand jury or by a Congressional or state legislative committee, licensing authority, or Governmental agency? Have you, or any of those close to you, ever been questioned in any matter by a federal, state, or local law enforcement agency?

26. Have any of you, or any of your relatives or close friends, ever been a witness or a complainant in any court, whether federal, state, local, or in another country?

27. Are any of you, or any of your relatives or close friends, now under subpoena or, to your knowledge, about to be subpoenaed, in any criminal case either in the United States or in another country?

28. Have any of you, or any of your relatives or close friends, ever been arrested or charged with a crime, either in the United States or in another country? **[If any juror answers yes, the Court is respectfully requested to inquire, at side bar or in the robing room, about the nature of the case and the juror's feelings concerning each case.]**

29. Have any of you, or any of your relatives or close friends, ever been the subject of any investigation or accusation by any federal or state Grand Jury, or by a Congressional committee? **[If any juror answers yes, the Court is respectfully requested to inquire, at side bar or in the robing room, about the nature of the case and the juror's feelings concerning each case.]**

30. Have any of you, or any of your relatives or close friends, ever been a victim of a crime, either in this country or abroad? **[If any juror answers yes, the Court is respectfully requested to inquire, at side bar or in the robing room, into the circumstances of each crime.]**

31. Have any of you, or any of your close friends or relatives, ever been arrested, stopped, or questioned by any member of any law enforcement agency? **[If any juror answers yes, the Court is respectfully requested to inquire, at side bar or in the robing room, into the circumstances of each incident and the juror's reaction to how he or she was treated by the law enforcement officer.]**

### Ability to Render a Fair Verdict

32. **Law Enforcement Witnesses.** The witnesses in this case may include law enforcement officers and/or other government employees. Would you be more likely to believe or

disbelieve a witness merely because he or she is a law enforcement officer or employed by the Government?

33. Do you have strong feelings or opinions either in favor of or against the FBI, the DEA, the NYPD, or the U.S. Attorney's Office for the Southern District of New York? Would those opinions make it difficult for you to render a wholly fair and impartial verdict?

34. **Undercover Officers, Confidential Sources, and Informants.** The witnesses in this case may include an undercover law enforcement officer as well as a confidential source or informant who work for the Government, often in an undercover capacity. I will instruct you that the use of undercover officers, confidential sources, and informants as witnesses is legal. Do any of you have any experience with or feelings about the use of undercover officers, confidential sources, or informants generally, or the use of evidence or information obtained from such witnesses, that would make it difficult for you to render a fair and impartial verdict if you heard testimony from an undercover officer, confidential source, or informant?

35. **India.** The Government has alleged that an employee of the Government of India directed the murder-for-hire plot charged in this case. Do you have any feelings about the Government of India, or its officers or agencies, that would make it difficult for you to render a wholly fair and impartial verdict?

36. **Sikhs.** The Government has alleged that **[name of the victim]**, the intended victim of the murder-for-hire charged in this case, was a member of the Sikh religion. Sikhs are an ethnoreligious minority group in India. Do you have any feelings about Sikhs that would make it difficult for you to render a wholly fair and impartial verdict?

37. **Victim.** The Government has also alleged that **[name of the victim]** is an attorney and political activist for Sikhs in India and other countries. Do any of you have strong

feelings or opinions either in favor of or against attorneys or political activists? Would those opinions make it difficult for you to render a wholly fair and impartial verdict?

38. **Searches.** Some of the evidence in this trial may come from searches performed by law enforcement officers. This evidence was obtained lawfully. Do any of you have strong feelings about searches conducted by law enforcement officers or the use of evidence obtained from searches at trial?

39. **Electronic Communications.** Some of the evidence in this trial will be presented in the form of recorded conversations, as well as text messages, chat messages, and emails. This evidence was obtained lawfully. Do any of you have any feelings or opinions about the use of evidence obtained by law enforcement from recorded or electronic communications that could affect your ability to be fair in this case?

### Persons Not on Trial

40. You may not speculate as to the reason why other persons are not on trial. Is there any juror who cannot follow this instruction or who for this reason would have difficulty rendering a fair and impartial verdict?

### Presumption of Innocence

41. Mr. Gupta is presumed innocent and the fact that he has been charged is not evidence of any wrongdoing on his part. Does any juror have feelings regarding this instruction that would affect his or her ability to be fair and impartial in deciding this case?

42. Under the law, Mr. Gupta cannot be found guilty of any of the crimes charged in the Indictment unless a jury, after having heard all of the evidence in the case, unanimously decides that the evidence proves his guilt beyond a reasonable doubt. Would any of you have difficulty accepting and applying this rule of law?

9

43. If the Government proves the defendant is guilty beyond a reasonable doubt, is there any juror who feels he or she could not render a verdict of guilty with respect to the defendant?

44. On the other hand, if the Government fails to prove Mr. Gupta's guilt beyond a reasonable doubt, is there any juror who feels he or she could not render a verdict of not guilty with respect to the defendant?

45. In a criminal case the burden of proof remains with the prosecution. It never shifts to the defendant. For the jury to return a verdict of guilty as to any charge, the prosecution must prove beyond a reasonable doubt each and every element of the charge you are considering. A person charged with a crime has absolutely no burden to prove that he or she is not guilty. Would any of you have difficulty accepting and applying this rule of law?

46. Does any juror have difficulty following the law that Mr. Gupta is to be presumed innocent not only at the beginning of trial, but that he remains innocent all throughout the trial and even into jury deliberations unless the government proves him guilty beyond a reasonable doubt?

47. Does any juror feel that just because Mr. Gupta has been arrested and indicted he must have done something wrong?

48. A defendant has the right to testify in his own defense, and he also has the right not to testify. I will instruct you that you may not hold it against the defendant if he decides not to testify. Similarly, I will instruct you that if the defendant decides to testify, he must be held to the same standard as all other witnesses. Do you think that you will have difficulty following this instruction?

## Function of the Court and Jury

49. The function of the jury is to decide questions of fact. You are the sole judges of the facts and nothing that the Court or the lawyers say or do may encroach in any way on your role as the exclusive fact finders. However, when it comes to the law you must take your instructions from the Court, and you are bound by those instructions. You may not substitute your own notions of what the law is, or what you think the law should be. At the conclusion of the case, your job will be to determine whether or not Mr. Gupta is guilty as charged in the Indictment. Do any of you have any bias or prejudice that might prevent or hinder you from accepting the instructions of the law that I will give you in this case?

50. Do any of you have any legal training, or have any relative or close friend who is an attorney? If so, would this for any reason prevent you from applying the law in this case as stated by the Court? Will each of you accept my instruction that you are not to discuss the case with anyone, including attorneys you may know, until you are excused as jurors?

51. I will also instruct you that you may not read, watch, or discuss any news or media coverage of this case while you are serving as a juror. Would any of you have difficulty following this instruction?

52. Will each of you accept the proposition that the question of punishment is for the Court alone to decide, and that any possible punishment must not enter into your deliberations as to whether Mr. Gupta is guilty or not guilty?

53. You are required by law to make your decision based solely on the evidence or lack of evidence presented in Court, and not on the basis of conjecture, suspicion, sympathy, or prejudice. Would any of you have difficulty accepting and applying this rule of law?

54. Do any of you believe that our system of criminal justice improperly favors either the prosecution or the defense?

11

55. It is not a particularly pleasant duty to find another individual guilty of committing a crime. Do any of you feel that, even if the evidence established Mr. Gupta's guilt beyond a reasonable doubt, you might not be able to render a guilty verdict for reasons unrelated to the law and the evidence?

56. Do any of you have any religious, philosophical, or other beliefs that would make you unable to render a guilty verdict for reasons unrelated to the law and the evidence?

57. Mr. Gupta is charged with acting with others in committing the alleged crimes. Certain of these other individuals are not on trial in this case. You may not draw any inference, favorable or unfavorable, towards the Government or Mr. Gupta from that fact. You also may not speculate as to the reason why other people are not on trial at this time. Is there any juror who cannot follow this instruction or who for this reason would have difficulty rendering a fair and impartial verdict?

58. Do any of you speak Hindi, Punjabi, or Czech? Certain of the witnesses in this trial may testify in Hindi or Punjabi, and some of the evidence may be in Hindi, Punjabi, or Czech. That testimony will be translated for you by a court-certified interpreter, and English translations of evidence will be provided. Even if you speak Hindi, Punjabi, or Czech, you are obligated under the law to accept as binding the translations of witness testimony provided to you by the court-certified interpreter and the evidence as translated into English. Would you be unwilling or unable to follow the Court's instruction on this subject?

59. In these questions, I have tried to direct your attention to possible reasons why you might not be able to sit as a fair and impartial juror. Apart from any prior question, does any juror have the slightest doubt in his or her mind, for any reason whatsoever, that he or she will be able to serve conscientiously, fairly, and impartially in this case, and to render a true and just

verdict without fear, favor, sympathy, or prejudice, and according to the law as it will be explained to you?

### Individual Juror's Background

The Government respectfully requests that the Court ask each juror to provide the following information:

    a. the juror's family status;

    b. the juror's current town of residence, or neighborhood if the juror resides in New York City;

    c. the juror's educational background;

    d. the juror's current occupation and length of employment with that employer;

    e. the same information for the juror's spouse and any working children;

    f. whether the juror has served in the military of any country;

    g. whether the juror has served in the government of any country;

    h. any foreign countries visited in the last five years;

    i. any newspapers, magazines, and websites, including any foreign news sources, the juror reads and how often;

    j. any television, radio, or podcast programs the juror watches or listens to on a regular basis;

    k. whether the juror is active in any associations, organizations, clubs, or unions; and

    l. what the juror does in his or her spare time.

\* \* \*

Dated: New York, New York
October 1, 2025

                                           Respectfully submitted,

| MILBANK LLP | JAY CLAYTON |
| | United States Attorney |
| | Southern District of New York |
| By: /s Matthew Laroche | By: /s Alexander Li |
| Matthew Laroche | Ashley C. Nicolas |
| Nola B. Heller | Alexander N. Li |
| Peter Farag | Camille L. Fletcher |
| Isabel C. Pitaro | Assistant United States Attorneys |
| (212) 530-5514/-5108/-5830/-5136 | (212) 637-2467/-2265/-2383 |
| *Counsel for Defendant Nikhil Gupta* | *Counsel for the United States of America* |