```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

       - against -

NIKHIL GUPTA,

              Defendant.

**23 CR 289 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court will hold a substitution of counsel hearing in this matter on October 21, 2025, at 11:30 AM.

**SO ORDERED.**

Dated:    17 October 2025
            New York, New York

                                              _____
                                                 Victor Marrero
                                                   U.S.D.J.