

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 17, 2025

**BY ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Nikhil Gupta,* S2 23 Cr. 289 (VM)

Dear Judge Marrero:

    In light of the Court's order today setting a substitution of counsel conference for Tuesday, October 21, 2025, (Dkt. 126), which may affect the pending motions *in limine*, the Government does not intend to file a reply in support of its motions on Monday, October 20, 2025, unless directed by the Court. The Government is available to discuss the briefing schedule at the Tuesday conference.

                        Respectfully submitted,

                        JAY CLAYTON
                        United States Attorney

by:   _____
       Camille L. Fletcher / Alexander Li /
       Ashley C. Nicolas
       Assistant United States Attorneys
       Southern District of New York
       (212) 637-2383 /-2265 /-2467

cc:    Counsel of Record (by ECF)