USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/7/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

NIKHIL GUPTA,

Defendant.

**23 CR 289 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The hearing scheduled for November 14, 2025, at 11 AM has been adjourned to November 18, 2025, at 3 PM. All parties to this action consent to an exclusion of time from the Speedy Trial Act until November 18, 2025.

It is hereby ordered that time until November 18, 2025, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated: 7 November 2025
New York, New York

Victor Marrero
U.S.D.J.