**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 11, 2025

**BY ECF**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *United States v. Nikhil Gupta,* S2 23 Cr. 289 (VM)

Dear Judge Marrero:

At the conference on October 21, 2025, the Court granted defendant Nikhil Gupta's request for appointment of new counsel and adjourned the trial previously set for November 3, 2025. The Court stated that at the next conference, "assuming Mr. Touger has had a reasonable amount of time to get familiar with the case, we will proceed to schedule a trial," which the Court anticipated it would most likely schedule "for the early part of January." (Tr. 9–10).

The parties have conferred and respectfully write to advise the Court of their availability for trial. The Government is available for trial at any time convenient for the Court, other than from January 26 to February 13, 2026. To ensure sufficient time for newly-appointed counsel to prepare for trial, the defense requests a trial date no earlier than February 17, 2026. Mr. Touger has been working diligently to prepare for trial but it is obvious to him that he cannot be competently ready for trial by January of 2026. If the Court's schedule does not allow for a mid-February trial date, the defense has no objection to a later date.

The parties are prepared to discuss at the upcoming conference.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by:    /s
Camille L. Fletcher / Alexander Li /
Ashley C. Nicolas
Assistant United States Attorneys
Southern District of New York
(212) 637-2383 /-2265 /-2467