

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 21, 2025

**BY ECF**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Nikhil Gupta,* S2 23 Cr. 289 (VM)

Dear Judge Marrero:

    Pursuant to the Court's instruction at Tuesday's conference, the parties jointly propose the following schedule for any additional submissions in advance of the March 30, 2026 trial:

- February 2, 2026:  Reciprocal confirmation of existing expert notices

- February 13, 2026:  Reciprocal disclosure of any additional experts

- March 2, 2026:  Replies in support of existing motions *in limine*, (Dkts. 108, 109, 119, 120), and any supplemental motions *in limine*

- March 9, 2026:  Oppositions to any supplemental motions *in limine*

    Should the Court wish to hold a final pretrial conference, the parties are available on any date convenient for the Court.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

by:   /s_____
    Camille L. Fletcher / Alexander Li /
    Ashley C. Nicolas
    Assistant United States Attorneys
    Southern District of New York
    (212) 637-2383 /-2265 /-2467

Cc:  David Touger, Esq. (*by ECF*)