USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/24/2025

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 21, 2025

**BY ECF**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Nikhil Gupta*, S2 23 Cr. 289 (VM)**

Dear Judge Marrero:

Pursuant to the Court's instruction at Tuesday's conference, the parties jointly propose the following schedule for any additional submissions in advance of the March 30, 2026 trial:

- February 2, 2026: Reciprocal confirmation of existing expert notices
- February 13, 2026: Reciprocal disclosure of any additional experts
- March 2, 2026: Replies in support of existing motions *in limine*, (Dkts. 108, 109, 119, 120), and any supplemental motions *in limine*
- March 9, 2026: Oppositions to any supplemental motions *in limine*

Should the Court wish to hold a final pretrial conference, the parties are available on any date convenient for the Court.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: /s
Camille L. Fletcher / Alexander Li /
Ashley C. Nicolas
Assistant United States Attorneys
Southern District of New York
(212) 637-2383 /-2265 /-2467

Cc: David Touger, Esq. (*by ECF*)

Request **GRANTED.**

The Court **GRANTS** the schedule proposed by the parties for briefing submissions in advance of trial.

**SO ORDERED.**
11/24/2025
DATE

VICTOR MARRERO, U.S.D.J.