

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 13, 2026

**BY ECF**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>United States</u> v. <u>Nikhil Gupta</u>, S2 23 Cr. 289 (VM)

Dear Judge Marrero:

    This morning, pursuant to the Court's referral, a change of plea hearing was conducted before United States Magistrate Judge Sarah Netburn for defendant Nikhil Gupta in this case. Attached are the transcript of the change of plea proceeding, the referenced *Pimentel* letter, and a proposed order accepting the defendant's guilty plea to the Second Superseding Indictment. The Government respectfully requests that the Court accept the defendant's plea of guilty and enter the attached order.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney

By: _____
     Camille Fletcher / Alexander Li / Ashley Nicolas
     Assistant United States Attorneys
     (212) 637- 2383 / -2265 / -2467

Enclosures

cc: David Touger, Esq. (*by ECF*)