UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NIKHIL GUPTA,<br><br>        Defendant. | **ORDER**<br><br>S2 23 Cr. 289 (VM) |

WHEREAS, with the defendant's consent, the defendant's guilty plea allocution was made before a United States Magistrate Judge on February 13, 2026;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:     New York, New York

         _____, 2026


         _____
         HONORABLE VICTOR MARRERO
         UNITED STATES DISTRICT JUDGE
         SOUTHERN DISTRICT OF NEW YORK