USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

              - against -

NIKHIL GUPTA,

                 Defendant.

**23 CR 289 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court directs Probation to disclose the first Presentence Report ("PSR") by May 11, 2026, and the final PSR by June 8, 2026. Sentencing in this matter is hereby rescheduled from May 29, 2026, at 10 am to June 26, 2026, at 2 pm.

**SO ORDERED.**

Dated:    17 March 2026
           New York, New York

_____
Victor Marrero
U.S.D.J.