Clayman Rosenberg Kirshner & Linder LLP

60 East 42d Street
Ste. 3900
New York, NY 10165
T: 212-922-1080
M: 917-696-0092
Isabelle A. Kirshner
Partner
kirshner@clayro.com

April 14, 2026

**BY ECF**
Hon. Victor Marrero
United States Courthouse
500 Pearl Street
New York, N.Y. 10007-1312

Re: United States v. Nikhil Gupta
23 Crim. 289 (VM)

Dear Judge Marrero:

We have been retained to represent Nikhil Gupta, the above-named defendant. I am writing to request an adjournment of the sentencing proceeding, currently scheduled for June 26, 2026, to a date in late September.

We have recently entered the case and require time to fully familiarize ourselves with the matter. Mr. Gupta is scheduled to be interviewed by the Department of Probation on April 29, 2026. I have been in communication with the assigned Probation Officer and have advised her that I will be attending the interview. We have met with Mr. Gupta a number of times and will require additional meetings to be able to properly prepare for sentencing.

I have consulted with all the AUSAs assigned to this matter and they have indicated to me that given their schedules, late September would be best for all parties.

Thank you for your attention to this matter.

Very truly yours,
/s/
Isabelle Kirshner

cc: AUSAs Li, Fletcher, and Nicholas (BY ECF)