UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

NIKHIL GUPTA,

Defendant.

**Recording Transcript**

23 Cr. 289 (VM)

| | |
|---|---|
| GOVERNMENT EXHIBIT: | 316-T |
| RECORDING EXHIBIT: | 316 |
| DATE SENT TO DEA: | June 4, 2023 |
| LANGUAGES: | ENGLISH |
| PARTICIPANTS: | Nikhil Gupta ("GUPTA")<br>Pacho Sanchez ("PACHO") |
| ABBREVIATIONS: | [UI] = unintelligible<br>[PH] = phonetic spelling of uncertain words/names<br>[IA] = inaudible/too quiet audio<br>[SC] = simultaneous/overlapping conversation |

GOVERNMENT EXHIBIT
316-T
23 Cr. 289 (VM)

PACHO: My friend, Nick.

GUPTA: Yes, my brother.

PACHO: Are you sure that you, you want kill that guy? But if you pay your money, you can’t come back.

GUPTA: Yes. Yes.

PACHO: Oh, okay my friend.

GUPTA: Yes.

PACHO: Okay.

GUPTA: Yes.

PACHO: Uh-huh. Oh, all right.

GUPTA: Yes.

PACHO: Oh, okay.