UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

NIKHIL GUPTA,

Defendant.

**Recording Transcript**

23 Cr. 289 (VM)

GOVERNMENT EXHIBIT: 317C-T

RECORDING EXHIBIT: 317C

DATE OF RECORDING: June 6, 2023

LANGUAGES: ENGLISH

PARTICIPANTS: Nikhil Gupta ("GUPTA")
Pacho Sanchez ("PACHO")

ABBREVIATIONS:
[UI] = unintelligible
[PH] = phonetic spelling of uncertain words/names
[IA] = inaudible/too quiet audio
[SC] = simultaneous/overlapping conversation

GOVERNMENT EXHIBIT
317C-T
23 Cr. 289 (VM)

GUPTA: So, before evening they will get the money. Before evening, today they will get the money. Okay?

PACHO: Okay, my friend. And the guys-

GUPTA: Hundred percent they will get the money.

PACHO: Okay. And the guys have no problem for picking up the money in Manhattan, in Bronx, anywhere. But do you know-

GUPTA: Uh-

PACHO: Uh, uh, 25,000-

GUPTA: New York-

PACHO: Is a little money. Not too much.

GUPTA: Yeah. Very little money, brother. Very little money. It's very small money.

PACHO: Oh, okay. And-

GUPTA: Not to worry, not to, not to worry.