UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

NIKHIL GUPTA,

Defendant.

**Recording Transcript**

23 Cr. 289 (VM)

| | |
|---|---|
| GOVERNMENT EXHIBIT: | 324B-T |
| RECORDING EXHIBIT: | 324B |
| DATE SENT TO DEA: | June 19, 2023 |
| LANGUAGES: | ENGLISH |
| PARTICIPANTS: | Nikhil Gupta ("GUPTA")<br>Pacho Sanchez ("PACHO") |
| ABBREVIATIONS: | [UI] = unintelligible<br>[PH] = phonetic spelling of uncertain words/names<br>[IA] = inaudible/too quiet audio<br>[SC] = simultaneous/overlapping conversation |

GOVERNMENT EXHIBIT
324B-T
23 Cr. 289 (VM)

GUPTA: And if he's not alone, he has somebody, uh, like two, three people, always with him in the meeting.
PACHO: Mm-hmm.
GUPTA: Let them also, um, take the, uh, toy, uh, taste of toy.
PACHO: Yeah. Yeah.
GUPTA: Let them also go, go to the heaven.
PACHO: Mm-hmm. Yeah. Carlos-
GUPTA: Okay.
PACHO: Carlos says to me the, the, I don't know what happened with the guy, maybe be afraid or something. And the guy is take too much care for move for being the-
GUPTA: Now he, now today you will see he will be more conscious.
PACHO: Mm-hmm.
GUPTA: Because in Canada, Canada.
PACHO: Yeah.
GUPTA: His colleague is down. His colleague is down. I sent you the video.
PACHO: Mm-hmm.
GUPTA: So, he will be more conscious. So, we should not give them the chance, any chance, brother. We cannot give them.
PACHO: Yeah. Mm-hmm. Okay.
GUPTA: Yeah. If he is not alone, he is, there are two guys with him in the meeting or something.

PACHO: Mm-hmm.

GUPTA: Fucking-

PACHO: Yeah.

GUPTA: Pull, uh, put everyone down. Put everyone down. No problem.