UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

NIKHIL GUPTA,

Defendant.

**Recording Transcript**

23 Cr. 289 (VM)

GOVERNMENT EXHIBIT: 325-T

RECORDING EXHIBIT: 325

DATE SENT TO DEA: June 20, 2023

LANGUAGES: ENGLISH

PARTICIPANTS: Nikhil Gupta ("GUPTA")
Pacho Sanchez ("PACHO")

ABBREVIATIONS:
[UI] = unintelligible
[PH] = phonetic spelling of uncertain words/names
[IA] = inaudible/too quiet audio
[SC] = simultaneous/overlapping conversation

GOVERNMENT EXHIBIT
325-T
23 Cr. 289 (VM)

GUPTA: But one thing important, uh, uh, is that-
PACHO: Mm-hmm.
GUPTA: That you have to tell Carlos that maybe, maybe right now FBI is also there.
PACHO: Mm-hmm.
GUPTA: After this Canada episode. So, be careful. Change the boys every time who is following, change the people. Okay?
PACHO: Okay, okay my friend.
GUPTA: So no one should come in the camera. But definitely whatever happens, I need the picture from his house.
PACHO: Okay. Yeah, I- I sent the message asking about the picture.
GUPTA: Okay.