UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

NIKHIL GUPTA,

Defendant.

**Recording Transcript**

23 Cr. 289 (VM)

GOVERNMENT EXHIBIT: 326-T

RECORDING EXHIBIT: 326

DATE SENT TO DEA: June 20, 2023

LANGUAGES: ENGLISH

PARTICIPANTS: Nikhil Gupta ("GUPTA")
Pacho Sanchez ("PACHO")

ABBREVIATIONS:
[UI] = unintelligible
[PH] = phonetic spelling of uncertain words/names
[IA] = inaudible/too quiet audio
[SC] = simultaneous/overlapping conversation

GOVERNMENT EXHIBIT
326-T
23 Cr. 289 (VM)

GUPTA: And if, if, if he's not alone, he has one more, two guys always with him-
PACHO: Yeah.
GUPTA: Fucking finish them also! Finish them also. No problem.
PACHO: Yeah. Car- Carlos know that, and he say there is no problem. Mm-hmm.
GUPTA: Okay?
PACHO: Yeah. Okay, my-
GUPTA: Because we have to, we have to, we have to finish working four jobs in this month.
PACHO: <laugh>
GUPTA: Before 29th, we have to finish four jobs, brother. One is in, this is job, and after three in Canada.
PACHO: Alright.