UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

NIKHIL GUPTA,

Defendant.

**Recording Transcript**

23 Cr. 289 (VM)

GOVERNMENT EXHIBIT: 401B-T

RECORDING EXHIBIT: 401B

DATE OF RECORDING: June 19, 2023

LANGUAGES: ENGLISH

PARTICIPANTS: Nikhil Gupta ("GUPTA")
UC Carlos ("CARLOS")

ABBREVIATIONS:
[UI] = unintelligible
[PH] = phonetic spelling of uncertain words/names
[IA] = inaudible/too quiet audio
[SC] = simultaneous/overlapping conversation

GOVERNMENT EXHIBIT
GX 401B-T
23 Cr. 289 (VM)

GUPTA: And uh, just I want to inform you that, uh, now no restrictions, no limitations. If any other person with him, you can, you can, uh, give him also that, uh, taste of, uh, the, the, uh, toy.

CARLOS: Okay.

GUPTA: So, no problem. No problem.

CARLOS: So that, that's more, that's another target in Canada, you say?

GUPTA: Uh, Canada, yes. We have more, two, uh, two targets there.

CARLOS: Okay.

GUPTA: In Canada. Yep. Yeah, don't, not to worry you, you will get tired, uh, with the job. We have lot of job for you, brother.

CARLOS: Okay. [SC]

GUPTA: Lot of job. [SC]

CARLOS: Good, good, good, good.

GUPTA: Okay.

CARLOS: Okay, my friend.

GUPTA: Just, just, we are waiting one, uh, experiment. One job is done. After you will say, “please give me rest.”